**Orphazyme A/S**                                                                                           **Busic, Marko**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/16/2021 | 10,000 | $18.1165 |
| Purchase | 6/16/2021 | 10,000 | $18.1780 |
| Purchase | 6/16/2021 | 10,000 | $18.1699 |
| Purchase | 6/16/2021 | 10,000 | $18.1664 |
| Purchase | 6/16/2021 | 10,000 | $18.2357 |
| Purchase | 6/16/2021 | 10,000 | $17.9004 |
| Purchase | 6/16/2021 | 5,000 | $17.2586 |
| Purchase | 6/16/2021 | 5,000 | $17.1808 |
| Purchase | 6/17/2021 | 5,000 | $17.1256 |
| Sale | 6/18/2021 | (75,000) | $7.3300 |