UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARKO BUSIC, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-03640 |
| Plaintiff, | |
| v. | CLASS ACTION |
| ORPHAZYME A/S, CHRISTOPHE BOURDON, KIM STRATTON, ANDERS VADSHOLT, THOMAS BLAETTLER, MOLLY PAINTER, GEORGES GEMAYEL, BO JESPER HANSEN, MARTIN BONDE, RÉMI DROLLER, STEN VERLAND, MARTIJN KLEIJWEGT, ANDERS HEDEGAARD, CATHERINE MOUKHEIBIR, and CARROLEE BARLOW, | Hon. Gary S. Feinerman |
| Defendants. | |

**NOTICE OF ERRATA**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On September 7, 2021, Marko Busic ("Busic") filed a motion, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Busic as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired (a) Orphazyme A/S ("Orphazyme" or the "Company") American depositary shares pursuant and/or traceable to the Offering Documents issued in connection with the Company's initial public offering conducted on or about September 29, 2020, and/or (b) Orphazyme securities between September 29, 2020 and June 18, 2021, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class (the "Lead Plaintiff Motion"). Dkt. No. 11.

The Declaration of J. Alexander Hood II ("Hood Declaration") filed in support of the Lead Plaintiff Motion described a "[c]hart reflecting the financial interest of Busic in this litigation" and stated that the chart was appended to the Hood Declaration as Exhibit A. Dkt. No. 13. Due to a clerical error, the incorrect document was appended as Exhibit A to the Hood Declaration. Dkt. No. 13-1. Appended hereto is a corrected Exhibit A, comprising a chart reflecting Busic's financial interest in this litigation.

Dated: September 10, 2021        Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100

1

Facsimile: (212) 661-8665
ahood@pomlaw.com
jalieberman@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

*Counsel for Lead Plaintiff Movant Marko Busic and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Marko Busic*