# Exhibit 2

**Orphazyme A/S (ORPH)**
**Expanded Class Period: September 29, 2020 through November 4, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**
**IPO Price: $11**
**IPO Date: 9/28/2020**

| | | | | | | | | | | 13-Day* Mean Price | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | Section 10b | $3.98 | | |
| | | | | | | | | | Section 11 | $6.71 | Section 10-b | Section 11 |
| | Purchase | | | | Sales | | | | ADS | Estimated | Estimated | Estimated |
| Plaintiff | Date | ADS | Price | Amount | Date | ADS | Price | Amount | Shares Retained | Value | Gain(Loss) | Gain(Loss) |
| Sheikh, Adil | 6/10/2021 | 64.2921 | $77.7700 | ($5,000) | | | | | | | | |
| Sheikh, Adil | 6/10/2021 | 103.7344 | $21.0000 | ($2,178) | | | | | | | | |
| Sheikh, Adil | 6/11/2021 | 179.2256 | $15.6000 | ($2,796) | | | | | | | | |
| Sheikh, Adil | 6/11/2021 | 0.1196 | $15.6200 | ($2) | | | | | | | | |
| Sheikh, Adil | 6/11/2021 | 0.1413 | $15.6200 | ($2) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 20.0000 | $9.1200 | ($182) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 100.0000 | $9.1300 | ($913) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 249.0000 | $9.1300 | ($2,273) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 173.0000 | $9.1300 | ($1,579) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 342.0000 | $9.1500 | ($3,129) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 210.3326 | $9.1400 | ($1,922) | | | | | | | | |
| Sheikh, Adil | 6/18/2021 | 1,151.5431 | $8.6800 | ($9,995) | | | | | | | | |
| Sheikh, Adil | 8/19/2021 | 202.8398 | $4.9300 | ($1,000) | | | | | | | | |
| Sheikh, Adil | 9/22/2021 | 1.0929 | $4.5800 | ($5) | | | | | | | | |
| Sheikh, Adil | 9/28/2021 | 22.2489 | $4.2700 | ($95) | | | | | | | | |
| **Sheikh, Adil** | | **2,820** | | **($31,074)** | | | | | **2,820** | **$11,216** | **($19,858)** | **($5,999)** |

*Average Closing Prices from November 5 to November 17