UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>Defendants. | Case No. 1:21-CV-03640<br>Honorable Gary Feinerman |

**DECLARATION OF MATTHEW L. KUTCHER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to 28 U.S.C. § 1746, Matthew L. Kutcher states as follows:

1.      I am a partner at the law firm of Cooley LLP, counsel of record for Defendants Orphazyme A/S ("Orphazyme"), Carrolee Barlow, Thomas Blaettler, Martin Bonde, Christophe Bourdon, Rémi Droller, Georges Gemayel, Bo Jesper Hansen, Anders Hedegaard, Martijn Kleijwegt, Catherine Moukheibir, Molly Painter, Kim Stratton, Anders Vadsholt, and Sten Verland (collectively, "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Orphazyme's Prospectus filed on Form 424B4 with the U.S. Securities and Exchange Commission ("SEC") on September

29, 2020. The Prospectus is part of Orphazyme's Registration Statement for its initial public offering of American Depository Shares ("ADS").

3.	Attached hereto as **Exhibit 2** is a true and correct copy of an Orphazyme press release dated December 27, 2020 titled "Orphazyme provides regulatory update on arimoclomol for NPC."

4.	Attached hereto as **Exhibit 3** is a true and correct copy of an analyst report published by Cowen, Inc. dated April 27, 2021.

5.	Attached hereto as **Exhibit 4** is a true and correct copy of an analyst report published by BofA Global Research dated May 7, 2021.

6.	Attached hereto as **Exhibit 5** is a true and correct copy of a table of the daily historical trading prices of Orphazyme's ADS, from September 29, 2020 to November 4, 2021, as reported by S&P Capital IQ, collected on January 14, 2022.

7.	Attached hereto as **Exhibit 6** is a true and correct copy of a certified transcript, prepared by Transperfect Legal Solutions, of Orphazyme's presentation at a conference hosted by B. Riley Financial, Inc. on April 29, 2021. The audio recording of this conference is publicly available at https://www.webcaster4.com/Webcast/Page/2433/41093.

8.	Attached hereto as **Exhibit 7** is a true and correct copy of an Orphazyme press release dated June 18, 2021 titled "Orphazyme provides regulatory updates from FDA on arimoclomol for Niemann-Pick disease type C."

9.	Attached hereto as **Exhibit 8** is a true and correct copy of a transcript of a special call held by Orphazyme at 7:00 a.m. GMT on June 18, 2021 regarding its receipt of a Complete Response Letter.

2

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of special call held by Orphazyme at 1:00 p.m. GMT on June 18, 2021 regarding its receipt of a Complete Response Letter.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an Orphazyme press release dated June 28, 2021 titled "Orphazyme announces restructuring to focus on supporting a path forward for arimoclomol in NPC."

12.     Attached hereto as **Exhibit 11** is a true and correct copy of an article published by the *Journal of Inherited Metabolic Diseases* on August 21, 2021 titled "Efficacy and safety of arimoclomol in Niemann-Pick disease type C: Results from a double-blind, randomized, placebo-controlled, multinational phase 2/3 trial of a novel treatment."

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a transcript of an earnings call held by Orphazyme on August 31, 2021.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of an Orphazyme press release dated October 31, 2021 titled "Orphazyme provides regulatory update following Type A meeting with FDA on arimoclomol in Niemann-Pick disease type C."

15.     Attached hereto as **Exhibit 14** is a true and correct copy of Orphazyme's Prospectus Supplement, filed on Form 424B4 with the SEC on November 4, 2021.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an Orphazyme press dated October 2, 2020 titled "Reporting of transactions in Orphazyme's shares made by persons discharging managerial responsibilities."

17.     The exhibits attached hereto have been highlighted by counsel to facilitate the Court's review of Defendants' motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on this 21st day of January, 2022.

By: */s/ Matthew L. Kutcher*
Matthew L. Kutcher