# Exhibit 3

# COWEN

Biotechnology

## ORPHAZYME A/S

**EQUITY RESEARCH**

April 27, 2021

**Price: $9.50** (04/26/2021)
**Price Target: $23.00**

**OUTPERFORM (1)**

**ESG SCORE: N/A**

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Anvita Gupta, Ph.D.**
646 562 1325
anvita.gupta@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: ORPH |
| Market Cap | $343.9MM |

Click here for the full company update from our latest quarterly report.

QUICK TAKE: COMPANY UPDATE

# PDUFA PREVIEW: APPROVAL OF ARIMOCLOMOL BY JUNE 17 PDUFA FOR NPC HIGHLY LIKELY

## THE COWEN INSIGHT

ORPH's arimoclomol (already branded MIPLYFFA) has a target PDUFA date of June 17, 2021. We think the drug is very likely to be approved by this date, given the strength of clinical data, high unmet need in NPC and mgmt's indication that labeling discussions are already underway. We expect the label to be broad and relatively clean, and model WW peak sales of $490MM.

### High Likelihood Of Arimoclomol Approval By June 17th US PDUFA

We think arimoclomol (MIPLYFFA) will be approved for NPC by its June 17 PDUFA (maybe earlier) with a broad, relatively clean label. ORPH has indicated it is in the final stages of labeling talks with FDA and does not expect burdensome liver/renal monitoring requirements. ORPH also received the Day 120 questions from CHMP and anticipates EU approval in 4Q21. With compelling Ph2/3 NPC clinical data and lack of a currently approved US NPC treatment, we think approvals in both geographies are highly likely. FY21 sales revenues could reach $10-20MM in the US and certain EU countries (likely FR, GER). ORPH also expects a PRV will be granted at US approval which could be monetized this year.

### MIPLYFFA Already US Launch-Ready

ORPH is launch-ready with commercial inventory and a US sales team in place ahead of anticipated mid-year FDA NPC approval. ORPH believes arimoclomol would be the first approved NPC Tx in the US where it would be used first-line. In the EU, it is expected to initially be an add-on regimen to already approved, generic miglustat. ROW, ORPH anticipates arimoclomol would evolve into first-line tx (including in the EU). Positive KOL feedback is supportive of the potential high uptake in NPC.

ORPH estimates NPC market at 2,000 pts WW. A US WAC of $500k/patient drives our estimates of peak sales of $190MM in 2025 and $360MM in 2027 in the US and EU, respectively.

We see substantial investor skepticism of an FDA approval as the NPC Ph2/3 did miss the predefined ITT primary analysis. This skepticism is amplified by the pronounced recent conservative FDA track record. Still given management updates, strength and strong rationale (and likely FDA sign-off) of post-hoc analysis, KOL support and the unmet medical need, we predict approval.

- We think ORPH could trade up 75-100% on an approval with reasonable liver/renal safety monitoring, depending on market conditions. We think an NPC approval could easily support $600M EV with ~$200M peak potential US sales alone. We would not see potential (though unlikely) exclusion of double null NPC patients from the label as a liability, as they represent only <5% of the NPC population.

- Should ORPH receive a CRL, we believe the stock could trade down to ~$3.50 to about cash levels.

### FDA-Sanctioned Ph2/3 Post-Hoc Analyses Show Clinically Meaningful 77% Relative Reduction Of Disease Progression

Arimoclomol amplifies heat shock proteins, and more specifically Hsp70, which is strongly associated with improved protein folding, lysosomal chaperoning/trafficking and function.

Please see pages 10 to 15 of this report for important disclosures. **COWEN**.COM

This report is intended for afv@orphazyme.com. Unauthorized distribution prohibited.

COWEN

EQUITY RESEARCH

**Orphazyme A/S**

April 27, 2021

ORPH is focused on developing and commercializing arimoclomol for serious diseases including lysosomal storage diseases (NPC, Gaucher's) and neuromuscular degenerative diseases, with a Ph3 program in ALS due to read out top line results shortly (see our preview here). NPC is a genetic disease of impaired cholesterol metabolism that can result in severe impairment in cognitive, neurological and motor function.

Arimoclomol appeared to dramatically slow disease progression by 63% in the vast majority of Ph2/3 pts with nominal stat sig on the gold standard NPC functional endpoint (p=0.0537). While the trial did miss its predefined primary analysis, the FDA sanctioned post-hoc analysis of pts with missense (vs null mutations) did reach a 77% relative reduction in disease progression (p=0.0242). Additional pre-specified secondary analyses in pts aged 4 years and above showed an 80% relative reduction in disease progression (p=0.0189); and patients also receiving background miglustat saw a 101% reduction in disease progression (p=0.0074). We think the consistency of all these analyses, together with the good safety profile of the drug and the lack of any currently approved therapy will likely drive a US approval for NPC.

COWEN

EQUITY RESEARCH

Orphazyme A/S

April 27, 2021

### We Believe Arimoclomol Will Be Used Broadly In NPC On Top Of Miglustat, And Model Peak US And EU Market Potential For NPC As $190MM And $360MM, Respectively

Given the unmet need for NPC in the US is large, we see significant uptake in the US and the EU. Miglustat (now generic, formerly J&Js Zavesca) is not approved for NPC in the US; the drug is only approved for Gaucher's in the US. Nevertheless, its use for NPC is relatively widespread, as no other drug has generated even marginal activity in the US. Miglustat was approved for NPC in the EU (where it is now also generic), and where it saw broad uptake. Still, the drug's activity in the disease is quite modest, and ORPH's clinical data very strongly supports the benefit of combination use with arimoclomol. ORPH's leadership is experienced in orphan drug commercialization and has built what we see as an efficient commercial team, and patient access and care hub (critical to uptake in orphan diseases). Precedent suggests to us that uptake will be relatively quick and we model peak US sales of $190MM in 2025 driven by 85% market share and peak EU sales of $360MM in 2027 driven by 85% market share.

### We Are Confident In Arimoclomol's Commercial Success Driven By ORPH's Experienced Commercial Team

ORPH's US operations are led by Molly Painter (President-US) in the US. Ms. Painter was previously VP of Rare Disease at Takeda, and prior to that, the VP of Sales at Shire, where she focused on rare disease therapies. The company's new CEO, Christophe Bourdon, was most recently Amgen's SVP, General Manager, U.S. Oncology Business. More importantly, before that, he was Alexion's SVP of Europe, Middle East, Africa, and Canada, where he launched two breakthrough ultra-orphan drugs. As such, we believe he has significant experience navigating health technology assessment and reimbursement discussions in the EU and many ROW territories which will be critical to MIPLYFFA's WW rollout. ORPH proactively continues to highlight its commercial launch readiness of arimoclomol for NPC in the US through the year. We believe large and underappreciated value potential exists in arimoclomol multiple orphan lysosomal storage disorders (LSD).

### A Review Of Arimoclomol's Clinical Data In NPC

**Niemann Pick Type C Disease Background:** NPC is a rare, autosomal recessive, neurodegenerative lysosomal storage disorder in which genetic defects in the transmembrane protein NPC1 and/or NPC2 lead to endosomal-lysosomal trafficking errors, resulting in dysfunctional metabolism, lipid accumulation, and downstream disease. The exact mechanism by which NPC1 or NPC2 leads disordered lipid metabolism is unknown, although some researchers believe transporter dysfunction causes impaired cholesterol egress from the lysosomes, resulting in pathologic cholesterol accumulation in the lysosomes. Clinically, NPC (also known as the subacute or juvenile form) can range from neonatal rapid progressive fatal disorder (about ~20% of cases) to adult-onset chronic. In neonates, NPC is characterized by interstitial liver disease, accumulation of abdominal fluid, hepatosplenomegaly, jaundice, respiratory infiltration, and developmental delays. NPC is often fatal for neonates within months. In adults, the disease is marked with ataxia, dystonia, frontotemporal dementia, psychosis, dysarthria, dysphagia, and seizures. NPC is fatal for adults in the second or third decade of life (due to aspiration pneumonia). Typically, presentation in mid-to-late childhood with onset of ataxia, vertical supranuclear gaze palsy (VSGP), and dementia is common.

**Arimoclomol's Mechanism Of Action In NPC:** Arimoclomol is a first-in-class heat shock protein amplifier that crosses the blood-brain barrier and is dosed orally with easy gastric administration. There have been no significant safety concerns in over 540 patients and healthy volunteers dosed with the drug. Arimoclomol affects heat shock proteins (HSPs) by stabilizing the activated form of heat shock transcription factor 1 (HSF1) and increasing the downstream transcription of HSPs. This effect enhances the endogenous cytoprotective mechanisms in the presence of cellular stress. Autosomal recessive LSDs driven by missense mutations are targets amenable for chaperone-involving protein repair processes.

**Arimoclomol's MOA in NPC**



*Source: ORPH*

**Phase 1 and Phase 2 Studies Of Arimoclomol In NPC**

Arimoclomol was assessed in NPC-001, a prospective non-therapeutic observational study, and NPC-002, an interventional RCT placebo-controlled study lasting 12 months, with an OLE preceding potential approval and marketing authorization.

**Phase 1 NPC-001 Trial Design:** There were 35 patients enrolled, of which 31 completed the study. Patients were randomized 2:1 to arimoclomol and placebo, respectively. A dose of 50-200mg T.I.D (total daily dose of 150-600mg based on body weight) was chosen, and background miglustat was permitted. Primary endpoints were NP-C clinical disease diversity, changes in EQ-5D-Y, a QoL patient-reported outcome (PRO) survey, changes in size and characteristics of spleen and liver assessed by ultrasound, oxysterol concentrations (novel biomarker), NPC protein concentration changes, and clinical symptom changes. Secondary outcomes included AE rates and other safety parameters.

*Phase 1 Results Hinted At A Positive Trend:* Designed to assess individual patient disease progression through a historical and 6-month prospective evaluation, a mean increase of 2.7 (SD=4.0) in total NPC-CSS (Clinical Severity Scale; evaluated upon below) with a mean rate of change of 1.47 (2.25) per 6 months was reported. For the 5 key domains (ambulation, speech, swallowing, cognition, and fine motor skills), there was a mean increase of 1.4 (2.9) and a mean rate of change of 0.75 (1.58) per 6 months. No other data was reported from this trial.

**Phase 2 NPC-002 Trial Design:** NPC-002 was a placebo-controlled RCT that enrolled 50 patients, with 42 subjects completing the study. Of these 50 patients, 34 were treated with arimoclomol and 16 with placebo. Note that 27 patients from NPC-001 rolled into NPC-002. The inclusion criteria encompassed NPC1/NPC2 patients aged 2-18 years old, with at least 1 presenting neurological symptom, ambulation with or without assistance, and stability for 6 months prior to study start if on background miglustat. The primary endpoint was change in NPC disease severity score, as assessed by NPC-CCS (same scale used in NPC-001), with multiple PROs and other endpoints as secondary measures.

**Study Design And Timeline of NPC-002 With The Open-Label Extension**



**COWEN**
EQUITY RESEARCH

**Orphazyme A/S**
April 27, 2021



*Source: Orphazyme*

***Phase 2 NPC-002 Trial Missed Statistical Significance But Demonstrated A Clinically Meaningful Benefit:*** Top-line data from NPC-002, released in Jan 2019, showed positive signals across the board. The primary endpoint barely missed statistical significance, showing a -1.34 treatment effect in favor of arimoclomol over placebo (p=0.0506), where 1 point of negative change is considered clinically meaningful. In a subgroup analysis of patients ≥4yo, there was a -1.68 treatment effect (p=0.0219), and in patients on background miglustat, a -2.00 treatment effect (p=0.0071). The Clinical Global Impression of Improvement (CGI-I) responder endpoint was not met but post-hoc analysis deemed this endpoint evidence is supportive. Biomarker analysis showed increased Hsp70 in blood, as well as reduced UE cholesterol and oxysterol in blood/skin cells. 59% on drug vs 56% on placebo remained stable/improved. Progression rates in placebo group were lower than expected, and hence there was a reduced ability to show positive effect. Overall, there was a 74% reduction in progression after 12 months.

**Biomarker Analysis in NPC-002 Shows Marked Reduction Across The Board**



*Source: ORPH*

**NPC-002 Top-Line Dataset**



Source: ORPH

***Safety:*** Overall AE rates were similar between arimoclomol (88.2%) and placebo (81.3%). Three patients in the arimoclomol group withdrew due to AEs, with SAE rates occurring far less in the arimoclomol group (14.7%) compared to placebo (37.5%). There was one patient death due to cardiopulmonary arrest deemed not related to treatment.

***NPC-CCS:*** The PRO of choice is NPC-CCS, a scale (with score 0 (best) to 25 (worst)) measuring ambulation, fine motor skills, swallowing, speech, and cognition. The full PRO assesses 17 domains and is correlated (Spearman's correlation=0.93) to the abbreviated 5-domain NPC-CSS. NPC-CSS has been tested and deemed valid and reliable as an endpoint.

**NPC-CCS: A Clinical Severity Score for NPC**

| Domain \ Score | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| ❶ Ambulation | Normal | Clumsy, bangs into things | Ataxic, gait wider, poor balance | | Assisted ambulation – only walk short distance indoor | Wheelchair dependent |
| ❷ Fine motor skills | Normal | Slight dysfunction but able to handle cutlery | Mild dystonia Require little assistance, able to feed without help | | Limited skills, unable to use pencil or eat independently | Unable to use hands. Assistance needed for all activities |
| ❸ Swallow | Normal | Cough while eating | Intermittent problems with drink or food | Constant and intermittent feeding problems | Constant feeding problems or use of tube | Dependent feeding by tube |
| ❹ Cognition | Normal | Mild learning delay, still in normal class | | Moderate learning delay – need special support in school and kindergarten | Severe delay – Constant supervision, not able to learn new skills | Loss of cognitive function Unable to understand day-to-day events |
| ❺ Speech | Normal | Mild slurring / slower speech | Severe dysarthria Very slow, difficult to understand | Non-verbal communication, Uses simple signs / pictures | | Absence of communication |

Source: ORPH

**NPC-002 + OLE Trial Design:** After the 1-year blinded NPC-002 study, 41 patients enrolled into the OLE, of which 35 patients were included in interim analysis of 1 year blinded + 1 year OLE. 22 patients were on continuous arimoclomol and 13 rolled from placebo into drug cohort. The primary endpoint was 5-domain NPC-CCS, same as NPC-002. Secondary endpoints included multiple PROs assessing quality of life and disease severity, as well as the 9 Hole Peg Test, CGI-I/CGI-S data, and AE data. Biomarkers assessed included HSP70 and UE cholesterol (in peripheral blood mononuclear cells, or PBMCs), UE cholesterol in skin cells, and oxysterol in serum. In addition, pre-specified subgroup analysis of patients over 4 years old, those on background miglustat, and a post hoc analysis (request from FDA) of treatment effect excluding three patients with double functional null mutations were completed. The company indicated that 3 patients with double functional null mutations (missing genes NPC1 and NPC2, hence they are not amenable to arimoclomol) randomized

**COWEN**
EQUITY RESEARCH

Orphazyme A/S
April 27, 2021

to the arimoclomol cohort was random and not expected. Based on FDA feedback a post hoc analysis was requested to assess treatment effect excluding these patients.

**Inclusion/Exclusion Criteria:** Inclusion criteria included patients with confirmed mutations in both NPC1 and NPC2 or confirmed mutation in one allele and positive filipin staining or elevated cholestane triol/oxysterols (>2x ULN). Similar to NPC-002, patients on miglustat were required to be stable for 6 months or have a washout period of 3 months if they had recently discontinued miglustat. They were also needed to have one presenting neurological symptom like NPC-002 and able to walk independently or with assistance. Candidates who had insufficient liver (defined as hepatic labs >3x ULN), renal insufficiency (serum creatinine <1.5x ULN), or patients that did not complete NPC-001 were excluded from the study. A dose of 50-200 mg dosed T.I.D (or 150-600 mg/day) was chosen based on weight, like in the NPC-002.

***Missense Mutation Patients Had A Statistically Significant Treatment Effect Of 77% Relative Reduction; Benefit Was Compounded With Early Treatment And Combination With Miglustat:*** From baseline to 12 months, there was a mean treatment effect of -1.34 (63% relative reduction; p=0.0537), where 1 point of negative change is considered clinically meaningful. *Excluding 3 individuals with double functional null mutations in the arimoclomol treatment group, there was a -1.56 (77% relative reduction; p=0.0242) mean treatment effect.* In a subgroup analysis in patients aged ≥4 years old, there was a -1.75 treatment effect (80%; p=0.0189). Lastly, those *on miglustat as background treatment (39 of 50 patients) showed a -2.01 (101%; p=0.0074) treatment effect.* Interestingly, in an analysis of disease progression, early treatment initiation was shown to have better results compared to delayed start, with 64% reduction vs. extrapolated natural history progression compared to 33% reduction for delayed start (switching from placebo to arimoclomol). This result was compounded for those already on background miglustat, supporting evidence of combination therapy leads to better outcomes. Note that for CGI-I analysis (which failed to meet clinical significance), only 8 patients had baseline assessments, and this endpoint was added after trial start.

**NPC-002 OLE Data Set Showing Mean Treatment Differences in 5 Domain NPC-CSS Between Arms**



*Source: ORPH*

**Arimoclomol Positively Affected Disease Progression and Course**



*Source: ORPH*

**Safety:** There was a similar rate of AEs in this OLE (as seen in NPC-002) of 88% in the arimoclomol arm and 75% in the placebo arm, with half as many SAEs in the arimoclomol arm (15%) compared to placebo (31%). As mentioned earlier, three patients withdrew from the study in the drug arm: two patients had urticaria/angioedema and one patient had a 2-fold increase in serum creatinine from baseline. Common AEs reported (≤8% of patients) included transient weight decrease in 14.7% of patients and decreased appetite, tremor, or urticaria in 8.8% of patients respectively. Concerns regarding high dosing, especially relevant to other clinical trials for other indications, has been agreed upon with the FDA (up to 400mg T.I.D). A Dec 22, 2020 submission of clean QTc safety study data as well as Nov/Dec hepatic and renal safety trial data submission (both relatively benign and in-line with prior data) constituted a major amendment to the regulatory filing that resulted in a standard extension of PDUFA from March 17 to June 17, 2021.

**Competitive Landscape In NPC**

There is no currently approved therapy for Niemann Pick Type C in the U.S, and one approved in the E.U (Miglustat). Symptomatic therapy is administered to treat seizures, dystonia, cataplexy, as well as disturbed sleep. Physical therapy, antibiotics, bowel programs, and nasogastic NG tubes (commonly used for feeding when oral swallowing may be compromised) may be used for varying symptom management.

- **Miglustat**, or Zavesca (now available in generic form WW), is a glucosylceramide synthase inhibitor (marketed by Actelion Pharmaceuticals) often used off-label for the treatment of NPC in the U.S. Miglustat is approved in Europe (for NPC and mild-to-moderate Gaucher Disease), Canada, Australia, New Zealand, in several Asian and South American countries, and in Japan (as Brazaves). It was rejected by the FDA in 2010 as the FDA requested additional preclinical and clinical information, even though the Endocrinologic and Metabolic Drugs Advisory Committee voted 10 to 3 in favor of the benefit/risk profile of Zavesca, as it had been approved in the US for Gaucher Disease Type 1 in 2003. By inhibiting glucosylceramide synthase, it reduces glycosphingolipid accumulation and reduces the symptoms of NPC. Orphazyme has indicated that Miglustat is used in 40-50% of patients in the U.S. off-label, and in 80-90% of E.U. patients. It is commonly dosed at 200mg T.I.D, titrated down for patients <12 years of age based on body surface area.

- **Safety**: Tremor was observed in 58% of NPC patients (and 37% of GD patients) upon treatment and was managed via dose reduction. Gastrointestinal events were observed in 80% of patients, and reduced platelets were observed in 40-50% of trial patients. Reduced growth was also seen in the pediatric population. The most common AEs were diarrhea, flatulence, abdominal pain, weight loss, and tremor.

**COWEN**
EQUITY RESEARCH

Orphazyme A/S
April 27, 2021

- **Efficacy:** Miglustat is recommended for NPC patients who do not qualify or tolerate enzyme replacement therapy (ERT). It often takes 6-12 months to observe clinical benefits in infantile onset cases, and as long as 2 years in adult-onset cases. Positive benefits in slowing disease progression have been observed such as reduced choline levels in the brain during up to 5 years of therapy and reduction in CSF-calbindin indicating reduced Purkinje cell loss. Protective effects on cerebellar and subcortical structure were observed via MRI. Neurological stabilization using NP-C disability scales showed greater benefit in older aged patients. Saccadic eye movement improvement was seen during 1-5 years of therapy as well. Swallowing, a main risk factor of premature death, was seen to improve or remain stable while on therapy. Overall, post-market surveillance of miglustat has shown a variety of clinical benefit in NPC with an acceptable safety and tolerability profile.

- **Miglustat Use Is Not Expected to Influence The Sales Potential of Arimoclomol:** We note that arimoclomol results in more positive outcomes when used in combination with Miglustat (we describe clinical results above). In our view, Miglustat does not pose a serious competitive risk to arimoclomol's potential and can be prescribed in combination for qualifying patients.

A few other compounds in development for NPC are:

- **Adrabetadex** (VTS-270), was evaluated in a Phase 2b/3 clinical trial by Mallinckrodt Pharmaceuticals. In June 2019, Mallinckrodt Pharmaceuticals communicated the Phase 2/3 top-line results did not meet statistical significance (p=0.55). This product candidate had received Orphan Drug Designation by both the FDA and EMA. Adrabetadex is no longer in development.

- **IB1001**, has been evaluated in a Phase 2 clinical trial by IntraBio. IB1001 is a modified amino acid (N-acetyl-L-leucine) dosed orally. In September 2020, Intrabio announced statistically significant positive data from their IB1001-201 trial in NPC. The study met its primary endpoint of a statistically significant improvement on the Clinical Impression of Change in Severity (CI-CS) scale, and reported no safety signals. An extension phase of the study is ongoing to confirm the drug's long-term therapeutic benefit. This product candidate has received Orphan Drug Designation by both the FDA and EMA and Fast Track Designation by the FDA.

- **Trappsol** was evaluated in multiple Phase 1/2a clinical trials by Cyclo Therapeutics. Eight of nine patients (89%) who completed the study met the primary efficacy endpoint of improvement in at least 2 domains of the 17-domain NPC Severity Scale. 78% of the patients were reported to improve to some degree at 48 weeks of the treatment, with disease stabilization in 2 patients. This product candidate has received Orphan Drug Designation by both the FDA and EMA. This product is an experimental treatment administered intravenously with a MOA not fully understood (believed to reduced cholesterol buildup).

- **ESB1609** is being evaluated in a Phase 1 clinical trial by E-scape Bio, assessing safety, tolerability, and PK of multiple ascending doses. It is a brain-penetrant selective sphingosine-1-phosphate 5 (S1P5) receptor agonist that is being studies in healthy volunteers.

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Biotechnology:**

In calculating our 12-month target price, we employ one or more valuation methodologies, which include a discounted earnings analysis, discounted cash flow analysis, net present value analysis and/or a comparable company analysis. These analyses may or may not require the use of objective measures such as price-to-earnings or price-to-sales multiples as well as subjective measures such as discount rates.

We make investment recommendations on early stage (pre-commercial) biotechnology companies based upon an assessment of their technology, the probability of pipeline success, and the potential market opportunity in the event of success. However, because these companies lack traditional financial metrics, we do not believe there are any good methodologies for assigning a specific target price to such stocks.

### Investment Risks

**Biotechnology:**

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

### Risks To The Price Target

There are multiple risks that are inherent with an investment in the biotechnology sector. Beyond systemic risk, there is also clinical, regulatory, and commercial risk. Additionally, biotechnology companies require significant amounts of capital in order to develop their clinical programs. The capital-raising environment is always changing and there is risk that necessary capital to complete development may not be readily available.

COWEN
EQUITY RESEARCH

**Orphazyme A/S**
April 27, 2021

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| ORPH | Orphazyme A/S |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Orphazyme A/S securities.

Cowen and Company, LLC managed or co-managed a public offering of Orphazyme A/S in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Orphazyme A/S in the past 12 months.

Orphazyme A/S is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at April 27, 2021, 10:02 ET. and disseminated at April 27, 2021, 10:02 ET.

**Copyright, User Agreement and other general information related to this report**

© 2021 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

## COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 540 | 68.18% | 176 | 32.59% |
| Hold (b) | 243 | 30.68% | 22 | 9.05% |
| Sell (c) | 9 | 1.14% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

**COWEN**
EQUITY RESEARCH

**Orphazyme A/S**
April 27, 2021



**Orphazyme A/S Rating History as of 04/26/2021**
powered by: BlueMatrix

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**
EQUITY RESEARCH

**Orphazyme A/S**
April 27, 2021

# COWEN ESG SCORES

### HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



Product Design & Lifecycle Management
Business Model Resilience
Supply Chain Management
Materials Sourcing & Efficiency
Physical Impacts of Climate Change

**BUSINESS MODEL & INNOVATION**

**LEADERSHIP & GOVERNANCE**

Business Ethics
Competitive Behavior
Management of the Legal & Regulatory Environment
Critical Incident Risk Management
Accident and Safety Management

Human Rights & Community Relations
Customer Privacy
Data Security
Access & Affordability
Product Quality & Safety
Customer Welfare
Selling Practices & Product Labeling

**SOCIAL CAPITAL**

**ENVIRONMENT**

GHG Emissions
Air Quality
Energy Management
Water & Wastewater Management
Waste & Hazardous Materials Management
Ecological Impacts

**HUMAN CAPITAL**

Employee Engagement, Diversity & Inclusion
Employee Health & Safety
Labor Practices

### HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

### WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

### DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

**COWEN**
EQUITY RESEARCH

Orphazyme A/S
April 27, 2021

# POINTS OF CONTACT

**Reaching Cowen**

## Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

## International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 COWENRESEARCH

 COWEN

 COWEN INC.