# Exhibit 5

**Orphazyme A/S - American Depository Shares ("ADS") Prices**
**September 29, 2020 - November 4, 2021**

*Source: S&P Capital IQ, collected January 4, 2022*

| Date | ORPH ADS Price |
| --- | --- |
| 9/29/2020 | $9.71 |
| 9/30/2020 | $10.33 |
| 10/1/2020 | $10.62 |
| 10/2/2020 | $10.81 |
| 10/5/2020 | $10.80 |
| 10/6/2020 | $10.54 |
| 10/7/2020 | $10.65 |
| 10/8/2020 | $10.68 |
| 10/9/2020 | $10.94 |
| 10/12/2020 | $10.94 |
| 10/13/2020 | $10.85 |
| 10/14/2020 | $11.02 |
| 10/15/2020 | $10.94 |
| 10/16/2020 | $10.81 |
| 10/19/2020 | $10.69 |
| 10/20/2020 | $10.69 |
| 10/21/2020 | $10.30 |
| 10/22/2020 | $10.30 |
| 10/23/2020 | $10.07 |
| 10/26/2020 | $10.65 |
| 10/27/2020 | $10.39 |
| 10/28/2020 | $9.67 |
| 10/29/2020 | $9.50 |
| 10/30/2020 | $9.27 |
| 11/2/2020 | $9.11 |
| 11/3/2020 | $9.01 |
| 11/4/2020 | $9.34 |
| 11/5/2020 | $9.56 |
| 11/6/2020 | $9.49 |
| 11/9/2020 | $9.71 |
| 11/10/2020 | $9.90 |
| 11/11/2020 | $9.99 |
| 11/12/2020 | $9.72 |
| 11/13/2020 | $9.86 |
| 11/16/2020 | $10.23 |
| 11/17/2020 | $9.58 |
| 11/18/2020 | $9.86 |
| 11/19/2020 | $9.78 |
| 11/20/2020 | $9.60 |
| 11/23/2020 | $9.56 |
| 11/24/2020 | $9.37 |
| 11/25/2020 | $9.41 |
| 11/27/2020 | $9.73 |
| 11/30/2020 | $9.81 |
| 12/1/2020 | $9.59 |
| 12/2/2020 | $9.75 |
| 12/3/2020 | $9.70 |
| 12/4/2020 | $9.73 |
| 12/7/2020 | $9.71 |
| 12/8/2020 | $9.63 |
| 12/9/2020 | $9.66 |
| 12/10/2020 | $9.60 |
| 12/11/2020 | $8.96 |
| 12/14/2020 | $9.50 |

**Orphazyme A/S - ADS Trading Prices**
**September 29, 2020 - November 4, 2021**

| Date | ORPH ADS Price |
|---|---|
| 12/15/2020 | $9.86 |
| 12/16/2020 | $9.75 |
| 12/17/2020 | $11.04 |
| 12/18/2020 | $10.95 |
| 12/21/2020 | $11.30 |
| 12/22/2020 | $12.20 |
| 12/23/2020 | $12.02 |
| 12/24/2020 | $12.00 |
| 12/28/2020 | $11.27 |
| 12/29/2020 | $11.22 |
| 12/30/2020 | $10.86 |
| 12/31/2020 | $10.73 |
| 1/4/2021 | $10.85 |
| 1/5/2021 | $10.72 |
| 1/6/2021 | $10.62 |
| 1/7/2021 | $10.55 |
| 1/8/2021 | $10.80 |
| 1/11/2021 | $11.54 |
| 1/12/2021 | $11.31 |
| 1/13/2021 | $12.00 |
| 1/14/2021 | $12.92 |
| 1/15/2021 | $12.77 |
| 1/19/2021 | $13.79 |
| 1/20/2021 | $13.54 |
| 1/21/2021 | $13.46 |
| 1/22/2021 | $13.65 |
| 1/25/2021 | $13.84 |
| 1/26/2021 | $13.02 |
| 1/27/2021 | $12.45 |
| 1/28/2021 | $11.86 |
| 1/29/2021 | $11.82 |
| 2/1/2021 | $11.74 |
| 2/2/2021 | $12.01 |
| 2/3/2021 | $12.34 |
| 2/4/2021 | $12.16 |
| 2/5/2021 | $12.51 |
| 2/8/2021 | $13.23 |
| 2/9/2021 | $12.90 |
| 2/10/2021 | $12.50 |
| 2/11/2021 | $12.39 |
| 2/12/2021 | $12.35 |
| 2/16/2021 | $12.93 |
| 2/17/2021 | $13.00 |
| 2/18/2021 | $12.95 |
| 2/19/2021 | $12.89 |
| 2/22/2021 | $12.70 |
| 2/23/2021 | $12.30 |
| 2/24/2021 | $12.63 |
| 2/25/2021 | $12.41 |
| 2/26/2021 | $12.24 |
| 3/1/2021 | $12.37 |
| 3/2/2021 | $13.13 |
| 3/3/2021 | $12.95 |
| 3/4/2021 | $12.44 |
| 3/5/2021 | $12.60 |
| 3/8/2021 | $12.38 |
| 3/9/2021 | $13.35 |
| 3/10/2021 | $13.30 |
| 3/11/2021 | $12.89 |
| 3/12/2021 | $13.06 |

**Orphazyme A/S - ADS Trading Prices**
**September 29, 2020 - November 4, 2021**

| Date | ORPH ADS Price |
|------|----------------|
| 3/15/2021 | $12.42 |
| 3/16/2021 | $12.56 |
| 3/17/2021 | $12.70 |
| 3/18/2021 | $12.37 |
| 3/19/2021 | $12.32 |
| 3/22/2021 | $12.79 |
| 3/23/2021 | $13.00 |
| 3/24/2021 | $13.50 |
| 3/25/2021 | $12.38 |
| 3/26/2021 | $12.39 |
| 3/29/2021 | $8.80 |
| 3/30/2021 | $9.28 |
| 3/31/2021 | $8.39 |
| 4/1/2021 | $8.60 |
| 4/5/2021 | $8.61 |
| 4/6/2021 | $9.10 |
| 4/7/2021 | $9.07 |
| 4/8/2021 | $8.90 |
| 4/9/2021 | $8.84 |
| 4/12/2021 | $9.26 |
| 4/13/2021 | $9.53 |
| 4/14/2021 | $9.70 |
| 4/15/2021 | $9.90 |
| 4/16/2021 | $9.93 |
| 4/19/2021 | $10.18 |
| 4/20/2021 | $8.82 |
| 4/21/2021 | $9.52 |
| 4/22/2021 | $9.69 |
| 4/23/2021 | $9.92 |
| 4/26/2021 | $9.50 |
| 4/27/2021 | $9.90 |
| 4/28/2021 | $9.10 |
| 4/29/2021 | $9.46 |
| 4/30/2021 | $9.42 |
| 5/3/2021 | $9.35 |
| 5/4/2021 | $9.00 |
| 5/5/2021 | $9.13 |
| 5/6/2021 | $8.56 |
| 5/7/2021 | $5.75 |
| 5/10/2021 | $5.92 |
| 5/11/2021 | $5.92 |
| 5/12/2021 | $5.46 |
| 5/13/2021 | $5.45 |
| 5/14/2021 | $5.51 |
| 5/17/2021 | $5.80 |
| 5/18/2021 | $5.70 |
| 5/19/2021 | $5.70 |
| 5/20/2021 | $5.51 |
| 5/21/2021 | $5.58 |
| 5/24/2021 | $5.65 |
| 5/25/2021 | $5.55 |
| 5/26/2021 | $5.59 |
| 5/27/2021 | $5.65 |
| 5/28/2021 | $5.60 |
| 6/1/2021 | $5.63 |
| 6/2/2021 | $4.82 |
| 6/3/2021 | $5.00 |
| 6/4/2021 | $5.05 |
| 6/7/2021 | $5.39 |
| 6/8/2021 | $5.26 |

**Orphazyme A/S - ADS Trading Prices**
**September 29, 2020 - November 4, 2021**

| Date | ORPH ADS Price |
|---|---|
| 6/9/2021 | $5.23 |
| 6/10/2021 | $21.00 |
| 6/11/2021 | $9.33 |
| 6/14/2021 | $11.11 |
| 6/15/2021 | $10.05 |
| 6/16/2021 | $16.21 |
| 6/17/2021 | $14.56 |
| 6/18/2021 | $7.33 |
| 6/21/2021 | $6.52 |
| 6/22/2021 | $5.97 |
| 6/23/2021 | $7.44 |
| 6/24/2021 | $8.15 |
| 6/25/2021 | $7.85 |
| 6/28/2021 | $7.24 |
| 6/29/2021 | $7.86 |
| 6/30/2021 | $7.35 |
| 7/1/2021 | $7.42 |
| 7/2/2021 | $7.21 |
| 7/6/2021 | $7.20 |
| 7/7/2021 | $6.71 |
| 7/8/2021 | $6.70 |
| 7/9/2021 | $6.45 |
| 7/12/2021 | $6.01 |
| 7/13/2021 | $5.82 |
| 7/14/2021 | $5.63 |
| 7/15/2021 | $5.19 |
| 7/16/2021 | $5.46 |
| 7/19/2021 | $5.22 |
| 7/20/2021 | $5.32 |
| 7/21/2021 | $5.81 |
| 7/22/2021 | $5.42 |
| 7/23/2021 | $5.28 |
| 7/26/2021 | $5.10 |
| 7/27/2021 | $4.70 |
| 7/28/2021 | $4.95 |
| 7/29/2021 | $4.82 |
| 7/30/2021 | $4.78 |
| 8/2/2021 | $4.75 |
| 8/3/2021 | $4.58 |
| 8/4/2021 | $4.42 |
| 8/5/2021 | $4.39 |
| 8/6/2021 | $4.13 |
| 8/9/2021 | $4.19 |
| 8/10/2021 | $5.22 |
| 8/11/2021 | $6.06 |
| 8/12/2021 | $5.50 |
| 8/13/2021 | $5.15 |
| 8/16/2021 | $5.27 |
| 8/17/2021 | $5.01 |
| 8/18/2021 | $4.89 |
| 8/19/2021 | $4.81 |
| 8/20/2021 | $5.01 |
| 8/23/2021 | $5.32 |
| 8/24/2021 | $5.26 |
| 8/25/2021 | $5.39 |
| 8/26/2021 | $5.23 |
| 8/27/2021 | $5.33 |
| 8/30/2021 | $5.35 |
| 8/31/2021 | $5.21 |
| 9/1/2021 | $5.11 |

**Orphazyme A/S - ADS Trading Prices**
**September 29, 2020 - November 4, 2021**

| Date | ORPH ADS Price |
|------|----------------|
| 9/2/2021 | $5.17 |
| 9/3/2021 | $5.12 |
| 9/7/2021 | $5.02 |
| 9/8/2021 | $4.98 |
| 9/9/2021 | $4.96 |
| 9/10/2021 | $4.81 |
| 9/13/2021 | $4.68 |
| 9/14/2021 | $4.57 |
| 9/15/2021 | $4.69 |
| 9/16/2021 | $4.60 |
| 9/17/2021 | $4.76 |
| 9/20/2021 | $4.34 |
| 9/21/2021 | $4.50 |
| 9/22/2021 | $4.57 |
| 9/23/2021 | $4.51 |
| 9/24/2021 | $4.40 |
| 9/27/2021 | $4.42 |
| 9/28/2021 | $4.21 |
| 9/29/2021 | $4.15 |
| 9/30/2021 | $4.11 |
| 10/1/2021 | $4.16 |
| 10/4/2021 | $4.01 |
| 10/5/2021 | $3.99 |
| 10/6/2021 | $3.84 |
| 10/7/2021 | $3.91 |
| 10/8/2021 | $3.82 |
| 10/11/2021 | $3.95 |
| 10/12/2021 | $3.98 |
| 10/13/2021 | $4.91 |
| 10/14/2021 | $4.20 |
| 10/15/2021 | $4.25 |
| 10/18/2021 | $4.02 |
| 10/19/2021 | $4.17 |
| 10/20/2021 | $4.08 |
| 10/21/2021 | $4.12 |
| 10/22/2021 | $3.95 |
| 10/25/2021 | $4.04 |
| 10/26/2021 | $3.91 |
| 10/27/2021 | $3.86 |
| 10/28/2021 | $3.93 |
| 10/29/2021 | $3.89 |
| 11/1/2021 | $4.18 |
| 11/2/2021 | $4.09 |
| 11/3/2021 | $4.16 |
| 11/4/2021 | $4.24 |