# Exhibit 6

Transcript by TransPerfect Legal Solutions

**Transcript of B. Riley Financial, Inc.**
**Orphazyme Company Presentation**
**April 29, 2021**

**MAYANK MAMTANI:** Hi, good morning, and good afternoon for folks on the other side of the Atlantic. This is Mayank Mamtani, senior biotech analyst at B. Riley. Our next presenting company is Orphazyme, who interestingly has a much less controversial PDUFA coming up in June. With that, it is my pleasure to hand over to hand over the floor to Christophe Bourdon, the chief executive officer, and I think we also have Anders Fink Vadsholt, the CFO of the company. Christophe?

**CHRISTOPHE BOURDON:** Perfect, thanks, Mayank, and indeed, greetings, everyone, to a Copenhagen. I am sitting here with Anders and myself. If we go to the next slide. So, as we are a public-listed company, I invite everyone to read this important notice. Next slide. So, good afternoon, good morning, everyone. So, my name is Christophe Bourdon. I have joined Orphazyme as a CEO less than four weeks ago, and maybe just before jumping into the detail, you know, just sharing a bit high-level who I am. So, you can tell from the accent, you know, I was not born in Texas. I'm French by birth. I'm bringing here, you know, some solid experience and track record, both on the ultra-orphan space. I was, actually, running the Alexion Europe, Middle East Africa, Canada region for three years. So, where I've been, you know, launching and getting successful reimbursement negotiations for ultra-rare products across EU Five markets and also in the UK, and lastly, I had three years of experience in the U.S. running the oncology business for Amgen. Next slide, and I'm sharing those details because I think it's important, you know, when, you know, I looked at the full-time opportunity, you know, I was really impressed how Orphazyme, 10 years ago, you know, was founded based on the belief that, you know, HS, I mean, heat-shock protein could really make a difference for LSD patients, and this was founded, really, on some very strong publication rationale, and so, if we go into the next slide, the true belief here, for those that don't know Orphazyme is, you know, that heat-shock protein are really the kind of body natural response to protect cells, and one in particular, the HSP 70, is, we know, is it could be, that was the belief at that time, the foundation for addressing a series of protein-misfolding diseases, and the belief, you know, was around three direction. First, it could help prevent and correct protein misfolding. It could also prevent and remove protein aggregates, and it could also help promoting lysosomal functions, and so, this is how Orphazyme was founded. Arimoclomol is now, you know, a first-in-class therapy and has a potential to treat a series of rare, devastating diseases. We are, as of today, you know, data that show that more than 500 patients, have been exposed to arimoclomol with no significant safety concern, and what's very important in the disease that, you know, I will go through, the easy oral, or naso-gastric administration, is actually a true differentiator, we believe, we are convinced, for patients. So, ten years later, here we are. Next slide, please. Currently, Orphazyme is, you know, listed both in Denmark and on the NASDAQ. We have more than 170 employees spread across eight countries, and, really, the focus of my presentation today is, you know, for you to remember the word and the brand Miplyffa. ==This is where the company, now, will be, you know, pending FDA approval, serving patients, hopefully, with NPC in the U.S. in coming months.== So, the key, if we go to the next slide. We have been, at Orphazyme, focusing on developing Miplyffa, first in Niemann-Pick type C diseases, where, you know, we are expecting, on June 17, the PDUFA. This is a PDUFA date with FDA. We have been, also, ongoing

**Transcript by TransPerfect Legal Solutions**

discussion with the European Medical Agency, and we are expecting, you know, in Q4 of this year, the CHMP opinion. When it comes to amyotrophic lateral sclerosis, ALS, we are confirming, you know, that the data should be reading out in first half of this year, so, in coming weeks, we should know more about the ALS, and the key message, really, here is,

**[00:05:00]**

for everyone on the phone is, you know, there is, on Niemann type C, a huge unmet need, and we are absolutely launch-ready in the U.S. If we go to the next slide. So, I've been, now, four weeks into, you know, the role as a CEO, and really, the first focus has been, you know, is the organization launch ready, and I will go into some detail, and the answer is yes. The second priority was also to focus on the data readout on ALS, and I will speak briefly about it in a few moments. Let's go to our next slide, that really shows, again, what is the unmet need for NPC. So, NPC is, as you know, a devastating, rare genetic disorder, life-limiting disease. The incidence we know about, which is documented is, you know, one out of 100,000, and the truth is, you know, the diagnosis rate depends on the therapeutic options available for patients at the moment. So, it's really ranging from 40-70%. We have a better diagnosis rate in Europe because of Miglustat being an approved therapeutic option. At the moment, we are, you know, we have identified 1,800 patients between EU and in the U.S., and it's roughly a 50/50, you know, adults to children population split, and this is where I can start to be a bit granular about the work done by Orphazyme on the ground, for example, both in the U.S. and across EU countries and in the UK. We have been launching, a few months ago, an early access program, and I'm pleased to report that, as of today, we have more than 90, 9-0, patients included in the early access program. That really confirms that, you know, two things. There is an unmet need. There is a strong desire from patients to be, you know, to be served by arimoclomol, and it also shows that, you know, the team on the ground, despite COVID, has been able to engage with key providers, with key centers, with KOL to really, you know, articulate the potential benefit of arimoclomol, and maybe just one number here. I think, over the last 12 months, the U.S. medical team has been able to have more than 400 interactions with providers, with key centers, and all of those were done, you know, as we all know, where else, in the COVID environment, virtually. So, this is one example where I feel like we are getting close to be launch ready. If we go to the next slide, and this is where, for those who are a bit far away from the trial. So, we have been able to show, in the trial, sorry, for the animation, that, you know, we are assessing the efficacy of arimoclomol in NPC through a 5-domain NPC score, and we have been able to show some meaningful treatment difference for patients, and if you were, so, the reduction in disease progression by 63%, and this reduction even increased to 77%, if we were excluding the double functional null mutations patient population. If we were even zooming more into the patients above the age of four, we were able to show an 80% relative reduction in disease production. So, those are the data that have been, you know, published, and this is, you know, what gives us a confidence that, you know, we would be able, with Miplyffa, to make a difference for patients in the U.S., hopefully and in Europe as well. Next slide. So, in the, what is our, our go-to market strategy? The unmet need is there on both sides of the Atlantic. I'm not sure you're seeing, on the slide, the map, but basically, what we're saying is our first priority will be, of course, pending FDA approval, we are launch ready in the U.S. There is an unmet need there. We will be able, you know, pending, of course, CHMP opinion, really to reach outpatients in the

2

European Union and in the UK as well, and we are also exploring, you know, other potential main patient sales countries, where there could be an unmet need

**[00:10:00]**

across NPC patients. To give you a flair, next slide, of how we have, basically, you know, set up the pre-launch and launch strategy. We have set up, across U.S. and Europe, a team with significant rare disease expertise. We have now, in place, all the backbone infrastructure, allowing, you know, to ensure that we're going to do the right thing in the right way, from supplying the product, interacting with providers, and invoicing sales. As I was saying earlier, the medical scientific liaison team has done a remarkable job, despite COVID, to interact with key centers. Sales and marketing team are in place, and we have also, you know, very important, all the regulatory and compliance team in place, and also, you know, the engagement with payers, and that's where, you know, my last three years at Amgen in the U.S., you know, this is a key component as well. We will be, of course, you know, ready from a payer front. To be more granular, on the next slide, it shows, you know, for an organization of the size of Orphazyme, on the right-hand side, this is a team, and you only see, you know, the head of the different departments. Those people have been hands-on, in the ground, up and running, ready for launch. The U.S. president is there, general counsel, head of finance, regulatory, launch execution, medical affairs, marketing, and field execution, very important as well, analytics and operation, and the market access, trade, and pricing, and that's just to give you, again, the confidence that we have the expertise, we have the backbone, and we're just now waiting for FDA's decision. When it comes to the other side of the Atlantic, in Europe, we have, in the ground, on the ground, sorry, in the key countries, medical and commercial team are ready. We also have the medical affairs team and the head of global product strategy. So, this is where I feel, you know, for an organization at this stage, we are absolutely ready to launch. If we were to move to the next slide, that's really to open the presentation on ALS. I won't go into the detail, but, you know, Mayank, we all know ALS is a really, as well, a progressive fatal neurodegenerative disease, and we all know how, you know, high, very high the unmet need is. There is a broader patient population, and we are going to be, you know, waiting patiently in the coming weeks for the ALS data readout to be, you know, informed, and believe me, we will come back to you with those results, when they will be available. Last slide on my end. So, I've joined at a very, you know, important moment for the company. The registrational trial on ALS is expected to read out on time, as planned, on H1 in coming weeks. June 17 is the FDA PDUFA date, and again, we are watching very carefully, you know, on FDA's decision, and I confirm here, based on our interaction with the EMA, that CHMP opinion in Europe is expected, at this stage, on Q4 2021. So, in summary, you know, I feel we are ready to launch. I've joined, you know, at a very, you know, exciting moment for Orphazyme. I am very excited about the opportunity to make a difference for NPC in the U.S. and in Europe. There is an unmet need. KOL and providers have signaled, you know, a strong interest. The early access program, first numbers show that, you know, there is a real demand out there. I'm convinced that payers, you know, looking at the benefit of arimoclomol will be willing to pay for Miplyffa. We are ready, and now it's a matter of days and weeks, and I'm looking forward to be discussing further with you, Mayank.

**MAYANK MAMTANI:** Thank you, Christophe. That that was very helpful. So, maybe, just starting with where you left off on the NPC commercial dynamics, could you maybe touch on,

you know, U.S. and EU have slight differences in standard of care, and I think you mentioned there are about 90 patients as part of the EAP. Any color you could provide on, you know, how you're thinking U.S. versus EU, both in terms of what the standard of care is

[00:15:00]

and where your drug fits in, and then also, you know, as you think about some of these patients who are, you know, part of the EAP, like how could you, then, convert them into commercial drug and, like, you know, keep them, and what are their baseline characteristics, things like that?

CHRISTOPHE BOURDON:   Yeah, it's a very good question. So, yes, indeed. The standard of care between Europe and U.S. is different. You know, Europe, Miglustat is approved, and there is a generic version of it, not in the U.S. So, we are aware of this. I would say, you know, Mayank, at this stage, the 90 patients, you know, are on both sides of the Atlantic. I will not, you know, comment into, like, specific country detail, but it's kind of well-balanced number, and what's very important, I think, is, like any ultra-orphan disease like this, you know, what's very important is what can we learn from those data, and where I feel very good is, you know, the program, the early access program is using a central protocol. So, basically, we will be ensuring that the same standard of care data will be used consistently across countries, and so, at this stage, I'm not able to answer, you know, precisely, and everyone wants to know. We are collecting the data. We will be able to process those, and that's really, I think, what the NPC community is eagerly waiting for.

MAYANK MAMTANI:  Excellent, and maybe also, obviously, your data has been presented at, you know, medical conferences like World Symposium. Is that published, or what, sort of, is your, you know, publication plan, as you think about arming your medical affairs to, you know, message and talk more about the data that you presented?

CHRISTOPHE BOURDON:   Yeah. So, we are expecting, actually, to present, you know, the 36-month follow-up at the upcoming Parseghian Symposium. So, that's going to be pretty soon, and when it comes to publication, we are, you know, expecting, of course, to submit it on peer review, and I would say, we will be able to have, you know, a publication in the second half of this year, but, you know, we absolutely want those data to be presented and to be communicated to a broader scientific and broader audience.

MAYANK MAMTANI:  Great, and then my final question on NPC, Christophe was on, obviously, in the U.S., you know, you have all these different designations, you know, fast-track, priority review, and obviously, you know, you're eligible for the voucher. Just curious if any more granularity you can provide on the discussion with the EMA and how favorable that is, and how should we think about the timelines.

CHRISTOPHE BOURDON:   For EMA or FDA? Sorry, I'm not sure I got your question.

MAYANK MAMTANI:  EMA. I mean, FDA is pretty straightforward because you know, you have the PDUFA, and you have a lot of good designation supporting the–

4

**Transcript by TransPerfect Legal Solutions**

**CHRISTOPHE BOURDON:** Exactly.

**MAYANK MAMTANI:** Yeah.

**CHRISTOPHE BOURDON:** Yeah. Okay, clear. So, with EMA, you know, we are making good progress. I would say, Mayank, you know, at this stage, I can confirm that, you know, we're still expecting, you know, the CHMP reporter to provide an opinion by Q4 of this year. That's where we are the moment.

**MAYANK MAMTANI:** Understood. Excellent, and then I do have to just squeeze in a question on ALS. I understand, you know, we're not talking about phase three, but could you maybe talk a little bit, just maybe for our audience who are new to the story, sort of the data you had in phase two, on the, obviously, the score endpoint, ALSFR, and also, I think you had an open-label study going on, so whatever longer-term follow-up you have, just so that, you know, we know, like, what you presented before.

**CHRISTOPHE BOURDON:** Yeah, I mean, Mayank, can I be very, with the audience, you know, because we're so close to the data release. I mean, I'm really more than happy, you know, to follow up on a follow-up call, with all those who want, with my medical team, on taking you through these numbers, but not on this call, if you don't mind.

**MAYANK MAMTANI:** Okay. That's perfectly fine, and then maybe, back to the, just kind of thinking about, you know, as you're building out the infrastructure for the company, I'm assuming everything's really laser-focused on NPC, but that could be also deployed, as appropriate, depending on the overlap of the prescriber base for ALS. What sort of overlap is there between the two indications for the prescriber base?

**CHRISTOPHE BOURDON:** Yeah, it's a good question. I think there is some overlap. You know, we have internal overlaps in terms of, you know, the medical affair capabilities, the IS, and data analytics

**[00:20:00]**

infrastructure we have built. So, you know, all those things could be, absolutely, leveraged, you know, should we have like, you know, positive data on ALS. I think the truth is like, like any disease, at the moment, you know, COVID is changing the way, you know, biotechs are engaging with providers. I mean, look, I'm very proud. The team here with its development of medical, you know, they have been able to do like an absolute stellar job throughout 2020, despite COVID, and I think, you know, we are absolutely, Orphazyme, we want to be a pioneer in the way we want to engage, you know, not only face-to-face, but digitally with providers, and so, I see a lot of synergies on the capabilities here, and that's going to also apply on the commercial model. So, I feel good about this, leveraging some key capabilities, qualitatively and quantitatively, that we have built for NPC.

**MAYANK MAMTANI:** Right, and actually, this question just came in, and it kind of goes back to your experience, obviously, with [INDISCERNIBLE], where, you know, you started out

with a very low diagnosis. We just didn't know that there were so many patients out there. So, like you said, for NPC, you know, the diagnosis range is pretty broad, right, 40-70%. Maybe, could you touch on some efforts that might be going on with, you know pediatric screening, any underlying genetics, like what are sort of the things to focus on, you know, as you try to, obviously improve the patients who are diagnosed and can benefit from the treatment?

**CHRISTOPHE BOURDON:** Yeah. You can already thank your audience for the question, because this was, you know, since my four weeks here, it's one of the key questions I'm asking around is. Absolutely, you know, and I think, you know, on average, I was just with some, you know, patient association in the UK, and the average age for NPC diagnosis is five years. You know, could we go earlier? Absolutely. Is the prognostic of the patients, you know if he or she is being diagnosed earlier much better? Yes. So, you know, there are a lot of initiatives ongoing, you know, ranging from newborn screening to, you know. So, we will look into this, but we are not alone. I think this is part of, you know, a broader societal debate, but we're going to absolutely make sure that, at our level, best practice, you know, between centers, you know, between Europe and the U.S. Anything we can learn, you know, will be shared, will be published, because this is how you can make a huge difference for patients. So, absolutely, this is going to be an area of focus.

**MAYANK MAMTANI:** Fantastic, and if I may just bring in Anders to comment on, you know, the balance sheet of the company and sort of your guidance on runway. If you can remind the audience, that would be great.

**ANDERS:** Sure, yeah. So, we don't report quarterly numbers. So, at the end of last year, 2020, we had around $120 billion in the bank. So that, you know, bringing us, you know, almost to the end of this year, and then, when we get the approval, hopefully, next month, or, you know, in June, then we could monetize a priority review voucher. So, that's a potential income, and then we have guided the market that we will have between $10 and $20 million in revenue from the U.S. after the approval, in the second half of next year. So, we are at a very strong position, you know, financially, and then, also, we have a very clear financial strategy. So, that's where we are from a balance sheet perspective, but on the, coming back to the quarterly report, which we're not doing now, we expect to begin doing that when we get the approval, because then we'll report, you know, revenue on a quarterly basis. So, then I will get some insight to how the launch will go.

**MAYANK MAMTANI:** Right. Have you said what your burn rate is, maybe, on a six-month basis? I don't have the P&L–.

**ANDERS:** Twelve-month. Yeah, so, on a 12-month basis, we've guided $135 million.

**MAYANK MAMTANI:** Got it, okay. So, um, I guess then, I mean, the sales guidance is out there for the second half of this year, and then you'll just follow along how the launch is going, to talk about the numbers for next year, right?

**ANDERS:** Yeah, definitely, yeah.

6

**Transcript by TransPerfect Legal Solutions**

**MAYANK MAMTANI:** Okay, wonderful.

**ANDERS:** Yeah, thank you.

**MAYANK MAMTANI:** Any closing remarks, Christophe? That's all the questions I had. I really appreciate you doing this.

**CHRISTOPHE BOURDON:** No, perfect. Hey, it was good to speak to you. I would say, look, the closing remark is we are ready–NPC launch ready. We feel absolutely convinced that, you know, with NPC alone, Orphazyme can make a difference for patient and generate substantial, you know, value for shareholders and investors, and so, we are ready for that, and if ALS pans out to be positive, you know, that's going to create some incremental value as well, and we would be, you know, absolutely laser-focused on bringing Miplyffa to an ALS

**[00:25:00]**

patient on our own, and that's our aim, and that's our vision and our aspiration.

**MAYANK MAMTANI:** Great, Christophe. Exciting rest of the year for you and the team, and looking forward to following your progress. Thanks again.

**CHRISTOPHE BOURDON:** Perfect. Thanks for the opportunity. Have a good day.

**MAYANK MAMTANI:** Yeah, take care. Bye.

**CHRISTOPHE BOURDON:** Bye-bye.

7



I, Anders Nelson, hereby certify that the document "Orphazyme - B. Riley Neuroscienes Conference Transcript" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

Anders Nelson

Digitally signed by Anders Nelson Date: 2022.01.18 20:10:46 -05'00'

_____

Anders Nelson
Project Manager

January 18, 2022