# Exhibit 8

**S&P Global**
Market Intelligence

# Orphazyme A/S CPSE:ORPHA

# Special Call

## Friday, June 18, 2021 7:00 AM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

Case: 1:21-cv-03640 Document #: 28-8 Filed: 01/21/22 Page 3 of 10 PageID #:646

# Table of Contents

Call Participants ..................................................................... 3

Presentation ........................................................................ 4

Question and Answer ................................................................. 6

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Anders Fink Vadsholt**
*Chief Financial Officer*

**Christophe Bourdon**
*Chief Executive Officer*

**Molly Carey Poarch**
*Former Head of Global
Communications*

**Thomas Blaettler**
*Former Chief Medical Officer*

## ANALYSTS

**Samir Devani**
*Rx Securities Limited, Research
Division*

**Thomas Schultz Bowers**
*Danske Bank A/S, Research
Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by. Welcome to the regulatory update from the FDA conference call. [Operator Instructions] After the speakers' presentation, there will be a question-and-answer session. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, Molly Poarch, Head of Global Communications for Orphazyme. Please go ahead.

**Molly Carey Poarch**
*Former Head of Global Communications*

Thank you, Bernard. Good morning, everyone, and thank you for joining us today. On the call with me from Orphazyme are Christophe Bourdon, Chief Executive Officer; and Anders Vadsholt, Chief Financial Officer.

Before we begin, I would like to remind you that this call will contain forward-looking statements concerning Orphazyme's future expectations, plans, prospects, corporate strategy and performance, which constitute forward-looking statements for the purposes of the safe harbor provision under the Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors including those discussed in our filings with the SEC.

In addition, any forward-looking statements represent our views only as of the date of this webcast and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligations to update such statements.

Now I'll turn the call over to Christophe. Christophe?

**Christophe Bourdon**
*Chief Executive Officer*

Thank you, Molly, and thanks for joining us on the call today.

As you have seen from our press release, we received yesterday night a Complete Response Letter from the U.S. FDA for investigational product arimoclomol for Niemann-Pick disease type C or NPC. Obviously, we are very disappointed by this outcome given the urgent need for new therapeutic options for NPC. And we had hoped to deliver better news to this patient community, who has been eagerly awaiting for a PDUFA date.

And while we are not able to share any details outside of what it is in the press release, we felt it was important to hold this call today to communicate our resiliency and dedication to NPC patients and our key stakeholders. We do remain committed to working with the regulators with the goal of delivering arimoclomol to families managing this challenging disease.

The CRL stated that the FDA is unable to approve the NDA in its present form based on needing additional qualitative and quantitative evidence to further substantiate the validity and interpretation of the 5-domain NPC Clinical Severity Scale, NPCCSS, and in particular the swallow domain. Our primary endpoint of the Phase II/III clinical trial was progression in disease severity as measured by the 5-domain NPCCSS. This is a disease-specific measure of disease progression consisting of the 5 clinically most relevant domains to patients with NPC, caregivers and physicians. Further, the FDA noted in the CRL that additional data are needed to bolster confirmatory evidence beyond the single Phase II/III clinical trial to support the benefit-risk assessment of the NDA.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Right now, we plan to focus our efforts on pursuing the European regulatory approval with CHMP opinion expected in Q4 of 2021 and potential marketing authorization in Q1 of 2022. We will assess a potential path forward in the U.S. in partnership with the FDA.

Now in the near term, we will need and we will reduce our costs substantially and freeze all company's activities not related to clinical and regulatory activities to support approval for NPC. We have updated our financial outlook for the year.

I'll turn it over to Anders to comment on this further. Anders?

**Anders Fink Vadsholt**
*Chief Financial Officer*

Thank you, Christophe.

Today is a very difficult day for the NPC community and Orphazyme. The FDA decision has significant influence on our business and the outlook for the full year of 2021. We now expect operating expenses in the range of DKK 700 million to DKK 720 million compared to previously expected DKK 800 million to DKK 850 million, resulting in an expected operating loss of DKK 670 million to DKK 700 million, previously DKK 100 million to DKK 150 million.

Our cash position at year-end 2021 is expected to be around DKK 50 million, previously DKK 350 million in excess of, which removed our previous stated revenue guidance for arimoclomol in the U.S. as well as the monetization of the Priority Review Voucher. We expect to provide further updates in the coming weeks.

With that, I'll turn over the call to Molly to begin the Q&A. Molly?

**Molly Carey Poarch**
*Former Head of Global Communications*
Thank you, Anders. Operator, we're now ready to take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ORPHAZYME A/S SPECIAL CALL | JUN 18, 2021

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Thomas Bowers from Danske Bank.

**Thomas Schultz Bowers**
*Danske Bank A/S, Research Division*

Yes. I'm very sorry and surprised about the FDA decision here. So you had a very close dialogue with the FDA when designing the trial and also the endpoints and then, you would say, maybe even over the last couple of years have had in the pre- and post-filing process and communications. So just help me understand what exactly difference from the communication now regarding the 5-domain scale.

And just secondly on this, on the swallow domain, what difference did you see compared to placebo in this part? Because I -- as I remember, it was primarily on the cognitive domain that you only saw maybe at best a numerical difference compared to placebo. So where are you exactly on this swallow domain? And why is the agency, well, potentially even highly focused on this specific domain?

And then just on the additional data, I know you can't say most likely, but do you have any feeling on whether the FDA actually thinks that they need a new confirmatory clinical trial? Or is there some sort of way to look at maybe existing data or confirmatory preclinical work or any additional biopsy work or something like that, that could be supportive for resubmission?

And then just lastly on -- just on safety profile, is there anything also -- I know you submitted, for example, QTc data in December. So anything here that may have tilted the risk -- the benefit-risk assessment from the FDA?

**Christophe Bourdon**
*Chief Executive Officer*

Thanks so much. Christophe here. Thanks for your questions. So I mean, clearly, I'm going to really focus on what's on the press release. At this stage, I won't be able to really disclose much more details. I think the FDA has clearly stated that their CRL is really based at the moment on needing additional qualitative and quantitative evidence. We will really assess in the coming days how to further -- what's the path forward with the FDA. That's what the team will be focusing on.

On the -- again, on the additional evidence beyond clinical, there could be some kind of also like, for example, pharmacodynamic data. But at this stage, it's very important for us to ensure that we find the most constructive path forward with the FDA. And as soon as we have new information here, we're going to come back and revert and update you.

**Thomas Schultz Bowers**
*Danske Bank A/S, Research Division*

Okay. But can you just remind me on the domain or the swallow domain where -- how did your data look for that domain alone, if you had that?

**Christophe Bourdon**
*Chief Executive Officer*

Maybe I will pass over to, yes, Thomas Blaettler, our Chief Medical Officer.

**Thomas Blaettler**
*Former Chief Medical Officer*

Yes. Thank you for the question, Thomas. So we had good effect on the swallow domain. It was 1 of 3 domains that mostly carried the effect.

**Thomas Schultz Bowers**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ORPHAZYME A/S SPECIAL CALL | JUN 18, 2021

*Danske Bank A/S, Research Division*

Okay. So that should be supportive for your case if they focus more highly on the swallow domain, basically, so meaning that you have a p-value of less than 0.05, I guess.

**Thomas Blaettler**
*Former Chief Medical Officer*

I think what is still important to emphasize here, it is a composite outcome measure, where all 5 domain should be considered in totality. But certainly, the swallow domain is one of the strong domains for arimoclomol and is associated with survival.

**Thomas Schultz Bowers**
*Danske Bank A/S, Research Division*

Okay. Perfect. And then just maybe a little also -- a little bit premature but -- and you also stated that you'll give some more details on the financials. But just to understand the commercial approach here so -- related to your updated guidance. So does this include preparation ahead for a commercial launch in Europe?

And also, I remember you have the whole team in place in the U.S., of course, for the U.S. launch. And then you would sort of take a little different approach in Europe. So is this still the case? Or are you going to maybe, well, have -- make some more preparation for Europe in order to actually have a launch with salespeople in the field? Is that how I should see it?

**Christophe Bourdon**
*Chief Executive Officer*

So Thomas, as indicated by Anders, I think our key priority is to ensure that we will close the year around DKK 50 million in cash. And we will really ensure a prioritization of all the key activities that are critical to ensure ongoing dialogue with the EMA and find a path forward with the FDA. And then we're going to reassess as time goes by, but that's really the focus of the core activities envisaged in the coming months.

**Thomas Schultz Bowers**
*Danske Bank A/S, Research Division*

Okay. Got it. Okay. Great.

**Christophe Bourdon**
*Chief Executive Officer*

Thank you, Thomas.

**Operator**

Your next question comes from the line of [ Jamie Jani ] from [ Taco Bell ].

**Christophe Bourdon**
*Chief Executive Officer*

Sorry, we couldn't hear the question.

**Operator**

We just lost [ Jamie ] on the line now. We have next question from the line of Samir Devani from Rx Securities.

**Samir Devani**
*Rx Securities Limited, Research Division*

Yes. I'm just quite interested in trying to understand how a drug with breakthrough designation, where you're supposed to obviously have intensive FDA interactions, how do you get to this point where the FDA

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is questioning the validity of the endpoints? Surely, this must have been part of the dialogue ahead of filing. Perhaps you can just explain how you got to this point.

**Christophe Bourdon**
*Chief Executive Officer*

So Christophe here. So we're going to reassess clearly the detail of the CRL and look what's the path forward here. I think at this stage, as Thomas was saying, I think the decision of the FDA is based on totality of evidence. And we're going to revert back as soon as we know more and then address your specific issue here. But I'm not going to comment on how the FDA came to its conclusion.

**Samir Devani**
*Rx Securities Limited, Research Division*

And I guess just as a follow-up, in terms of Europe and regulatory interaction there, can you just comment on any interactions regarding this endpoint with them?

**Thomas Blaettler**
*Former Chief Medical Officer*

So this is Thomas Blaettler. We are in review with EMA, and conversations and dialogue is ongoing with EMA.

**Operator**

[Operator Instructions] There are no further questions at this time. Please continue.

**Christophe Bourdon**
*Chief Executive Officer*

All right. So thanks, everyone, for joining us today. I think while we delivered disappointing news today, what -- I just wanted to assure you that we are focused on partnering with the FDA to evaluate the path forward while also we continue pursuing registration in Europe. So we look forward to keeping you informed in our progress. And operator, now we can now ready to close the call. Thank you.

**Operator**
Yes, this concludes our call for today. Thank you for participating. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.