# Exhibit 9

**S&P Global**
Market Intelligence

# Orphazyme A/S CPSE:ORPHA
# Special Call

## Friday, June 18, 2021 1:00 PM GMT

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ................................................................ 3

Presentation ................................................................ 4

Question and Answer ................................................................ 6

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Anders Fink Vadsholt**
*Chief Financial Officer*

**Christophe Bourdon**
*Chief Executive Officer*

**Molly Poarch**
*Head of Global Communications*

## ANALYSTS

**Anders Hedlund**
*Redeye AB, Research Division*

**Tazeen Ahmad**
*BofA Securities, Research Division*

**Yatin Suneja**
*Guggenheim Securities, LLC,*
*Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Orphazyme Investor Call. [Operator Instructions] I also must advise you that this conference is being recorded today. And I would now like to hand the conference over to your first speaker today, Molly Poarch. Thank you. Please go ahead, ma'am.

**Molly Poarch**
*Head of Global Communications*

Thank you, John. Good morning, everyone, and thank you for joining us today. On the call with me from Orphazyme are Christophe Bourdon, Chief Executive Officer; and Anders Vadsholt, Chief Financial Officer.

Before we begin, I would like to remind you that this call will contain forward-looking statements concerning Orphazyme's future expectations, plans, prospects, corporate strategy and performance, which constitute forward-looking statements for the purposes of the safe harbor provision under the Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in our filings with the SEC.

In addition, any forward-looking statements represent our views only as of the date of this webcast and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligations to update such statements. Now I'll turn the call over to Christophe. Christophe?

**Christophe Bourdon**
*Chief Executive Officer*

Thank you. Thank you, Molly, and thanks for joining us on the call today. As you have seen from our press release, we received a complete response letter from the U.S. FDA for investigational product, arimoclomol, for Niemann-Pick disease Type C or NPC. Obviously, we are very disappointed by this outcome, given the urgent need for a new therapeutic option for NPC. And we had hoped to deliver better news to this patient community who has been eagerly awaiting for a PDUFA date.

And while we are not able to share any details outside of what is in the press release, we felt it was important to hold this call today to communicate our resiliency and dedication to NPC patients and our key stakeholders. We do remain committed to working with the regulators with the goal of delivering arimoclomol to families managing this challenging disease. The CRL stated that the FDA is unable to approve the NDA in its present form based on needing additional qualitative and quantitative evidence to further substantiate the validity and interpretation of the 5-domain NPC Clinical Severity Scale, or NPCCSS, and in particular, the swallow domain.

A primary endpoint of the Phase II/III clinical trial was progression in disease severity as measured in -- by the 5-domain NPCCSS. This is a disease-specific measure of disease progression, consisting of the 5 clinically most relevant domains to patients with NPC caregivers and physicians. Further, the FDA noted in the CRL that additional data are needed to bolster confirmatory evidence beyond the single Phase II/III clinical trial to support the benefit risk assessment of the NDA.

Right now, we do plan to focus our efforts on pursuing the European regulatory approval with CHMP opinion expected in Q4 2021 and a potential marketing authorization in Q1 2022. We will assess a potential path forward in the U.S. in partnership with the FDA. In the near term, we will need to reduce our costs substantially and freeze all companies' activities which are not related to clinical and regulatory activities to support approval for NPC. We have, therefore, updated our financial outlook for the year.

I'll turn it over to Anders to comment on this further. Anders?

**Anders Fink Vadsholt**
*Chief Financial Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Christophe. Today is a very difficult day for the NPC community and also Orphazyme. The FDA decision has significantly influenced our business and also outlook for the full year of 2021. We now expect operating expenses of between DKK 700 million and DKK 720 million, which was previously DKK 800 million to DKK 850 million, resulting in an expected operating loss of between DKK 670 million to DKK 700 million, previously DKK 100 million to DKK 150 million.

Our cash position year-end is expected to be around DKK 50 million, which was previously in excess of DKK 350 million, which we moved our previous data revenue guidance for arimoclomol in the U.S. as well as monetization of the priority review voucher. We expect to provide further updates in the coming weeks.

With that, I will turn it over to Molly to begin the Q&A session. Molly?

**Molly Poarch**
*Head of Global Communications*
Operator, we're now ready to take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from the line of Yatin Suneja.

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

Really disappointing news today. So a few from me. On the European side, could you maybe talk about the specific feedback you might have received on the NPCCSS scale? How is Europeans looking at it? And then in the U.S., like could you maybe give a little bit more color in terms of the path forward in terms of the requirement? Are you able to run more studies? And how should we think about that?

**Christophe Bourdon**
*Chief Executive Officer*

Thanks, Yatin, for your question. Christophe here. So when it comes to your first question regarding the European, we are on ongoing dialogue with the EMA. At this stage, we are still expecting the CHMP opinion in Q4 of this year. When it comes to the path forward in the U.S., as we have just received the CRL, we are in the process now of clearly assessing the points raised by the FDA and how we're going to address those.

I think what's important to mention is both activities, which I just described, i.e., the ongoing dialogue with the EMA and the potential partnership here with the FDA are going to be the 2 key activities where we're going to redirect all the cash moving forward. So this is where we have changed the outlook by the end of the year. And we will take all the measures required to reduce the cost and ensure that those 2 activities will be able to be financed. And it's very -- I mean, clearly, as you know well, that EMA and FDA are 2 distinct agencies with 2 very distinct processes.

**Yatin Suneja**
*Guggenheim Securities, LLC, Research Division*

Got it. Got it. Just then one more question. So with regard to the U.S. regulatory discussion, I mean, it seems like there is some data or clinical data required. If you would have to run a study, would you be willing to do that? And what could be the time line? Again, I understand you are early in the discussion, but some ballpark time frame.

**Christophe Bourdon**
*Chief Executive Officer*

So we are, at the moment, reassessing the kind of data, not only like clinical data, but they could be also like pharmacodynamic data. So we are assessing this as we speak and then we're going to revert when we have more clarity on the path forward.

**Operator**

And the next question comes from the line of [ Idina Ahmad ].

**Tazeen Ahmad**
*BofA Securities, Research Division*

I'm not sure if you're referring to me. This is Tazeen from Bank of America. Just wanted to ask you about your current cash balance and how much runway you have in order to continue to move forward with your program. And when do you think the earliest update could be for investors regarding next steps from FDA?

**Anders Fink Vadsholt**
*Chief Financial Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So yes. It's Anders. So we don't report cash proceeds until the semiannual report, and that's in August, we'll report that one. So that -- I guess, that is an optimal time to get back because during that time period, we will have had time maybe to have the discussion with the FDA. And then we expect to end the year with DKK 50 million in cash. So that's -- so at least until the end of the year and sometimes into Q1.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Okay. And can you remind us of what other programs we might be seeing any data for over the next 6 to 12 months?

**Christophe Bourdon**
*Chief Executive Officer*

So it's Christophe. So based on the communication we've done on refocusing our resources and our cash here, we are putting all of the development plan on hold, and we're really focusing exclusively our resources on dialogue with EMA, I mean, registration process with EMA and ongoing path with the FDA.

**Operator**

[Operator Instructions] The next question comes from Anders Hedlund.

**Anders Hedlund**
*Redeye AB, Research Division*

So as the information is rather scarce and you're not able to provide any more details, can you just give some more color on this very sentence in the press release that it said that Orphazyme will provide an update and further information in the coming weeks. What could investors expect out of that?

**Anders Fink Vadsholt**
*Chief Financial Officer*

Hi, it's Anders. So we will comment more information on the savings during the second part of the year.

**Christophe Bourdon**
*Chief Executive Officer*

So the clear commitment -- yes, the clear commitment is really to come back to you as soon as possible with the detailed measures on how to ensure that we would be able by year-end to be at DKK 55 million of cash. And that's the kind of details we are referring to.

**Operator**

[Operator Instructions] No further questions have came through at this time. Please continue.

**Christophe Bourdon**
*Chief Executive Officer*

All right. So I think that's it. So thanks, everyone, for joining us today. Clearly, while we are delivering today some very disappointing news, I want to ensure you that we are focused on partnering with the FDA to evaluate a path forward while we are continuing to pursue registration in Europe, and we absolutely look forward to keeping you informed in our progress. And operator, you may now close the call. Thank you.

**Operator**
Thank you. That concludes our conference for today. Thank you all for participating. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.