# Exhibit 12

**S&P Global**
Market Intelligence

# Orphazyme A/S CPSE:ORPHA
# FH1 2021 Earnings Call Transcripts

## Tuesday, August 31, 2021 12:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FH2 2020- | | | -FH1 2021- | -FY 2020- | | | -FY 2021- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | - | - | - | - | (12.89) | (22.32) | NM | (12.70) |
| Revenue (mm) | 0.00 | 0.00 | ◐0.00 | 0.00 | 1.91 | 0.00 | ▼(100.00 %) | 32.23 |

Currency: DKK
Consensus as of Jul-15-2021 1:37 PM GMT



**Stock Price [DKK] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FH2 2020** | - | - | - |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .......................................................................................... | 3 |
| Presentation | .......................................................................................... | 4 |
| Question and Answer | .......................................................................................... | 7 |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Anders Fink Vadsholt**
*Chief Financial Officer*

**Christophe Bourdon**
*Chief Executive Officer*

**Unknown Executive**

## ANALYSTS

**Eddie Hickman**
*Guggenheim Securities, LLC,*
*Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and thank you for standing by. Welcome to Orphazyme First Half 2021 Report Conference Call. [Operator Instructions] As a reminder, this conference is being recorded. Now I would like to turn the call over to [ Amy Conrad ], Investor Relations of Orphazyme. Please proceed.

**Unknown Executive**

Thank you, Laurel, and good afternoon, everyone, and thank you for joining us today. On the call with me from Orphazyme are Christophe Bourdon, Chief Executive Officer; Anders Vadsholt, Chief Financial Officer; and Thomas Blaettler, Chief Medical Officer. The slides for this call will be available for download on the Investor Relations' section of our website. Please note that the Q&A will take place at the end of the presentation via conference call.

Before we begin, I would like to remind you that this call will contain forward-looking statements concerning Orphazyme's future expectations, plans, prospects, profit, strategy and performance, which constitute forward-looking statements for the purposes of the safe harbor provision under the Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in our filings with the SEC.

In addition, any forward-looking statements represent our views only as of the date of this webcast and should not be relied upon as representing our views as of any subsequent date. We specifically disclaim any obligations to update such statements.

Now I'll turn the call over to Christophe. Christophe?

**Christophe Bourdon**
*Chief Executive Officer*

Thank you. Thank you, [ Amy ]. Welcome, everyone, and thank you for joining us. The last few months have been a profound and intensive period for Orphazyme. As you know, on June 18, we reported receipt of a Complete Response Letter, or CRL, for arimoclomol for Niemann-Pick disease type C from the U.S., FDA. This very disappointing news forced us to make a series of difficult decisions regarding our business and our people.

And I would like to take this opportunity to thank everyone, in particular, the departing and remaining employees at Orphazyme and the NPC patient community for their continued support. We made those hard decisions based on one fact and one conviction.

Fact is, as we sit here today, the unmet need for patients with NPC remains very high. Fact is there is still no approved therapy in the U.S. for this rare genetic progressively debilitating and often fatal neurodegenerative disease.

And our conviction is and remains that arimoclomol could provide significant therapeutic benefits for NPC patients alone or in combination with miglustat in Europe and in the U.S. This conviction is supported by the strength of the arimoclomol data. Indeed, arimoclomol has demonstrated statistically significant and clinically meaningful effects on the disease progression in NPC. It has shown durable response and has demonstrated a good safety profile up to 36 months in the open-label extension study.

On August 21, of this year, the results of our pivotal 002 study were published in the journal of Inherited Metabolic Disease. We're very pleased with this publication, it provides validation of our program through a robust peer-reviewed scientific process.

Our Early Access Program in the U.S., Germany and France is still underway, and we will continue to recruit new patients. We now have more than 100 patients in our Early Access Program evenly split

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

between Europe and the U.S. And we expect to prolong the Early Access Program until arimoclomol becomes commercially available in these markets, which is very important to the patient community.

Over the last few months, we've been working diligently to ensure a successful path forward to approval. We are focused only on NPC and have discontinued development of our arimoclomol for ALS and IBM, and are in the process of discontinuing our trial in Gaucher. EMA's review of arimoclomol and NPC is still underway in Europe, and we expect a CHMP opinion by the end of this year with potential marketing authorization in the beginning of next year.

And in the U.S. we plan to request a Type A meeting with the FDA in the coming weeks.

In summary, we've gone through a lot of changes in the first half of this year. We acted swiftly and decisively. We restructured our business to conserve capital, maintaining our guidance announced on June 18, in order to focus on our two registration priorities and our focus on leveraging our existing position to secure registration for arimoclomol.

With that, I'll turn the call over to Anders to review the numbers in more detail, and then I'll wrap up the call. Anders?

**Anders Fink Vadsholt**
*Chief Financial Officer*

Thank you, Christophe. For the first half of the year, our strategy was to prepare for a potential launch of our arimoclomol and NPC. With the receipt of the CRL, we have taken many steps to conserve capital. As you can see from this slide, in June, we began working on our corporate restructuring, we anticipate an approximate 60% cost reduction in total operating expenses for the restructuring while being able to retain our core capabilities to support our medical, regulatory and pre-commercial activities.

We'll continue to incur some expenses relating to our restructuring program in the second half, but we anticipate a significant reduction in our operating expenses by the end of 2021.

Due to the financial pictures for the first half, Orphazyme recorded net revenues of DKK 13.2 million in the first half of 2021. The revenue related to the sales of our arimoclomol in France as part of the ongoing remunerated Early Access Program, we continued to record revenues in this region on an ongoing basis. Our operating expenses increased to DKK 479 million in the first half of '21 compared to the prior year due to commoditization planning for arimoclomol.

R&D expenses were DKK 265 million in the first six months of this year, an increase of DKK 98 million compared to the same period of the prior year. This increase was largely due to the expenses relating to the ALS and IBM ahead of the trial readouts as well as cost for the production of inventory.

General and administrative expenses were DKK 214 million in the first six months of '21, an increase of DKK 136 million compared to the same period in 2020. The increase was primarily due to the buildup of our commercial organization, including the launch preparations ahead of the potential approval for arimoclomol, NPC and personnel and support functions to enable our business growth.

Overall, our net loss was DKK 251 in the first half of 2020 compared to a loss of DKK 464 million in the first half of 2021. We ended the first half of 2021 with DKK 334 million in cash compared to DKK 727 million at the end of December 2020.

As you see here on Slide 9, the operating loss, operating expense and cash flow guidance we provided on June 18, remains the same.

For '21, we anticipate net revenues of between DKK 30 million and DKK 40 million relating to arimoclomol sales from the ongoing EAP in France. And while the net revenues are positive to our balance sheet, we'll need additional capital to advance arimoclomol towards patients. So we're exploring options to secure funds in the second half of this year. With that, I will hand over the call to Christophe.

**Christophe Bourdon**
*Chief Executive Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Anders. So as we look ahead into the second half of the year, we are focused on executing on our two major priorities: EMA approval and a path forward in the U.S. for arimoclomol. Our strategy is clear and focused. We've taken hard decisions. We've completed the restructuring, and we are assessing financing options to secure additional capital for commercialization.

In the next six months and in 2022, we have several pivotal milestones that could create significant value for Orphazyme.

First, in Europe, the review of arimoclomol is ongoing, and we do continue to anticipate an opinion from the CHMP in Q4 of 2021. And we will continue to record revenues and book sales. Our pre-commercial activities to gain reimbursement in priority EU markets ahead of potential approval are ongoing. We also expect EMA and U.K. MHRA approval decisions in the first half of 2022.

In the U.S., we will request a Type A meeting in the next few weeks to align our regulatory path forward with the FDA. And despite the headwinds over the last few months, we do remain committed to our mission to improve the life of NPC patients by delivering a novel therapy arimoclomol as quickly as we can.

We look forward to keeping you updated in -- on our progress in the months ahead.
Now I would like to hand the call back to the moderator for the Q&A session. Laurel, back at you.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And sir, your first question comes from the line of Yatin Suneja from Guggenheim.

**Eddie Hickman**
*Guggenheim Securities, LLC, Research Division*

This is Eddie, I'm on for Yatin. So your focus has been arimoclomol. Can you talk about any of the work you're doing on the BD front to sort of partner with other programs or sort of bring in other assets and so how you're thinking about BD over the next 6 to 12 months?

**Christophe Bourdon**
*Chief Executive Officer*

Yatin, Christophe here. So as I said, at the moment, we are solely focused on delivering on our two registration milestones, one in Europe and one in the U.S. And once we have more clarity on this, we're going to assess what options we have, but that's really the focus of our -- first at the moment.

**Operator**

[Operator Instructions] No more question at this time. Back to you, Christophe.

**Christophe Bourdon**
*Chief Executive Officer*

Perfect. And then with that, we close the call. Thank you very much. Have a good day, everyone. Bye-bye.

**Operator**
This concludes our conference for today. Thank you for participating. You may now all disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.