# Exhibit 15



**Company announcement**
No. 61/2020

**Orphazyme A/S**
Ole Maaløes Vej 3
DK-2200 Copenhagen N

www.orphazyme.com
Company Registration No. 32266355

# Reporting of transactions in Orphazyme's shares made by persons discharging managerial responsibilities

**Copenhagen, Denmark, October 2, 2020 –** Orphazyme A/S (ORPHA.CO, ORPH) ("Orphazyme"), CVR no. 32266355, a late-stage biopharmaceutical company pioneering the Heat-Shock Protein response for the treatment of neurodegenerative orphan diseases, pursuant to the Market Abuse Regulation article 19, hereby notifies receipt of information of the following transactions in Orphazyme's shares by persons discharging managerial responsibilities in Orphazyme or their closely associated persons:

| 1 | **Details of the Reporting Person / Closely Associated Person** | |
|---|---|---|
| a) | Name | Anna Sofia Fink Vadsholt |
| 2 | **Reason for the notification** | |
| a) | Position/status | Closely associated person to Anders Fink Vadsholt, Chief Financial Officer of Orphazyme A/S |
| b) | Initial notification/Amendment | Initial notification |
| 3 | **Details of the Company, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Orphazyme A/S |
| b) | LEI code | 54930025OZD2GGSQ7L42 |
| 4 | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument and identification code | Shares<br><br>ISIN DK0060910917 |
| b) | Nature of the transaction | Purchase of shares |
| c) | Price(s) and volume(s) | Price(s)    Volume(s)<br>DKK 69.20    400 |
| d) | Aggregated information | Aggregated volume: 400 shares<br><br>Aggregated price: DKK 27,680.00<br><br>Price per share (volume weighted average): DKK 69.20 |
| e) | Date of the transaction | October 1, 2020 |
| f) | Place of the transaction | Nasdaq Copenhagen A/S – XCSE |



| 1 | **Details of the Reporting Person / Closely Associated Person** | |
|---|---|---|
| a) | Name | Christian Laurits Fink Vadsholt |
| **2** | **Reason for the notification** | |
| a) | Position/status | Closely associated person to Anders Fink Vadsholt, Chief Financial Officer of Orphazyme A/S |
| b) | Initial notification/Amendment | Initial notification |
| **3** | **Details of the Company, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Orphazyme A/S |
| b) | LEI code | 54930025OZD2GGSQ7L42 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument and identification code | Shares<br><br>ISIN DK0060910917 |
| b) | Nature of the transaction | Purchase of shares |
| c) | Price(s) and volume(s) | Price(s): DKK 69.30 — Volume(s): 400 |
| d) | Aggregated information | Aggregated volume: 400 shares<br><br>Aggregated price: DKK 27,720.00<br><br>Price per share (volume weighted average): DKK 69.30 |
| e) | Date of the transaction | October 1, 2020 |
| f) | Place of the transaction | Nasdaq Copenhagen A/S – XCSE |

| 1 | **Details of the Reporting Person / Closely Associated Person** | |
|---|---|---|
| a) | Name | Caroline Fink Vadsholt |
| **2** | **Reason for the notification** | |
| a) | Position/status | Closely associated person to Anders Fink Vadsholt, Chief Financial Officer of Orphazyme A/S |
| b) | Initial notification/Amendment | Initial notification |
| **3** | **Details of the Company, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Orphazyme A/S |
| b) | LEI code | 54930025OZD2GGSQ7L42 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii)** | |



| | each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted | |
|---|---|---|
| a) | Description of the financial instrument, type of instrument and identification code | Shares<br><br>ISIN DK0060910917 |
| b) | Nature of the transaction | Purchase of shares |
| c) | Price(s) and volume(s) | Price(s): DKK 69.50 — Volume(s): 400 |
| d) | Aggregated information | Aggregated volume: 400 shares<br><br>Aggregated price: DKK 27,800.00<br><br>Price per share (volume weighted average): DKK 69.50 |
| e) | Date of the transaction | October 1, 2020 |
| f) | Place of the transaction | Nasdaq Copenhagen A/S – XCSE |

**For additional information, please contact**

**Orphazyme**

Anders Vadsholt, CFO                    +45 28 98 90 55

**About Orphazyme A/S**

Orphazyme is a late-stage biopharmaceutical company pioneering the Heat-Shock Protein response for the treatment of neurodegenerative orphan diseases. Orphazyme is harnessing amplification of Heat-Shock Proteins (or HSPs) in order to develop and commercialize novel therapeutics for diseases caused by protein misfolding, protein aggregation, and lysosomal dysfunction, including lysosomal storage diseases and neuromuscular degenerative diseases. Arimoclomol, Orphazyme's lead candidate, is in clinical development for four orphan diseases: Niemann-Pick disease Type C (NPC), Amyotrophic Lateral Sclerosis (ALS), sporadic Inclusion Body Myositis (sIBM) and Gaucher disease. Orphazyme is headquartered in Denmark and has operations in the U.S. and Switzerland. Orphazyme's ordinary shares are listed on Nasdaq Copenhagen (ORPHA.CO).

**Forward-looking statements**

This company announcement may contain certain forward-looking statements, including with respect to the terms, timing and completion of the proposed offering. Although Orphazyme believes its expectations are based on reasonable assumptions, all statements other than statements of historical fact included in this company announcement about future events are subject to (i) change without notice and (ii) factors beyond Orphazyme's control. These statements may include, without limitation, any statements preceded by, followed by, or including words such as "target," "believe," "expect," "aim," "intend," "may," "anticipate," "estimate," "plan," "project," "will," "can have," "likely," "should," "would," "could", and other words and terms of similar meaning or the negative thereof. Forward-looking statements are subject to inherent risks and uncertainties beyond Orphazyme's control that could cause Orphazyme's actual results, performance, or achievements to be materially different from the expected results, performance, or achievements expressed or implied by such forward-looking statements. Except as required by law, Orphazyme assumes no obligation to update these forward-looking statements publicly, or to update the reasons actual results could differ materially from those anticipated in the forward-looking statements, even if new information becomes available in the future.

----ooOoo----