UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| Marko Busic and Adil Shaikh, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Orphazyme A/S, Christophe Bourdon, Anders Vadsholt, Kim Stratton, Thomas Blaettler, Molly Painter, Georges Gemayel, Bo Jesper Hansen, Martin Bonde, Rémi Droller, Sten Verland, Martijn Kleijwegt, Anders Hedegaard, Catherine Moukheibir, and Carrolee Barlow,<br><br>Defendants. | Case No. 1:21-cv-03640-GSF<br><br>HONORABLE GARY S. FEINERMAN |

## PLAINTIFFS' MOTION TO STRIKE THE
## DECLARATION OF MATTHEW L. KUTCHER

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an Order to strike the Declaration of Matthew L. Kutcher. ECF No. 28. In further support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Brian P. O'Connell and Exhibit 1 attached thereto.

Dated: March 13, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri (Trial Bar No. 6296816)
Brian P. O'Connell
10 South La Salle Street, Suite 3505

Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
boconnell@pomlaw.com

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York, New York 10165
Phone: 212-697-6484
Fax: 212-697-7296
Email: eitank@bgandg.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 11, 2022, I served counsel of record for Defendants by email with a copy of Plaintiffs' Motion to Strike the Declaration of Matthew L. Kutcher.

Executed on March 13, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell