**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Marko Busic and Adil Shaikh, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Orphazyme A/S, Christophe Bourdon, Anders Vadsholt, Kim Stratton, Thomas Blaettler, Molly Painter, Georges Gemayel, Bo Jesper Hansen, Martin Bonde, Rémi Droller, Sten Verland, Martijn Kleijwegt, Anders Hedegaard, Catherine Moukheibir, and Carrolee Barlow,<br><br>Defendants. | Case No. 1:21-cv-03640-GSF<br><br>HONORABLE GARY S. FEINERMAN |

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF PLAINTIFFS'**
**MOTION TO STRIKE THE DECLARATION OF MATTHEW L. KUTCHER**

Pursuant to 28 U.S.C. § 1746, Brian P. O'Connell states as follows:

1. I am an attorney at Pomerantz LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and if called upon, would testify truthfully and accurately thereto.

2. Attached as Exhibit 1 is a true and correct copy of a transcript of Orphazyme's presentation at the April 29, 2021 B. Riley Neuroscience Conference. On September 28, 2021, I visited the B. Riley Neuroscience Conference website, which can be found at https://b-riley-neuroscience-conference.events.issuerdirect.com/. This website directs questions to the "Event Organizer," Issuer Direct.

1

3.      Also on September 28, 2021, I sent an email to "info@issuerdirect.com," requesting a transcript of Orphazyme's presentation.

4.      On September 29, 2021, Brian Balbirnie of Issuer Direct emailed me a transcript of Orphazyme's April 29, 2021 presentation at the B. Riley Conference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on March 13, 2022.


*/s/ Brian P. O'Connell*
Brian P. O'Connell

## CERTIFICATE OF SERVICE

I hereby certify that, on March 11, 2022, I served counsel of record for Defendants by email with a copy of  Declaration of Brian P. O'Connell In Support of Plaintiffs' Motion to Strike the Declaration of Matthew L. Kutcher.

Executed on March 13, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell