**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Marko Busic and Adil Shaikh, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) Case No. 21-cv-03640-GSF |
| Plaintiffs, | ) ) ) |
| v. | ) HONORABLE GARY S. FEINERMAN ) |
| Orphazyme A/S, Christophe Bourdon, Anders Vadsholt, Kim Stratton, Thomas Blaettler, Molly Painter, Georges Gemayel, Bo Jesper Hansen, Martin Bonde, Rémi Droller, Sten Verland, Martijn Kleijwegt, Anders Hedegaard, Catherine Moukheibir, and Carrolee Barlow, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully submit this Notice of Supplemental Authority in support of their

Opposition to Defendants' Motion to Dismiss (hereafter the "Opposition"). ECF No. 31. The

following decision, *City of Taylor Gen. Emps. Ret. Sys. v. Astec Indus*., No. 21-5602, 2022 U.S.

App. LEXIS 8513 (6th Cir. Mar. 31, 2022), was decided by the United States Court of Appeals

for the Sixth Circuit after Plaintiffs filed the Opposition on March 13, 2022. In *Astec Indus*., the

Sixth Circuit reversed the dismissal of a securities fraud complaint, and held that touting "good

progress," far from puffing, was an actionable false and misleading statement. *Compare* ECF No.

31 at 2, 7, 21, 25 & 32 *with Astec Indus*., 2022 U.S. App. LEXIS 8513, at \*14-15. In particular,

the Sixth Circuit held that it was misleading to repeatedly claim that "good progress" had been

made at a wood-pellet plant while concealing its extensive problems. 2022 U.S. App. LEXIS

8513, at *4-6, 14-15.  This is yet another Circuit decision showing that "puffery," overused by defendants in securities cases in a quest to seek premature dismissal, is not black and white and even loosely optimistic language can mislead investors depending on its context and manner of presentation.  Here, it was extremely misleading for Defendants to state that "good progress" had been made at the October 31, 2021 meeting with the FDA when they later admitted that this meeting was effectively a disaster as fully explained in the Opposition.  ECF No. 31 at 25-26.

Plaintiffs attach the decision in *Astec Indus.*, hereto as Exhibit 1 to this Notice.

Dated: April 15, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri (Trial Bar No. 6296816)
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  jbsilverman@pomlaw.com
         ojafri@pomlaw.com
         boconnell@pomlaw.com

*Lead Counsel for Plaintiffs*

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

*Additional Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2022, I served counsel of record for Defendants with a copy of Plaintiffs' Notice of Supplemental Authority in Support of their Opposition to Defendants' Motion to Dismiss, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 15, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell