**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Marko Busic and Adil Shaikh, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Orphazyme A/S, Christophe Bourdon, Anders Vadsholt, Kim Stratton, Thomas Blaettler, Molly Painter, Georges Gemayel, Bo Jesper Hansen, Martin Bonde, Rémi Droller, Sten Verland, Martijn Kleijwegt, Anders Hedegaard, Catherine Moukheibir, and Carrolee Barlow,<br><br>Defendants. | Case No. 1:21-cv-03640-GSF<br><br>HONORABLE GARY S. FEINERMAN |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully submit this notice of supplemental authority in support of their Opposition to Defendants' Motion to Dismiss (the "Opposition"). ECF No. 31. The following decision, *Pardi, et al., v. Tricida, Inc., et al.*, No. 21-cv-00076-HSG, 2022 U.S. Dist. LEXIS 135341 (N.D. Cal. July 29, 2022), was published after Plaintiffs filed their Opposition on March 13, 2022.

In *Tricida, Inc.*, the court found that defendants' decision to selectively withhold negative feedback received from the FDA in a late-cycle meeting, which defendants later disclosed after three months in a quarterly report filed with the SEC on Form 10-Q, was actionable under the securities laws. There, the defendants hid the most damaging feedback, including the FDA's concerns about the magnitude and durability of the treatment effect on the surrogate marker, and

its concerns about the applicability of the data to a U.S. population when a majority of the participants in the trial came from Eastern Europe. *Compare* ECF No. 31 at 20, 31-32 *with Tricida, Inc., et al.*, 2022 U.S. Dist. LEXIS 135341 at *38-43, 53-55. This is precisely the kind of actionable yet misleading selective disclosure that Defendants here embraced in the last six months of the Class Period as fully explained in the Opposition and during oral argument on the Motion to Dismiss.

Plaintiffs attach the decision hereto as Exhibit 1 to this Notice.

Dated: August 5, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri (Trial Bar No. 6296816)
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
Email:  jbsilverman@pomlaw.com
          ojafri@pomlaw.com
          boconnell@pomlaw.com

*Lead Counsel for Plaintiffs*

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

*Additional Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2022, I served counsel of record for Defendants with a copy of Plaintiffs' Notice of Supplemental Authority in Support of their Opposition to Defendants' Motion to Dismiss, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on August 5, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell