# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marko Busic, et al.

                    Plaintiff,

v.

                                                Case No.: 1:21–cv–03640

                                                  Honorable Gary Feinerman

Orphazyme A/S, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 26, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion for reconsideration [48] is granted. Without opposition, the 8/11/2022 order [46] is amended to provide that all claims against Defendant Stratton are dismissed, and that all claims against Defendant Painter regarding the alleged violation of Regulation S–K in the Orphazyme October 2021 press release are dismissed. Those dismissals are without prejudice to the leave granted Plaintiff by the 8/11/2022 order [46], and will convert to dismissals with prejudice if Plaintiffs do not file a second amended complaint by 9/8/2022.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.