UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>Defendants. | Case No. 1:21-CV-03640<br>Honorable Gary Feinerman |

**DECLARATION OF MATTHEW L. KUTCHER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THOSE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT THAT SEEK TO <u>ASSERT NEW CLAIMS OR REVIVE PREVIOUSLY DISMISSED CLAIMS</u>**

Pursuant to 28 U.S.C. § 1746, Matthew L. Kutcher states as follows:

1. I am a partner at the law firm of Cooley LLP, counsel of record for Defendants Orphazyme A/S ("Orphazyme"), Carrolee Barlow, Thomas Blaettler, Martin Bonde, Christophe Bourdon, Rémi Droller, Georges Gemayel, Bo Jesper Hansen, Anders Hedegaard, Martijn Kleijwegt, Catherine Moukheibir, Molly Painter, Kim Stratton, Anders Vadsholt, and Sten Verland. I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Orphazyme's Prospectus dated September 28, 2020 and filed on Form 424(b)(4) with the U.S. Securities and Exchange Commission ("SEC") on September 29, 2020. The Prospectus is part of Orphazyme's Registration Statement for its initial public offering of American Depository Shares.

3. Attached hereto as **Exhibit B** is a true and correct copy of an Orphazyme press release, dated December 27, 2020, titled "Orphazyme provides regulatory update on arimoclomol for NPC."

4. Attached hereto as **Exhibit C** is a true and correct copy of a certified transcript, prepared by Transperfect Legal Solutions, of an interview of Defendant Christophe Bourdon during a seminar hosted by Redeye Nordic Growth on April 28, 2021. The video recording of this interview is publicly available at https://bit.ly/3V5k7gQ.

5. Attached hereto as **Exhibit D** is a true and correct copy of an Orphazyme press release, dated March 10, 2022, titled "Commencement of in-court restructuring of Orphazyme A/S."

6. Attached hereto as **Exhibit E** is a true and correct copy of an Orphazyme press release, dated May 15, 2022, titled "Orphazyme A/S under In-Court-Restructuring to sell substantially all of its assets and business activities to KemPharm, Inc."

7. Attached hereto as **Exhibit F** is a true and correct copy of an Orphazyme press release, dated May 31, 2022, titled "Orphazyme completes sale of substantially all of its assets and business activities to KemPharm."

8. Attached hereto as **Exhibit G** is a true and correct copy of a KemPharm press release, dated August 11, 2022, titled "KemPharm Reports Second Quarter 2022 Financial Results and Corporate Updates."

9.      Attached hereto as **Exhibit H** is a true and correct copy of a report by Cowen Equity Research, dated February 25, 2022, titled "Orphazyme A/S: Amplifying Opportunity via Heat Shock Proteins."

10.     The exhibits attached hereto have been highlighted by counsel to facilitate the Court's review of Defendants' motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on this 6th day of October, 2022.

By: *Matthew L. Kutcher*
Matthew L. Kutcher