# Exhibit C

**Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021**
**October 6, 2022**
**Transcript by TransPerfect**

**INTERVIEWER:** The next company featured on this exciting orphan drug day is Orphazyme. And we will be joined by speakers, CEO Christophe Bourdon and CFO Anders Vadsholt. Can you hear us? Sorry, we can't hear you. Just hold on a sec. Maybe if you could try to choose the correct microphone, would that work? Apologies. We have to sort out some technical delays. Sorry for the slight delay. We hope we have Orphazyme with us. Christophe?

**CHRISTOPHE BOURDON:** I'm here. Can you hear me loud and clear?

**INTERVIEWER:** Yeah. Great.

**CHRISTOPHE BOURDON:** Alright. Apologies for that.

**INTERVIEWER:** Please start the presentation, if you're ready.

**CHRISTOPHE BOURDON:** Okay. I'm ready. Good morning, good afternoon, everyone. Christophe Bourdon. I'm the new CEO of Orphazyme. I'm based here in Copenhagen. As you know, we are a listed company, so just read carefully those statements. I'm very pleased to be here with you today. Since the first time I have a chance to speak to you, I just first want to say a nice good morning to every one of you. Nice to meet you. Quick introduction. I'm French and German citizen, two passports. I've been growing in my career in science and biotech. Ten years at Sanofi. Three years at Alexion where I brought to market in Europe rare and rare product across European countries. And 10 years at Amgen, especially in these last three years in the U.S. I'm sharing this with you because today we're here to talk about Orphazyme. For those who don't know, it's a Danish-listed company with a global footprint and the company is about to bring a very innovative and unique first-in-class molecule for rare disease called NPC. And we are here to make a difference. In my track record and my conviction around the Orphazyme project what really led me to move here to Copenhagen a few weeks ago from Los Angeles and what I would like to do now is kind of share our vision and ambition with Orphazyme. For those who don't know, Orphazyme was really founded on some very pivotal science, on the belief that heat shock protein was yet to really make a difference to patients. And the narrow scope as in really focusing on the heat shock protein 17 molecule that really is here to make a difference in protein misfolding diseases. So really it can address three things. Heat shock protein 17 can really help preventing and creating protein misfolding.

**[00:05:00]**

It can really help promote lysosomal function. And also it can help preventing remote protein aggregate. So we have strong competence and capabilities in LSDs. And so with that, the firm conviction is arimoclomol now has been exposed to over 500 individuals with no—as seen here on this slide—with no significant safety concerns identified. And what's very important here is the way of administration. It's an easy oral or nasogastric administration, which we will go in detail either for NPC or even ALS diseases, is making a big difference for patients. I think for you today the first message is you have heard a lot about arimoclomol. I would now encourage you to learn the brand. It's called Miplyffa. This is how, you know, we are going to make the

1

**Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021**
**October 6, 2022**
**Transcript by TransPerfect**

difference for patients, through the brand Miplyffa. Currently there have been two very strong clinical development programs ongoing. The first one, Niemann-Pick disease type C, NPC. And the second one is on ALS that we expect the data results in first half of this year. We are making very good progress when it comes to filing in the U.S. As communicated earlier, the PDUFA date is confirmed for June 17th. We will go into detail, but Orphazyme is launch ready in the U.S. We also are on track to make a difference in Europe. There has been ongoing dialogue with EMA. We are on track to have a CHMP opinion by Q4 of this year. So let me spend a bit of time on the commercialization of NPC alone in the U.S. NPC, Niemann-Pick type C is a disease that is really—for those who don't know, it's a progressive LSD affecting the brain cell. We estimate around the world the incidence about one of one hundred thousand patients. The diagnosis rate is depending on whether or not patients already have a treatment alternative is between 40-70%. And so if you look at both sides of the Atlantic, we are talking about 1,800 to 2,000 patients in the U.S. and in Europe. 50/50 children and adults. What's very important, currently there is no approved therapy in the U.S. and in Europe patients are often treated with generic miglustat. One very important information I would like to share with you is just to share about the unmet need and the readiness of Orphazyme to launch by Q4 on both sides of the Atlantic. We have launched an early access program in the U.S. and several large countries in Europe. And as of today I can report that we have more than 90 patients, 9-0 patients, NPC patients on the early access program. That shows that there is a very strong unmet need out there and that patients are waiting for arimoclomol to make a difference for them. I won't go into the detail, but the clinical trials and the data for the Phase 2-3 trial that we have showed that we had to have, show the primary endpoint on the five domains—a significant—sorry a treatment difference which made a difference for patients. You know those numbers, but we have seen a 63% reduction in disease progression. And when we are able to really look at the patients eliminating the new mutation, we have shown a 77% reduction in disease production. So those numbers have been convincing enough for the regulators to really look into the file and we are currently today on track for a PDUFA date on June 17 in the U.S. What is our go-to-market strategy? The U.S. will be the first market where we'll be reaching out to patients. I have been spending a lot of time since joining with the U.S. team with the U.S. KOL. And I can tell you we are ready to launch. And when I'm saying this is over the last 12 months, we have had more than 400 engagements with providers with KOLs across the country in the U.S. and despite COVID. I think this is a remarkable achievement showing that providers are really keen to engage with us.

[00:10:00]

And all those engagements were done virtually. So we don't expect that COVID is actually going to slow down our ability to make a difference for patients. In Europe the same thing. We have now put ground in European markets and the team is building up. And so these two markets should really help us look at what would be the need for patients in NPC. Coming also from my previous experience at Alexion, we also would be looking at potential other markets with the main patient sales for example as discussed in the previous presentation. And so my strong conviction here at Orphazyme is NPC represents not only a significant unmet need, there is a willingness from payers to pay for Miplyffa and we are launch-ready. Just to give you a bit

**Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021**
**October 6, 2022**
**Transcript by TransPerfect**

of more granular insights on how we would be as early as soon as the FDA is printing us the label, we have really built a very strong medical and commercial footprint in the country. The team is ready. We have a strong team with very proven track record in rare and ultra-rare medical engagement and commercialization both from a payer and provider perspective. The product is ready. We have product available. And as I said, there is no COVID-19 impact on our launch efforts. To be a bit more specific here, just to show that for those who have known Orphazyme over the years as a mainly research and development organization, over the last year the acceleration of the customer-facing team and really ensuring that the company was building the right footprint to ensure a fast uptake with Miplyffa and NPC I can show you here on the right side this is a commercial organization in the U.S. So you see we have the right function. Doing the things in the right way is absolutely critical. We have the council in place, the finance, launch execution, regulatory affairs, marketing and field medical affairs, all the analytics, the backbone so that we will be able to capture all the insights in the right way at launch. Of course very importantly will be market access, trade, and pricing. On the left side you see all the European countries where we have again commercial and medical footprint as well as pricing and market access to help navigate reimbursement environment. This is for us the short-term focus ensuring that we will reach the NPC patient where there is an unmet need. We are ready and I have absolutely the full confidence in the team's ability to deliver significant values for this indication. Just to close, we are expecting in a couple of weeks we will be on time as planned to release the ALS data. So there will be a readout, as I said, officially in the first half of this year. So stay tuned on this one. But I would encourage you to kind of be curious about the ALS. There is a huge unmet need here as well and let's see what the results of the clinical trial will show. But we are absolutely ready to process this data, and we'll come back to you hopefully in coming weeks with more insight on this one. To close my presentation, this is where we are from a timing perspective. Just to recap, H1 is soon. We expect the readout from the ALS trial. Very important second date is June 17th. This is the PDUFA date confirmed by the FDA. And we expect lastly this year in Q4 of 2021 the CHMP opinion in the EU. With that I'm very looking forward to engaging in any conversations and questions that you may have. Thank you for the opportunity.

**INTERVIEWER:** Okay. Thank you, Christophe. So welcome to the Scandinavian stock market.

**CHRISTOPHE BOURDON:** Thank you.

**INTERVIEWER:** How is the first month been so far? What's been your major focus area?

**CHRISTOPHE BOURDON:** So I had three main focus areas. The first one was really answering the questions are we NPC launch ready. This has been my short-term focus. I've been very impressed by the level of detail, engagement by the team,

**[00:15:00]**

3

**Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021**
**October 6, 2022**
**Transcript by TransPerfect**

cross functional work, and doing the launch in the right way. Asking a lot of questions, going to launch-readiness reviews on both sides of the Atlantic with all the functions. So that was priority one. Priority two has really been on the ALS data readout and preparing for all possible scenarios. Positive outcome, negative outcome. What does it mean where we are? What does it mean for the company? And so this has been really focus number two. And focus number three was really trying to understand, sit down with the team, and learn what is Orphazyme's journey ahead. Short-term is the NPC opportunity. ALS be ready in both cases. But what's beyond? What kind of capabilities and competence we have in-house? What is our vision? What is our strategy? And so my third priority was really to make sure we could nail down a strategy roadmap for the next 10 years and this is where with my leadership team I'm focused on at the moment.

**INTERVIEWER:** Right. My curiosity, Christophe, how do you plan to allocate your time between the head of this in Scandinavia and the U.S. where your main market could potentially be?

**CHRISTOPHE BOURDON:** So currently it's still 100% here and 100% in the U.S. So 200%. I work a lot. But I would say no more seriously because the borders are closed, I'm spending roughly at the moment 100% of my time here. But on the agenda I would say it's 60% on European matters and 40% on the U.S. So I have been engaging with the U.S. team a lot. I've already started to engage with U.S. KOL directly. And I will be very engaged with also patient associations, with payers, regulators, and also represent Orphazyme at [INDISCERNIBLE] association for example. So we see from a patient need this is our first market, so that's going to be a strong area of focus. And also from the investment community, I think we have an opportunity to tell the Orphazyme story to a broader audience. And I think the launch in the U.S. would also give Orphazyme a bigger visibility among U.S. investors and that's something I will also spend time on.

**INTERVIEWER:** Christophe, you are joining Orphazyme in a very exciting and somewhat turbulent time as well. Orphazyme recently presented a disappointing result in SIBM. A common question from investors is really the results in SIBM say something about the upcoming results in ALS. What's your perspective on this?

**CHRISTOPHE BOURDON:** Look, I think first I would like to acknowledge and thank the team and the office and efforts to try to advance science. There has been and there is still a need for IBM patients. The fact that the results were negative should not hinder the fact that we have put a significant amount trying to make progress in science. We are disappointed by the results, but I think we owe now the scientific community and the patients some definite answers what we have learned here. So we are in the process of analyzing everything. So at this stage, we're going to see in a couple of weeks the results from the ALS readout. The strong conviction here, and I will let experts speak about it, but IBM and ALS are very two distinct diseases. And at this stage, we are absolutely—we're going to wait for the ALS results to see and we're going to wait patiently here.

4

**Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021**
**October 6, 2022**
**Transcript by TransPerfect**

**INTERVIEWER:** There are a lot of questions coming in from the audience. One question is really what results will you present in the first instance, in the first press release so to say. Is it top line results that will come out first?

**CHRISTOPHE BOURDON:** Look, we're going to look at the data as soon as we have the data on [INDISCERNIBLE]. And so we're going to follow a rigorous process and we're going to come back with you with the data that we have. At this stage, I cannot comment further.

**INTERVIEWER:** No. Understand. Okay. So there is a lot of questions. I think I'll jump in with another question from the audience. Of the 90 patients in the program, it must be the EAP then, are all in the U.S.? How many of the 90 in the named patient program are in the U.S.?

**[00:20:00]**

That should be all.

**CHRISTOPHE BOURDON:** No, no. The 90 patients in the early access program are on both sides of the Atlantic and we are consolidating data. But we are not going into more detail at this stage on which country is providing how many patients. But it's well spread across Europe and the U.S.

**INTERVIEWER:** Christophe, you have a truly eventful period ahead. Any final remarks from your side before we move on?

**CHRISTOPHE BOURDON:** No. I would have loved to be with you in Sweden today. I hope the borders will reopen soon. Apologies for the technical delay at the beginning. Orphazyme is really at a crossroads at the moment. I joined because I'm a firm believer that NPC alone can make a huge difference for patients. We are ready to launch. That's going to create significant value. And let's patiently wait for the ALS data readout. That's going to continue the success. I have big ambition and big vision for Orphazyme as a standalone company.

**INTERVIEWER:** Best of luck going forward.

**CHRISTOPHE BOURDON:** Thank you.

**[00:21:08]**

5



I, Anders Nelson, hereby certify that "Orphazyme CEO Christophe Bourdon and CFO Anders Vadsholt presents at Redeye Orphan Drugs Seminar 2021" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

# Anders Nelson

Digitally signed by Anders Nelson
Date: 2022.10.06 17:47:21 -04'00'

Anders Nelson
Project Manager

October 6, 2022