# Exhibit H

**COWEN**
EQUITY RESEARCH

Biotechnology

# ORPHAZYME A/S

## EQUITY RESEARCH

February 25, 2022
**Price: $2.02** (02/23/2022)
**Price Target: NA**

**MARKET PERFORM (2)**

**ESG SCORE: N/A**

**Ritu Baral**
646 562 1379
ritu.baral@cowen.com

**Anvita Gupta, Ph.D.**
646 562 1325
anvita.gupta@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NASDAQ: ORPH |
| 52-Week Range: | $21.00 - $1.85 |
| Market Cap: | $73.3MM |
| Net Debt (MM): | $(59.2) |
| Cash/Share: | $(3.36) |
| Dil. Shares Out (MM): | 34.9 |
| Enterprise Value (MM): | $29.3 |
| BV/Share: | $0.76 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2021E | 2022E | 2023E |
|---|---|---|---|
| **EPS** | | | |
| 1Half | $(2.13)A | $(0.75) | - |
| 2Half | $(0.95) | $(0.63) | - |
| Year | $(3.07) | $(1.38) | $(1.16) |
| Consensus EPS | $(2.58) | $(0.81) | $(0.69) |

Consensus source: FactSet

| Revenue (MM) | | | |
|---|---|---|---|
| Year | $4.9 | $1.5 | $10.2 |

## AMPLIFYING OPPORTUNITY VIA HEAT SHOCK PROTEINS

Orphazyme is a clinical development biotechnology company focused on developing therapies based on the amplification of HSPs to treat rare neurodegenerative diseases. HSPs are molecular chaperones that facilitate natural cellular response to cell malfunctions such as stress, aggregation, protein misfolding, and lysosomal dysfunction. When upregulated, they help protect against downstream cellular toxicity. Orphazyme is developing its late-stage HSP upregulator, arimoclomol, in Niemann-Pick disease type C. The compound generated compelling pivotal clinical data in the indication but received a CRL in June 2021. The CRL requested additional qualitative and quantitative evidence to further substantiate the NPC-CSS endpoint used in the registrational Phase 2/3 study, as well as additional data beyond this study to support the benefit demonstrated by arimoclomol. ORPH's Type A meeting in late 2021 outlined the need for more data/analysis to support the identification of next regulatory steps at FDA, but not another clinical trial. In agreement with FDA, ORPH will remove the cognition domain from the 5-domain NPCCSS primary endpoint of its pivotal dataset and reanalyze with a new statistical plan. Orphazyme plans to request a Type-C meeting in 2Q22 with the aim to resubmit arimoclomol NDA in 2H22. ORPH continues to expect a positive CHMP opinion for NPC in 1Q22 followed by a potential EU approval in 2Q22, and the application appears to be progressing through CHMP even now. While we believed the improvement in disease progression shown by arimoclomol in NPC was clinically meaningful and approvable, bolstered by the management's comments on labeling discussions, we are now unsure about the fate of the drug in the US.

## Company Description

Orphazyme is developing arimoclomol, a first-in-class amplifier of HSPs to treat lysosomal storage diseases (LSDs) such as Niemann-Pick Type C (NPC). In a Phase 2/3 study of arimoclomol in NPC patients, the drug appeared to dramatically slow disease progression by 63% in the vast majority of treated subjects with nominal statistical significance on the gold standard NPC functional endpoint (p=0.0537). While the trial did miss its predefined primary analysis, the FDA sanctioned post-hoc analysis of patients with missense (vs null mutations) did reach a 77% relative reduction in disease progression (p=0.0242). Additional pre-specified secondary analyses in patients aged 4 years and above showed an 80% relative reduction in disease progression (p=0.0189); and patients also receiving background miglustat saw a 101% reduction in disease progression (p=0.0074). We think the consistency of all these analyses, together with the good safety profile of the drug and the lack of any currently approved therapy should drive a US approval for NPC. Orphazyme aims to resubmit arimoclomol NDA in 2H22.

ORPH also has an earlier stage program in Gaucher disease; however, the company's focus remains on the regulatory path forward in NPC. Arimoclomol was previously in late-stage clinical development for Amyotrophic Lateral Sclerosis (ALS) and Sporadic Inclusion Body Myositis (sIBM) but failed to meet the primary and secondary endpoints in those trials. Nonetheless, overall clinical experience with arimoclomol suggests a favorable safety and tolerability profile of the drug.

**Orphazyme's Pipeline**

| | DESIGNATIONS | | | | STAGE OF DEVELOPMENT | | | | | ANTICIPATED MILESTONES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Orphan Drug | Fast Track | BTD[†] | RPD* | PC | Ph1 | Ph2 | Ph3 | Filed | |
| Niemann-Pick disease type C^ | Z | | | | EU: MAA filing submitted to EMA | | | | | CHMP opinion Q1 2022 |
| Niemann-Pick disease type C^ | | | | | UK: Reliance route application pending | | | | | Apply for reliance on EU decision after CHMP opinion |
| Niemann-Pick disease type C^ | Z | Z | Z | Z | U.S. NDA received CRL[§]; Type A mtg held | | | | | Provide supplemental information & engage in further FDA interactions |

^Early Access Program in US, FR, and DE ongoing; [†] Breakthrough Therapy Designation; * Rare Pediatric Disease Designation; [§] Complete Response Letter

Source: Orphazyme

## Overview Of Heat Shock Proteins

Heat Shock Proteins (or HSPs) are intracellular stress-inducible molecules constituting a part of the molecular chaperone system of the cell. They help mediate proteostasis via protein folding, protein trafficking, and protein complex assembly/disassembly. When induced with physiological stress they help refold proteins or process them for degradation. There are seven families of HSPs. Hsp70 (and other HSPs) has been shown to play a role in signal transduction and immune modulation and therapies have been explored in rheumatoid arthritis and oncology with modest but inconclusive results.

**Heat Shock Protein 70: A Key HSP Necessary For Maintaining Cell Function**

Hsp70 family is known to play a part in chronic inflammatory diseases by promoting cytokine production and IL-10 release, as well as acting as a localized recognition site for NK cells aiding in NK cell-mediated cytolytic attack. Hsp70s are molecular chaperones that aid in virtually all stages of the life of proteins – from synthesis to degradation to maintaining crucial protein homeostasis throughout cellular life. Hsp70 is composed of a 44 kDa N-terminal nucleotide binding domain (NBD) which exhibits ATPase activity, an 18kDa substrate binding domain (SBD), and a 10kDa C-terminal lid. Specifically, canonical Hsp70 (vs. Hsp110, a subfamily of Hsp70) aids in correcting protein misfolding and suppresses protein aggregation. These chaperones are released into the extracellular matrix (ECM) and stimulate both the innate and adaptive immune response. Although Hsp70 results in a variety of downstream immunomodulatory responses, we highlight its role in lysosomal storage diseases (LSDs) and protein aggregation diseases.

**Lysosomal Storage Diseases**

Lysosomal storage diseases (LSDs) define a group of inherited metabolic disorders characterized by the accumulation of macromolecules inside lysosomes. Lysosomes are membrane-enclosed organelles designed to engulf and break down macromolecules through acid hydrolysis using ~50 different degradative enzymes. Between endocytosis, phagocytosis, and autophagy, mutations in genes lead to an accumulation of undegraded material within lysosomes and resulting negative downstream effects such as hepatosplenomegaly (swelling of the liver and spleen), liver abnormalities, severe neurodegeneration, and early death.

**HSPs For Treating Lsds: Using Pharmacological Chaperones To Enhance The Heat Shock Response**

Cellular stress, such as oxidative stress, results in protein unfolding which leads to increased protein hydrophobicity and the formation of toxic protein aggregates. Elevated protein hydrophobicity triggers the activation of a highly regulated cascade of events called the 'heat shock response', which is the cell's quick response to proteins that go awry. The Heat Shock Response (HSR) is induced transcriptionally, leading to activation of heat shock transcription factors (HSFs) with the primary regulatory HSF1 existing passively with chaperone molecules. When chaperones are displaced during conditions of stress, posttranslational modifications to HSF1 facilitate trimerization of HSF1 and activate the HSP promoter known as the heat shock element (HSE), thus resulting in HSP transcription and downstream cellular repair. The therapeutic value of artificially interfering with the downstream effects of HSPs is tackled either through inducing the heat shock response (HSR), upregulating the binding of HSF1 to its chaperones, or stabilizing the activated form of HSF1.

**Heat Shock Response Modulation As A Therapeutic Strategy For Protein Conformational Diseases**



Source: Adapted from Westerheide and Morimoto, JBC 2005

HSP70 is a 70kDa member of the HSP family that aids the HSR by (i) assisting in sorting/folding newly synthesized and damaged proteins, (ii) binding to non-native proteins to prevent protein aggregation, and (iii) targeting severely damaged proteins assigned for degradation. HSPs achieve proteostasis via the ubiquitin proteasome system (UPS), chaperone-mediated autophagy (CMA), or the unfolded protein response (UPR). To help promote healthy lysosomal function, the chaperones bind to misfolded lysosomal proteins to result in functional proteins, which in turn lead to increased lipid metabolism and substrate removal. Intra-lysosomal HSP70 has also been shown to inhibit lysosomal membrane permeabilization (LMP) thereby stabilizing lysosomal membranes, enhancing lipid metabolism in the lysosome and prevent substrate build up. In effect, the chaperone also mitigates endoplasmic reticulum (ER) stress, thus promoting normal functions of the cell. To transiently block protein aggregation, HSP70 binds to exposed hydrophobic regions of non-native proteins (as it works upstream from Hsp60 and Hsp90, other molecular chaperones) and directly recruits substrate proteins for various degradation processes, such as CMA, aggrephagy and UPS. If Hsp70 is unable to stabilize and refold misfolded proteins, it is recognized by Ire1, an ER membrane-bound stress transducer, leading to ER-associated degradation.

**Heat Shock Proteins Corrects Misfolded Proteins, Facilitates Removal Of Protein Aggregates, And Chaperones Lysosomal Proteins**



Source: Orphazyme

### Arimoclomol As An HSP Amplifier: Improving Lysosomal Function And Protein Homeostasis

Arimoclomol is a first-in-class heat shock protein amplifier that crosses the blood-brain barrier and is dosed orally with easy gastric administration. There have been no significant safety concerns in over 540 patients and healthy volunteers dosed with the drug. It has been shown to have cytoprotective effects in numerous diseases including diabetic retinopathy and peripheral neuropathy, insulin resistance in diabetic rats, renal failure, acute pancreatitis in rats, and cardiovascular (CV) disease.

Also known as BRX-345, the citrate salt formulation of BRX-220 (arimoclomol maleate), and a hydroxylamine derivative of bimoclomol, arimoclomol affects HSPs by stabilizing the activated form of HSF1 and increases downstream transcription of HSPs. This effect enhances the endogenous cytoprotective mechanisms in the presence of cellular stress. Autosomal recessive LSDs driven by missense mutations can be targeted with chaperone-involving protein repair processes. Bimoclomol, its sister compound, is also a co-inducer of HSP but with a shorter half-life (among other differences) is not therapeutically viable as arimoclomol. A pharmacologically improved analog of bimoclomol, arimoclomol easily penetrates the CNS (while still being polar).

Due to arimoclomol's potential to treat both LSDs and protein accumulation diseases based on its MOA, Orphazyme is developing the drug for the treatment of Niemann-Pick disease Type C, a lysosomal storage disorder.

**Arimoclomol Stimulates HSP70 Production To Help Misfolded Lysosomal Enzymes Become Functional And Clear Their Substrates**



Source: Orphazyme

**Arimoclomol Stimulates HSP70 Production To Also Aid In The Clearance of Aggregated Proteins Via The Recycling Pathway**



Source: Orphazyme

**Origins Of Arimoclomol**

Arimoclomol was originally discovered by Hungarian researchers at Biorex and the company (along with its assets) was later acquired by CytRx in 2004. In 2011, worldwide rights of arimoclomol were bought by Orphazyme A/S. Previously, bimoclomol was developed as a first lead compound in the class of hydroxylamines around 1995-1997. Bimoclomol exhibited significant serum protein binding, affecting its biodistribution potential. Additionally, bimoclomol did not influence insulin resistance which at the time was required for further drug development. Abbott had acquired rights to bimoclomol for diabetes in 1998 with arimoclomol being developed in 2000.

**Molecular Analysis Of Arimoclomol And How It Interacts With The Heat Shock Response Pathway**

Arimoclomol is known to amplify HSP expression by stabilizing the active phosphorylated trimer of HSF1 and prolonging the binding of HSF1 to HSE. Arimoclomol however co-induces the HSR *only* in cells under stress, thus making it superior to other chaperone compounds such as 17-AAG and Celastrol, which induce HSR in stressed and unstressed cells. BRX-220 (or arimoclomol maleate) is neuroprotective in stressed neurons *in vitro* and *in vivo* and thus has therapeutic value in neurodegenerative disorders.

**Orphazyme's Lead Compound: Arimoclomol Citrate (fka BRX-345)**

Source: National Center for Biotechnology Information. PubChem Compound database; CID 72710735, https://pubchem.ncbi.nlm.nih.gov/compound/72710735

**Chemical Structure**

The chemical structure of arimoclomol is $C_{14}H_{20}ClN_3O_3$. It has a molecular weight of 313.78 g/mol, or 505.9 g/mol with citric acid.

**Formulation:** Arimoclomol is hygroscopic (absorbs moisture) and is a powder-filled, coated gelatin capsule (immediate release). The drug will be dosed orally (often multiple times a day). There is a patent pending for an extended release formulation filed in the U.S. on March 23rd, 2020 (US20170239232A1), and EU on September 15th, 2015. The NOAEL is 375/mg/kg/day by citrate and 233 mg/kg/day by base based on male/female Wister rats, and 70/mg/kg/day by citrate and 43.4 mg/kg/day by base based on male/female Beagle dogs.

**PK:** Pharmacokinetics was assessed in a double-blind randomized control trial (RCT) at three doses in ALS patients (n=40) providing evaluable PK data from serum and CSF. An increase in serum concentration was observed proportional to dose, with concentration slightly greater in females. Mean Cmax was comparable to that observed after single doses. No accumulation of drug after multiple doses other than those reaching steady state was noted. Mean $AUC_{0-8}$ ranged from 1.0-1.1, and no change in mean terminal half-life was observed between single (3.1-3.6h) and multiple (3.4-4.0h) dosing. Tmax was roughly 0.5-1.0h after oral administration. All values increased in a dose-dependent manner. Riluzole and arimoclomol were observed not to result in a DDI and arimoclomol crossed the BBB and displayed a dose-dependent increase in CSF levels.

PK was assessed in dogs and rats. Arimoclomol was seen to be rapidly absorbed with 85-90% oral bioavailability and reached high concentrations in most tissues vs. the blood. In the brain and CSF, concentration is roughly 35% that of blood. Metabolism is observed to be extrahepatic and not mediated by CYP450s, and the largest unchanged dose fraction is eliminated in the urine. No serum accumulation has been observed in dogs, in addition to absence of any food effect. Steady state was achieved with all doses ranging from 100 to 600mg T.I.D and 40-50% serum accumulation of drug observed relative to a single dose.

**Off-Target PK:** Arimoclomol has been screened for off-target pharmacology against a panel of 50 representative classical receptors, transporters and ion channels, and 50 representative kinases. Modest binding affinity to FGR kinases was observed. *In vivo* PK data in rats showed high plasma clearance relative to liver blood flow following single intraperitoneal (ip) injection of 10 mg/kg.

**Max Tolerated Dose:** The drug is well-tolerated and safe between 75-1800mg/day in humans. The highest number of gastrointestinal events were reported at 600mg T.I.D but no significant lab or vital abnormalities were observed.

**PD:** Arimoclomol is reported to prolong HSF1 through effects of cellular modification and increased expression is responsible for neuroprotective effects.

**Overall clinical Safety:** In total there have been seven Phase 1 studies (in healthy volunteers), a Phase 2a in ALS, and other ongoing Phase 2/3 studies. Four of these seven Phase 1 studies noted transient increases in serum creatinine that were not dose-dependent or time- dependent. Serum cystatin C, blood urea nitrogen, urine protein, and mean GFR remained stable. The drug does not affect normal kidney function, but rather inhibits tubular secretion of creatinine specifically. There were four thromboembolic events in the Phase 2a but note that these events are common in ALS regardless of treatment. Other AEs reported included headache, tiredness, sleepiness, and GI issues. Note that a clinical hold was placed on a trial of arimoclomol at 400mg T.I.D and with submission of additional animal studies, protocol was revised, and the study was resumed.

In the open-label extension (OLE) safety study (n=69) at 300 mg/day, transient increases in serum creatinine were observed during initiation of treatment. Sixteen treatment-emergent serious adverse events (TE-SAEs) were reported in 13 patients. 2 deaths were observed, 1 due to ALS progression and 1 due to respiratory failure secondary to ALS. One SAE, pulmonary embolism, was rated as possibly related to medication by investigator, but others were not or unlikely related. It is unclear whether arimoclomol is directly related to thrombotic events as ALS patients are more at risk than general population. In addition, <10% increase (statistically significant) in serum creatinine and corresponding decrease in creatinine clearance without affecting other indicators of renal function were observed. Note that after 4 months of continued treatment in the OLE, these levels returned to normal. It is now known that arimoclomol interferes with a small percentage of clearance occurring by tubular secretion instead of glomerular filtration. In another ALS trial, adverse events (AE) occurred in ≥10% (n≥4) of patients. There were 22 SAEs reported, 15 in placebo and 7 in drug group, none related to study drug. One discontinuation due to skin rash occurred (probably related to study drug). It is probable that 2 cases of upper GI issues were related with dyspnea (shortness of breath), the most common AE.

## Niemann Pick Type C

Niemann Pick Type C (or NPC) is a rare, autosomal recessive, neurodegenerative lysosomal storage disorder in which genetic defects in the transmembrane protein NPC1 and/or NPC2 lead to endosomal-lysosomal trafficking errors, resulting in dysfunctional metabolism, lipid accumulation, and downstream disease.  The exact mechanism by which NPC1 or NPC2 leads disordered lipid metabolism is unknown, although some researchers believe transporter dysfunction causes impaired cholesterol egress from the lysosome, resulting in pathologic cholesterol accumulation in the lysosome.

**Disease Background**

NPC (also known as the subacute or juvenile form) can range from neonatal rapid progressive fatal disorder (about ~20% of cases) to adult-onset chronic. In neonates, NPC is characterized by interstitial liver disease, accumulation of abdominal fluid, hepatosplenomegaly, jaundice, respiratory infiltration, and developmental delays. NPC is often fatal for neonates within months. In adults, the disease is marked with ataxia, dystonia, frontotemporal dementia, psychosis, dysarthria, dysphagia, and seizures. NPC is fatal for adults in the second or third decade of life (due to aspiration pneumonia). Typically, presentation in mid-to-late childhood with onset of ataxia, vertical supranuclear gaze palsy (VSGP), and dementia is common.

**Other Niemann Pick Disease Subtypes:**

- **Niemann Pick Type A**: NPA (also known as the classic infantile form) is a rarer subtype of NPC, typically seen in neonates. NPA is caused by mutations in the SMPD1 gene, which produces acid sphingomyelinase found in lysosomes. ASM is responsible for converting sphingomyelinase into ceramide, therefore reduced ASM results in lipid accumulation and impaired tissue function. Affected children develop normally until roughly 1 year of age, after which they see a decline in health. Symptoms are similar to NPC and include hepatosplenomegaly, failure to thrive, and poor weight gain, eventually leading to progressive CNS degeneration. Interstitial lung disease often leads to lung infections and respiratory failure. A notable symptom is a cherry-red eye abnormality observed in NPA patients. Patients typically do not live past the age of three. There is no currently approved treatment for NPA, and care is managed similar to NPC. There have been approximately 1,200 cases of NPA/NPB reported worldwide with the majority being NPB, and a higher concentration seen in the Ashkenazi Jewish population (a reported incidence of 1 in 40,000).

- **Niemann Pick Type B**: NPB (also known as the visceral form) is a rare subtype, similar to NPA. The primary difference is delayed onset in mid-childhood, with less severe symptoms compared to NPA. It is similarly caused by a mutation in SMPD1 with similar symptoms. NPB patients have hepatosplenomegaly, recurrent lung infections, and thrombocytopenia, along with a short stature, delayed onset of puberty, and delayed bone age. Roughly one-third of individuals have the cherry-red spot eye abnormality or CNS symptoms. There is no currently approved treatment for NPB and care is managed similar to NPA and NPC. As mentioned above, there are approximately 1,200 cases of NPA/NPB.

- **Niemann-Pick Type D**: NPD (also known as the Nova Scotian form) is a rare subtype of Niemann-Pick found exclusively in the French-Canadian population of southwestern Nova Scotia. It is determined to be caused by a point mutation within the affected region of the NPC gene, and is now considered to be an allelic variant of NPC. The gene in question here is the G992W mutation.

**Etiology/Pathology**

Defects of the transmembrane protein NPC1 lead to a wide array of metabolite accumulates, including gangliosides, sphingomyelin (SM), and sphingosine, all of which have reported roles in the pathology of the disease. The accumulation of SM has been shown to render lysosomes more susceptible to structural integrity loss, and subsequent cell death, as well as impaired autophagy-lysosomal clearance. The mitigation of this secondary substrate accumulation in NPC by enhancing acid SMase

(ASMase) activity has been shown to revert the phenotype of NPC cells. Thus, at least for some LSDs, amelioration of secondary events could hold important therapeutic promises, but also *this mechanism suggests that patients with NPC1 deficiencies might benefit from recombinant HSP70 therapy, based on HSP70's ability to increase ASMase activity and lysosomal catabolic activity.*

**Dysfunction Of Cholesterol Transport Protein, NPC1/2, Results In Niemann Pick C Disease**



Source: Orphazyme

### Genetics

NPC patients either have a mutation in the NPC1 (95% of patients) or NPC2 gene. As mentioned earlier, NPC1 is a gene containing a membrane protein which mediates intracellular cholesterol trafficking in mammals. NPC2 is also known as epididymal secretory protein E1. Extensive information about the function of NPC1/NPC2 is largely unknown. Basic research has shown that unesterified cholesterol (UE) is released from low density lipoproteins (LDLs) in the lumen of late endosomal/lysosomal compartment and are transferred by NPC2 to N-terminal binding domain of NPC1. Then, after hydrolysis, it is released as free cholesterol. It is known to bind oxysterol with higher affinity than cholesterol and is likely to play a role in vesicular trafficking in glia, signaling the role it has for structural and functional preservation of nerve terminals.

Numerous molecular genetic studies have been conducted to identify different mutations in NPC1 and NPC2. Most mutations are missense mutations either in the patched homology domain or the cysteine-rich luminal loop of the protein (one-third of the mutations). Correlations between genotype and phenotype were observed in a study where premature stop codons/missense mutations in the sterol-sensing domain (SSD)/missense mutations in the cysteine-rich luminal loop were found in patients with infantile/juvenile disease. There was no detectable NPC1 protein in those with an SSD missense mutation, and in contrast two adult patients without neurological disease had NPC1 protein in significant amounts. This lends to the possibility of the importance of the SSD and luminal loop for determining disease onset and outcome. Lastly, a study in 40 NPC patients identified the Q775P mutation correlated with severe infantile neurologic disease, and the C177Y mutation with a late infantile clinical phenotype. The D1005G mutation has been observed to cause the juvenile form of NPC. The most common human NPC1 mutation gives rise to the I1061T missense substitution with an estimated frequency of approximately 18-20% of all pathogenic NPC alleles. The second

most common is P1007A associated with the classic juvenile course of disease. Other molecular analysis has identified key regions susceptible to mutations, but no other definitive patterns have been concluded from genomic study. It has been noted that the I1061T mutation reduces protein production in 85% of patient cell lines, but some cholesterol transport activity is retained, giving light to therapeutic potential from chaperone therapies as if there is no protein production, pharmacological chaperones would be rendered useless.

It is to be noted that the percentage of NPC patients with double null mutations is unknown, but this population would not be a candidate for any chaperone-based therapeutic as they have no functional protein to be chaperoned.

### Prevalence

Orphazyme estimates an incidence rate of 1 in 100,000 live births on NPC individuals, while the NORD and NIH report estimates of 1 in 120,000-150,000, respectively. Based on company estimates, there are 300 patients diagnosed in US managed by 25-50 specialist centers through pediatric neurologists. In Europe, there are roughly 800 patients diagnosed and treated with a similar number (~25-50) of treatment centers. The diagnosis rate is on the lower end of 40-70% and is expected to increase over the coming years with increased awareness and better diagnostic screening being put into effect. Thus, with over 1,800 patients in the US and EU, roughly 1,100 are diagnosed, with 50% of them having adult-onset NPC.

For rest-of-world (ROW), there are about 400 patients diagnosed with plans for early access programs (EAPs) being set for Japan, Canada, and Turkey. There are currently EAPs in France and Italy with a planned European KOL Advisory Board. The company intends to finalize partnering and leverage US/EU approvals for ROW regions in the future.

### Diagnosis

There are inherent problems with NPC diagnosis, as many cases are misdiagnosed or go undiagnosed, resulting in a low diagnosis rate of 40-70%. NPC diagnosis can be typically delayed by a mean of 4.1 years from first onset of neurological symptoms. Adult-onset NPC may be misdiagnosed as they present with neurological symptoms, and for children symptoms of a learning disability, delayed development of fine motor skills makes an NPC diagnosis difficult. Recommendations for diagnosis were first reached by an NP-C Guidelines Working Group in 2009. Previously, the filipin staining test was the historical gold standard assay assessing NPC1/NPC2 genetic variant functionality. The gold standard is now biomarker screening methods and specific NPC1/NPC2 sequencing testing (95% of mutant NPC1 alleles have been identified). The most common biomarker is oxysterols (cholesterol oxidation products), specifically C-triol and 7-KC, with supportive biomarkers being bile acids and Lyso-SM to help distinguish Niemann Pick Type C from types A and B. Newborn screening for Niemann-Pick is only currently available in Illinois and some hospitals in New York, and was rejected from the RUSP in 2008. There is serious unmet need for newborn screening for Niemann-Pick.

### Treatment

There is no currently approved therapy for Niemann Pick Type C in the U.S, and one approved in the E.U (Miglustat). Symptomatic therapy is administered to treat seizures, dystonia, cataplexy, as well as disturbed sleep. Physical therapy, antibiotics, bowel programs, and nasogastric NG tubes (commonly used for feeding when oral swallowing may be compromised) may be used for varying symptom management.

- **Miglustat**, or Zavesca (now available in generic form WW) , is a glucosylceramide synthase inhibitor (marketed by Actelion Pharmaceuticals) often used off-label for the treatment of NPC in the U.S. Miglustat is approved in Europe (for NPC and mild-to-moderate Gaucher Disease), Canada, Australia, New Zealand, in several Asian and South American countries, and in Japan (as Brazaves). It was rejected by the FDA in 2010 as the FDA requested additional preclinical and clinical information, even though the Endocrinologic and Metabolic Drugs Advisory Committee voted 10 to 3 in favor of the benefit/risk profile of Zavesca, as it had been approved in the US for Gaucher Disease Type 1 in 2003. By inhibiting glucosylceramide synthase, it reduces glycosphingolipid accumulation and reduces the symptoms of NPC. Orphazyme has indicated that Miglustat is used in 40-50% of patients in the U.S. off-label, and in 80-90% of E.U. patients. It is commonly dosed at 200mg T.I.D, titrated down for patients <12 years of age based on body surface area.

  *Safety*: Tremor was observed in 58% of NPC patients (and 37% of GD patients) upon treatment and was managed via dose reduction. Gastrointestinal events were observed in 80% of patients, and reduced platelets were observed in 40-50% of trial patients. Reduced growth was also seen in the pediatric population. The most common AEs were diarrhea, flatulence, abdominal pain, weight loss, and tremor.

  *Efficacy:* Miglustat is recommended for NPC patients who do not qualify or tolerate enzyme replacement therapy (ERT). It often takes 6-12 months to observe clinical benefits in infantile onset cases, and as long as 2 years in adult-onset cases. Positive benefits in slowing disease progression have been observed such as reduced choline levels in the brain during up to 5 years of therapy and reduction in CSF-calbindin indicating reduced Purkinje cell loss. Protective effects on cerebellar and subcortical structure were observed via MRI. Neurological stabilization using NP-C disability scales showed greater benefit in older aged patients. Saccadic eye movement improvement was seen during 1-5 years of therapy as well. Swallowing, a main risk factor of premature death, was seen to improve or remain stable while on therapy. Overall, post-market surveillance of miglustat has shown a variety of clinical benefit in NPC with an acceptable safety and tolerability profile.

  ***Miglustat Use Is Not Expected to Influence The Sales Potential of Arimoclomol:*** We note that arimoclomol results in more positive outcomes when used in combination with Miglustat (we describe clinical results below). In our view, Miglustat does not pose a serious competitive risk to arimoclomol's potential and can be prescribed in combination for qualifying patients.

**Competition**

The majority of current treatment options for NPC are only directed toward the specific symptoms apparent in each individual, namely Miglustat. There are several compounds in development for NPC.

- **Adrabetadex** (VTS-270), has been evaluated in a Phase 2b/3 clinical trial by Mallinckrodt Pharmaceuticals. In June 2019, Mallinckrodt Pharmaceuticals communicated the Phase 2/3 top-line results did not meet statistical significance (p=0.55). This product candidate had received Orphan Drug

Designation by both the FDA and EMA. Adrabetadex is no longer in development for NPC.

- **IB1001**, has been evaluated in a Phase 2 clinical trial by IntraBio. In September 2020, Intrabio announced statistically significant positive data from their IB1001-201 trial in NPC. The study met its primary endpoint and reported no safety signals. IB1001 is a modified amino acid (N-acetyl-L-leucine) dosed orally. This product candidate has received Orphan Drug Designation by both the FDA and EMA and Fast Track Designation by the FDA. There has been no further update as to the potential registration or additional trials for IB1001.
- **Trappsol** is being evaluated in multiple Phase 1/2a clinical trials by Cyclo Therapeutics. This product candidate has received Orphan Drug Designation by both the FDA and EMA. This product is an experimental treatment administered intravenously with a MOA not fully understood (believed to reduced cholesterol buildup).
- **ESB1609** is being evaluated in a Phase 1 clinical trial by E-scape Bio, assessing safety, tolerability, and PK of multiple ascending doses. It is a brain-penetrant selective sphingosine-1-phosphate 5 (S1P5) receptor agonist that is being studies in healthy volunteers.

**Preclinical Data**

**Mechanistic *In Vitro* Proof of Concept Data Of Hsp70 Affecting Lysosomal Stabilization And Function In NPC Was Published In 2010**

To first understand that HSP70 stabilizes lysosomes and influences NPC pathology, we describe early *in vitro* research conducted by Kirkegaard et al in 2010. Hsp70 was known to promote survival of stressed cells by inhibiting lysosomal membrane permeabilization (LMP) and was shown to bind to an endolysosomal anionic phospholipid (bis(monoacylglycerol) phosphate or BMP), an essential co-factor of lysosomal sphingomyelin metabolism. The group showed that Hsp70 stabilized the metabolism of sphingomyelin in NPD patient cells, thus aiding in cell signaling, sphingomyelin preservation, and preventing sphingolipid accumulation. Research showed that in acidic environments (pH of 4.5), Hsp70 reversibly binds to BMP with high affinity and facilitates acid sphingomyelinase (ASM) activity, a critical SMase enzyme responsible for catalyzing the breakdown of sphingomyelin to ceramide and phosphorylcholine. This facilitates their fusion with intracellular vesicles and the plasma membrane, preserving plasma membrane integrity and reducing accumulation of lipids.

**COWEN**
EQUITY RESEARCH

**Biotechnology Quarterly**
February 2022

Orphazyme A/S

**Early POC Data Demonstrated Recombinant Hsp70 Stimulated Acid Sphingomyelinase Activity, Stabilization Of Lysosomal Membranes, And Reversion Of Lysosomal Pathology In NPC Fibroblasts**



Source: Kierkegaard et al, 2010

**Positive POC *In Vitro* Data with rHSP70 Supported Results in NPD Fibroblasts and Murine Models**

Based on proof-of-concept *in vitro* data showing the potential for Hsp70 to inhibit LMP and bind BMP, reducing stress-induced cell death and stabilizing lysosomal membranes (via enhancement of ASM enzyme activity), it was postulated that this positive effect in NPD fibroblasts can help facilitate lysosomal lipid storage and positively affect disease. rHsp70 was studied in murine models, specifically $Npc1^{-/-}$, a double null mutation mouse model designed to represent severe infantile/juvenile NPC. Note that as there is no mutant NPC protein in null mutation mice, it may be more valuable to study murine models such as $Npc1^{nmf164}$ to assess Hsp70-aided folding in the ER.

Research showed recombinant Hsp70 to be efficacious in a $Npc1^{-/-}$ murine model as glycosphingolipids (GSL) and unesterified cholesterol were reduced in multiple regions of the body in treated mice (3 mg/kg dosed intraperitoneally). There was significant reduction in specific GM1 ganglioside species (GM1a, GM1a-gc, GM1b), which are linked mechanistically to neurotoxic UPR and apoptosis in various LSDs. White matter thickness and myelin basic protein levels increased in the cerebellum, and there were positive changes in motor control across multiple parameters.

**Reduction in Glucosphingolipids Across Brain, Kidney, and Liver in *Npc1*$^{-/-}$ In Response to Hsp70**



Source: Kierkegaard et al, 2016

### POC Was Established With Arimoclomol *In Vitro* And In Mice Where The Drug Demonstrated Encouraging Results

Arimoclomol was tested *in vitro* in primary fibroblasts from NPC patients as well as *in vivo* in an NPC murine model. HSF1, the primary transcription factor for HSPs, was only 50% activated in untreated NPC1 patient fibroblasts, signaling the potential for additional HSF1 upregulation and beneficial downstream effect. After treatment, there was significantly reduced lysosomal storage and accumulation of UE cholesterol in patient fibroblasts (p≤0.05 and 0.001 respectively), as well as slightly increased levels of HSF1 and normalized levels of Hsp70 in the brain (at 10 mg/kg), with slightly lower efficacy seen in the liver. Improvements in ataxia (p≤0.01) were observed, along with a blinded neurological and behavioral assessment showing a neuroprotective treatment in *Npc1*$^{-/-}$ mice. A clear effect on clinically relevant end points in ataxic gait parameters were met, signaling arimoclomol's downstream effect on motor control, a major risk factor in NPC.

**Reduction in Lysosomal Accumulates and UE Cholesterol in NPC Primary Fibroblasts Along with Increased HSF1 in Mice Signals Efficacy of Arimoclomol in NPC**



Source: Kierkegaard et al, 2016

**Arimoclomol's MOA In NPC**



Source: Orphazyme

**Clinical Data**

Arimoclomol was assessed in NPC-001, a prospective non-therapeutic observational study, and NPC-002, an interventional RCT placebo-controlled study lasting 12 months, with an OLE preceding potential approval and marketing authorization.

**NPC-001:**

***Trial Design:*** There were 35 patients enrolled, of which 31 completed the study. Patients were randomized 2:1 to arimoclomol and placebo, respectively. A dose of 50-200mg T.I.D (total daily dose of 150-600mg based on body weight) was chosen, and background miglustat was permitted. Primary endpoints were NP-C clinical disease diversity, changes in EQ-5D-Y, a QoL patient-reported outcome (PRO) survey, changes in size and characteristics of spleen and liver assessed by ultrasound, oxysterol concentrations (novel biomarker), NPC protein concentration changes, and clinical symptom changes. Secondary outcomes included AE rates and other safety parameters.

***Results:*** Designed to assess individual patient disease progression through a historical and 6-month prospective evaluation, a mean increase of 2.7 (SD=4.0) in total NPC-CSS (Clinical Severity Scale; evaluated upon below) with a mean rate of change of 1.47 (2.25) per 6 months was reported. For the 5 key domains (ambulation, speech, swallowing, cognition, and fine motor skills), there was a mean increase of 1.4 (2.9) and a mean rate of change of .75 (1.58) per 6 months. No other data was reported from this trial.

**NPC-002:**

***Trial Design:*** NPC-002 was a placebo-controlled RCT that enrolled 50 patients, with 42 subjects completing the study. Of these 50 patients, 34 were treated with arimoclomol and 16 with placebo. Note that 27 patients from NPC-001 rolled into NPC-002. The inclusion criteria encompassed NPC1/NPC2 patients aged 2-18 years old, with at least 1 presenting neurological symptom, ambulation with or without assistance, and stability for 6 months prior to study start if on background miglustat. The primary endpoint was change in NPC disease severity score, as assessed by NPC-CCS (same scale used in NPC-001), with multiple PROs and other endpoints as secondary measures.

**COWEN**
EQUITY RESEARCH

**Biotechnology Quarterly**
February 2022

Orphazyme A/S

**Study Design And Timeline Of NPC-002 With The Open-Label Extension**





Source: Orphazyme

**Results:** Top-line data from NPC-002, released in Jan 2019, showed positive signals across the board. The primary endpoint barely missed statistical significance, showing a -1.34 treatment effect in favor of arimoclomol over placebo (p=0.0506), where 1 point of negative change is considered clinically meaningful. In a subgroup analysis of patients ≥4yo, there was a -1.68 treatment effect (p=0.0219), and in patients on background miglustat, a -2.00 treatment effect (p=0.0071). The Clinical Global Impression of Improvement (CGI-I) responder endpoint was not met but post-hoc analysis deemed this endpoint evidence is supportive. Biomarker analysis showed increased Hsp70 in blood, as well as reduced UE cholesterol and oxysterol in blood/skin cells. 59% on drug vs 56% on placebo remained stable/improved. Progression rates in placebo group were lower than expected hence there was a reduced ability to show positive effect. Overall, there was a 74% reduction in progression after 12 months.

**Biomarker Analysis In NPC-002 Shows Marked Reduction Across-The-Board**

 

Source: Orphazyme

**NPC-002 Top-Line Data Set**



Source: Orphazyme

***Safety:*** Overall AE rates were similar between arimoclomol (88.2%) and placebo (81.3%). Three patients in the arimoclomol group withdrew due to AEs, with SAE rates occurring far less in the arimoclomol group (14.7%) compared to placebo (37.5%). There was one patient death due to cardiopulmonary arrest deemed not related to treatment.

**NPC-CCS***:* The PRO of choice is NPC-CCS, a scale (with score 0 (best) to 25 (worst)) measuring ambulation, fine motor skills, swallowing, speech, and cognition. The full PRO assesses 17 domains and is correlated (Spearman's correlation=0.93) to the abbreviated 5-domain NPC-CSS. NPC-CSS has been tested and deemed valid and reliable as an endpoint.

**NPC-CCS: A Clinical Severity Score For NPC**

| Score<br>Domain | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| ① Ambulation | Normal | Clumsy, bangs into things | Ataxic, gait wider, poor balance | | Assisted ambulation – only walk short distance indoor | Wheelchair dependent |
| ② Fine motor skills | Normal | Slight dysfunction but able to handle cutlery | Mild dystonia Require little assistance, able to feed without help | | Limited skills, unable to use pencil or eat independently | Unable to use hands. Assistance needed for all activities |
| ③ Swallow | Normal | Cough while eating | Intermittent problems with drink or food | Constant and intermittent feeding problems | Constant feeding problems or use of tube | Dependent feeding by tube |
| ④ Cognition | Normal | Mild learning delay, still in normal class | | Moderate learning delay – need special support in school and kindergarten | Severe delay – Constant supervision, not able to learn new skills | Loss of cognitive function Unable to understand day-to-day events |
| ⑤ Speech | Normal | Mild slurring / slower speech | Severe dysarthria Very slow, difficult to understand | Non-verbal communication, Uses simple signs / pictures | | Absence of communication |

Source: Orphazyme

**NPC-002 + OLE:**

*Trial Design:* After the 1-year blinded NPC-002 study, 41 patients enrolled into the OLE, of which 35 patients were included in interim analysis of 1 year blinded + 1 year OLE. 22 patients were on continuous arimoclomol and 13 rolled from placebo into drug cohort. The primary endpoint was 5-domain NPC-CCS, same as NPC-002. Secondary endpoints included multiple PROs assessing quality of life and disease severity, as well as the 9 Hole Peg Test, CGI-I/CGI-S data, and AE data. Biomarkers assessed included HSP70 and UE cholesterol (in peripheral blood mononuclear cells, or PBMCs), UE cholesterol in skin cells, and oxysterol in serum. In addition, pre-specified subgroup analysis of patients over 4 years old, those on background miglustat, and a post hoc analysis (request from FDA) of treatment effect excluding three patients with double functional null mutations were completed. The company indicated that 3 patients with double functional null mutations (missing genes NPC1 and NPC2, hence they are not amenable to arimoclomol) randomized to the arimoclomol cohort was random and not expected. Based on FDA feedback a post hoc analysis was requested to assess treatment effect excluding these patients.

*Inclusion/Exclusion Criteria:* Inclusion criteria included patients with confirmed mutations in both NPC1 and NPC2 or confirmed mutation in one allele and positive filipin staining or elevated cholestane triol/oxysterols (>2x ULN). Similar to NPC-002, patients on miglustat were required to be stable for 6 months or have a washout period of 3 months if they had recently discontinued miglustat. They were also needed to have one presenting neurological symptom like NPC-002 and able to walk independently or with assistance. Candidates who had insufficient liver (defined as hepatic labs >3x ULN), renal insufficiency (serum creatinine <1.5x ULN), or patients that did not complete NPC-001 were excluded from the study. A dose of 50-200 mg dosed T.I.D (or 150-600 mg/day) was chosen based on weight, like in the NPC-002.

*Results:* From baseline to 12 months, there was a mean treatment effect of -1.34 (63% relative reduction; p=0.0537), where 1 point of negative change is considered clinically meaningful. *Excluding 3 individuals with double functional null mutations in the*

*arimoclomol treatment group, there was a -1.56 (77% relative reduction; p=0.0242) mean treatment effect.* In a subgroup analysis in patients aged ≥4 years old, there was a -1.75 treatment effect (80%; p=0.0189). Lastly, those *on miglustat as background treatment (39 of 50 patients) showed a -2.01 (101%; p=0.0074) treatment effect.* Interestingly, in an analysis of disease progression, early treatment initiation was shown to have better results compared to delayed start, with 64% reduction vs. extrapolated natural history progression compared to 33% reduction for delayed start (switching from placebo to arimoclomol). This result was compounded for those already on background miglustat, supporting evidence of combination therapy leads to better outcomes. Note that for CGI-I analysis (which failed to meet clinical significance), only 8 patients had baseline assessments, and this endpoint was added after trial start.

**NPC-002 OLE Data Set Showing Mean Treatment Differences in 5 Domain NPC-CSS Between Arms**



Source: Orphazyme

**Arimoclomol Positively Affected Disease Progression and Course**



Source: Orphazyme

Case: 1:21-cv-03640 Document #: 54-8 Filed: 10/06/22 Page 22 of 33 PageID #:1548

***Safety:*** There was a similar rate of AEs in this OLE (as seen in NPC-002) of 88% in the arimoclomol arm and 75% in the placebo arm, with half as many SAEs in the arimoclomol arm (15%) compared to placebo (31%). As mentioned earlier, three patients withdrew from the study in the drug arm: two patients had urticaria/angioedema and one patient had a 2-fold increase in serum creatinine from baseline. Common AEs reported (≤8% of patients) included transient weight decrease in 14.7% of patients and decreased appetite, tremor, or urticaria in 8.8% of patients respectively. Concerns regarding high dosing, especially relevant to other clinical trials for other indications, has been agreed upon with the FDA (up to 400mg T.I.D). There is a notable issue of QT signal concerns (indicated by FDA) which is discussed below. Trial results were published in the Journal of Inherited Metabolic Disease in August 2021.

### Additional Follow-Up Results From The OLE Study Supported Durability Of Efficacy

ORPH presented 24-month interim data from the OLE patients at the Parseghian Scientific Conference for NPC Research in June 2021. After the 1-year blinded NPC-002 study, 41 patients had enrolled into the OLE, of which 33 patients had completed up to 36 months of treatment with arimoclomol as of this update. These patients had a slow progression of disease with a mean change of 3.5 points on the 5D-NPCCSS through the 36 months of the OLE period compared to the modeled mean increase of 5.2 points during the same time period for patients on SOC. ORPH noted the benefit was consistent across all pre-specified subgroups in the study, including patients that were >4 years old and those that were treated with miglustat. The patients who initiated treatment with arimoclomol upon entry to the OLE period also saw a slower progression of their disease over 24 months (mean change of 0.9 points). Safety experience in the OLE period was reportedly consistent with the double-blind trial.

## Opaque Path To US Approval For Arimoclomol In NPC

Note that near the planned date of U.S. IPO of Orphazyme, ORPH received an FDA filing communication on the NDA containing six potential review issues (of which four were previously discussed). These issues encompassed continuing evaluation of the integrity of data, the effect of concomitant miglustat use (with implications for labeling), the proposed primary hypothetical treatment effect to estimate treatment benefit effect, the meaningfulness of one metric (not specified), the timing of submission of the QTc safety trial, and differences in formulations between clinical trials and commercial use. The primary concern of this filing was the QT trial, as the FDA requested additional QTc data (with a deadline of October 1st, 2020) after a potential QT signal was observed in dogs at arimoclomol levels 28x the highest level of human exposure in the Phase 2/3 trial in NPC. The company reported no other clinical evidence of a QT signal and submitted clean data from a thorough QTc study of arimoclomol around YE20.

### Arimoclomol Safety Data Submission In Late 2020 Triggered PDUFA Extension To June 17, 2021

Arimoclomol received an Orphan Drug Designation, Fast Track Designation, Breakthrough Therapy Designation, and a Rare Pediatric Disease Designation from the FDA in NPC and was initially granted a PDUFA date of March 17, 2021.

In late December 2020, ORPH announced the review period of arimoclomol's NDA for NPC had been extended by 3 months by the FDA. This was a standard extension for a major amendment to an NDA, deemed necessary by the agency for a complete regulatory review upon submission of critical new clinical data. The major amendment was most likely the December 22, 2020 submission of clean data from a thorough QTc study of arimoclomol. The NDA retained priority review and eligibility for a Pediatric Rare Disease Priority Review Voucher. A new PDUFA target date was set to June 17,

2021. The company had noted all outstanding information regarding this application was provided to the agency. Management also noted submission of data from a hepatic safety study in November 2020, and data from a renal safety study in the first part of December 2020. ORPH indicated that these data were relatively benign, in-line with prior drug experience and should not represent a barrier to approval. The company also noted there are no further outstanding deliverables to FDA (as discussed in the October mid-cycle review meeting with the agency).

**A Broad Label Was Expected For Arimoclomol In NPC**

In January 2021, Orphazyme underscored their interactions with the FDA were very active and collaborative. No approvability issues were identified, and the late cycle discussion began in April 2021. Importantly, ORPH believed it could potentially receive a broad label for arimoclomol in NPC. We were previously cautious on the possibility of the drug's hepatic and renal safety profile driving some labeling restrictions, specifically restricting use to patients with normal to mildly impaired kidney function and possibly requiring monitoring of liver enzymes. With compelling Phase 2/3 clinical data of arimoclomol in NPC along with the lack of any currently approved therapies for the indication, we believed regulatory approvals were highly likely.

**ORPH Was Launch-Ready As It Neared The PDUFA Date**

For the US, ORPH established its sales force with all conditional hires extended. 20-30 representatives/MSLs had planned to reach 25-50 primary treatment centers, and payor research as well as distribution and specialty pharmacy relationships were being established. We believe the company's seasoned commercial team, led by Molly Painter, was launch-ready ahead of arimoclomol's PDUFA in June 2021. The U.S. EAP was rolling strong with nearly 50 patients identified, 10 recruited (with some already dosed), at roughly 15 sites. Additional advocacy efforts, such as US steering committees and a medical education program, were underway to broaden awareness and increase market uptake for arimoclomol launch upon potential approval.

For EU, a market access plan for Europe begun payor interactions in Germany and the UK. Ongoing discussion with payors, physicians, and the patient community are informing further commercial strategy efforts, and this infrastructure will be used if arimoclomol is approved for other indications. Orphazyme is in agreements with both a specialty pharmacy for patient hub and services as well as a third-party logistics firm for commercial outsourcing. There is a desire to partner with other large biopharma for NPC's ROW reach in Japan, China, the Middle East and Africa, and Canada once the U.S. and E.U regions are completed. ORPH has recently noted that EAPs in Germany (non-revenue) and France (revenue generating) have been opened.

**Arimoclomol NDA Received A CRL In NPC; FDA Not Impressed With The NPCCSS As Primary Pivotal Endpoint**

On June 18, 2021, ORPH disclosed the FDA had granted a CRL to arimoclomol NDA for the treatment of Niemann-Pick disease type C. The agency raised concerns regarding the validity and interpretation of the 5-domain NPC Clinical Severity Scale (NPCCSS), the primary endpoint of the 12-month Phase 2/3 registrational study of arimoclomol in NPC. The 5 domains out of the full 17-domain NPC-CSS aimed to capture changes in ambulation, cognition, fine motor skills, speech and swallowing, as a measure of progression in disease severity and considered to be key aspects of the disease relevant to patients and physicians. The FDA requested additional qualitative and quantitative evidence to substantiate the 5-domain scale, with particular focus on the swallow domain. In addition, the agency requires additional confirmatory data beyond the Phase

2/3 study (that supported the NDA) to characterize the benefit/risk assessment of arimoclomol in NPC.

In our view, the outcome of FDA's review of arimoclomol in NPC was surprising, given the strength of clinical data, high unmet need in NPC and management's comments on positive progress of FDA discussions, The agency's concerns about the primary endpoint used in the Phase 2/3 trial and its request for additional confirmatory evidence in a rare and rapidly progressive disease like NPC raises several questions. We think arimoclomol's regulatory path forward in the US in now unclear.

**In A Constructive Type A Meeting, The FDA Agreed With ORPH's Proposal To Omit The NPCCSS Cognition Domain And Re-Analyze The Primary Endpoint**

At its Type A meeting in late 2021, FDA recommended that ORPH provide additional data and statistical analyses addressing certain topics of the CRL pertaining to the swallow domain. In addition, ORPH proposed the removal of the cognition domain from the 5-domain NPCCSS and submission of a subsequent re-assessment of the primary endpoint of the pivotal Phase 2/3 NPC study using the now 4-point domain. The FDA accepted these proposed steps; however, we expect clarity on the potential resubmission of the NDA only after the agency has received and reviewed the extended data package. ORPH continues to consult several investigators and the NIH to understand and further support the validity of the swallow domain. ORPH has also proposed a new statistical analysis plan to the agency in place of the prior MMRM method and is seeking FDA's alignment. This new stats plan will be used to reevaluate the Phase 2/3 registrational dataset. ORPH expects a Type C meeting with the FDA in 2022 to discuss next steps. ORPH management has noted the Agency has been collaborative and constructive in their discussions on arimoclomol in NPC thus far. In February 2022, Orphazyme announced that it plans to request the FDA for a Type-C meeting in 2Q22 with the aim to resubmit arimoclomol NDA in 2H22.

**ORPH Expects A Positive CHMP Opinion In 1Q22, Potential MAA Approval In 2Q22**

While continuing to work with the FDA on arimoclomol in the US, ORPH is focusing its efforts on a regulatory approval in the EU. ORPH had filed an MAA for arimoclomol in NPC in 4Q20 and received Day 120 questions from CHMP earlier in 2021. The application appears to be progressing through CHMP evaluation based on monthly meeting minutes. The company expects the Committee's opinion in 1Q22 and a potential MAA approval in 2Q22.

**Following The CRL, ORPH Trimmed Its Global Workforce**

ORPH froze all activities unrelated to clinical/regulatory efforts in NPC and reduced two-thirds of its global workforce to conserve cash after receiving the June CRL for its arimoclomol NDA. There were ~100 EAP NPC patients on arimoclomol in the US, Germany and France as of June 30, 2021. The company expects net revenues of DKK 35-37M or $5.4-5.7MM from ATU sales in France in FY21.

**Market Opportunity**

We believe Orphazyme's arimoclomol targets HSPs with a novel mechanism of action and has the potential to effectively upregulate both nonfunctioning chaperone cells and misfolded proteins to prevent lipid accumulation and to repair unfolded proteins respectively. Prior to Orphazyme, there had been limited use of HSP regulation as therapies. The value proposition of addressing these diseases with a novel MOA allows Orphazyme to be focused on its pipeline development and drive value from its lead candidate as well explore other indications as the pipeline matures.

We think arimoclomol will be one of the first drugs to market for NPC in what is a therapeutic area with significant unmet need. The drug could demand competitive pricing of ~$450k annually in the EU. We estimate EU peak sales of $360MM in 2027 assuming the drug candidate is launched in 2022. We currently do not model US sales until we receive further clarity on the next regulatory re-filing steps.

**EU NPC Market Model For Arimoclomol**

| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total E.U. Population ('000) | 455,940 | 465,059 | 474,360 | 483,847 | 493,524 | 503,395 | 513,462 | 523,732 | 534,206 | 544,891 | 555,788 | 566,904 |
| *E.U. Growth Rate* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* | *2%* |
| NPC Pt Prevalence | 1,303 | 1,329 | 1,355 | 1,382 | 1,410 | 1,438 | 1,467 | 1,496 | 1,526 | 1,557 | 1,588 | 1,620 |
| *% of Dx Patients* | *60%* | *60%* | *65%* | *68%* | *70%* | *75%* | *75%* | *75%* | *75%* | *75%* | *75%* | *75%* |
| # of Dx Patients | 782 | 797 | 881 | 940 | 987 | 1079 | 1100 | 1122 | 1145 | 1168 | 1191 | 1215 |
| *% Amenable due to missense mutation* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* | *95%* |
| Amenable NPC pop. | 743 | 757 | 837 | 893 | 938 | 1,025 | 1,045 | 1,066 | 1,087 | 1,109 | 1,131 | 1,154 |
| *% penetration* | | *1%* | *3%* | *25%* | *50%* | *75%* | *85%* | *85%* | *85%* | *85%* | *85%* | *85%* |
| # Treated NPC pts | | 4 | 25 | 223 | 469 | 769 | 888 | 906 | 924 | 943 | 962 | 981 |
| Price ('000) | | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 | $450 |
| *Compliance* | | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* | *90%* |
| **Europe Arimoclomol Revenue in NPC ($MM)** | | **$1.5** | **$10.2** | **$90.4** | **$189.9** | **$311.3** | **$359.8** | **$367.0** | **$374.4** | **$381.9** | **$389.5** | **$397.3** |

Source: Cowen and Company

## Collaborations

In May 2011, Orphazyme entered into an Asset Purchase Agreement with CytRx for preclinical and clinical data, patents and IP rights, and other assets in exchange for an up-front cash payment and future milestone payments, either based on approval for non-ALS/stroke products and ALS/stroke products. Note that Orphazyme agreed to pay CytRx ~10-15% royalty on net sales for ALS/stroke products, and ~3-8% royalty for all other products containing compounds purchased from CytRx.

In September 2019, Orphazyme entered into an exclusive license agreement with the University of Miami of a global royalty-bearing exclusive license to all information and data generated by the university, as well as Emory University and Massachusetts General Hospital, for a Phase 2 trial of arimoclomol in ALS with A4V SOD1 mutation. For any milestones involving the use of these results, Orphazyme agreed to make milestone payments and ~1-4% royalty payments.

In October 2017, the company entered into a license agreement with the University of Kansas and ULC Business PLC (subsidiary of University College London Ltd.) for a similar global royalty-bearing exclusive license for information and data for the Phase 2/3 trial of arimoclomol in sIBM. The University of Kansas initiated the trial in August 2017 via an FDA grant and transferred sponsorship to Orphazyme in December 2017. Orphazyme will pay an aggregated royalty of ~1-4% on net sales related to the treatment of sIBM with arimoclomol using this data, and while there are no milestone cash payments, the company will issue bonus shares up to a value of $2.5MM for the lifespan of the agreement (10 years after the first commercial sale of a licensed product). Note that Orphazyme shares 10 of their 43 pending patent applications with UCL Business Ltd. in geographies of the U.S., Europe, Canada, and Japan.

## Manufacturing

Orphazyme does not currently and is not planning to manufacture drug in-house. cGMP regulations are overseen and implemented at the company's manufacturing organizations (CMOs) and operate under a Quick-to-Care program with Patheon by

Thermo Fisher Scientific. Patheon manufactures both the arimoclomol citrate active ingredient and capsules and have been successfully validated and approved for CMC regulations. Due to an issue with formulation deflagration during transportation, Orphazyme expects no issues in transferring manufacturing process between CMOs for commercial production.

## Intellectual Property

Orphazyme is in the process of securing patents for arimoclomol as well as maintaining their current IP. They have method of use patents in NPC and Gaucher Disease expiring in 2029 (with a possible extension to 2032 in the US and 2034 in the EU). While their ALS and sIBM programs have been discontinued, they have a method of use patent in ALS expiring in 2024. Orphazyme owns 10 families of US and foreign patent applications, with ~43 pending patents for arimoclomol. These families of patents are primarily second medical use patents regarding the protein interaction of Hsp70 as a mechanism to upregulate enzymatic activity, as well as arimoclomol's Extended-Release formulation and ability to treat GBA-associated disorders, among other medical uses. They are also in in-license agreements with CytRx, the University of Miami, University of Kansas, and University College London.

**Orphazyme IP**

| Program | Pending Patent Applications | Patent Rights Pertaining | Expected Expiration |
|---|---|---|---|
| Arimoclomol in NPC & GD | | 1) Method of Use | 2029-2032/2034 in US/EU |

Source: Cowen and Company

## Management

Orphazyme's strong management team is backed by individuals with combined decades of experience both in clinical development and commercialization. Thomas Kirkegaard Jensen founded Orphazyme via a pre-seed grant from Novo Seeds and changed roles to CSO to focus on building the academic and clinical foundation of Orphazyme for the past decade. CEO Christophe Bourdon joined in April 2021 after launching and commercializing rare and non-rare disease drugs at AMGN and ALXN. In January 2022, ORPH announced that CEO Bourdon will resign from the company and effective April 1, 2022, CFO Anders Vadsholt will become the new CEO of the company. Anders Vadsholt joined as ORPH's CFO in May 2016 with over a decade of investing and corporate finance experience. Note that Anders Hinsby co-founded Orphazyme with Thomas Jensen and served as CEO from founding until September 2019, following which he left the company for other ventures.

**Orphazyme Management Team**

| Name | Role | Joined Orphazyme | Previous Experience |
|---|---|---|---|
| Christophe Bourdon | Chief Executive Officer | April 2021 | Senior VP, General Manager, US Oncology at Amgen<br>Senior VP (CEMEA) at Alexion |
| Anders Vadsholt | Chief Financial Officer | May 2016 | Partner at Alpha Healthcare Investments ApS<br>Chief Executive Officer of Topotarget A/S |
| Thomas Kirkegaard Jensen | Chief Scientific Officer | June 2009 | Co-Founder of Orphazyme<br>Vice Chairman of the Orphan Disease Council |

Source: Cowen and Company

## Financials

ORPH previously reported a net loss of ~$74MM in 1H21, ending period with ~$53MM in cash. R&D was $42MM (+24% over 2H20) primarily driven by clinical activities in ALS/IBM ahead of negative trial readouts. SG&A was $34MM (+19% over 2H20) driven by commercial team expansion, which has likely been offset going forward by workforce reductions at the end of June 2021. ORPH's 2021 annual report is scheduled for March 15, 2022.

**Orphazyme P&L ($MM)**

| | 2018A | 2019A | 2020A | H1:21A | H2:21E | 2021E | H1:22E | H2:22E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arimoclomol Revenue in NPC (EU) | | | | 2.1 | 2.8 | 4.9 | 0.6 | 0.9 | 1.5 | 10.2 | 90.4 | 189.9 | 311.3 | 359.8 |
| Collaborative and Grant Revenue | | | | | | | | | | | | | | |
| **Total Revenue** | **0.0** | **0.0** | **0.0** | **2.1** | **2.8** | **4.9** | **0.6** | **0.9** | **1.5** | **10.2** | **90.4** | **189.9** | **311.3** | **359.8** |
| COGS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 3.6 | 13.3 | 24.9 | 28.8 |
| R&D | 31.4 | 43.0 | 59.4 | 42.3 | 19.1 | 61.4 | 13.3 | 10.7 | 24.0 | 25.2 | 25.7 | 26.2 | 26.8 | 27.3 |
| SG&A | 5.6 | 7.6 | 40.6 | 34.3 | 17.1 | 51.4 | 13.7 | 12.3 | 26.0 | 28.1 | 30.9 | 34.0 | 37.4 | 41.2 |
| **Total Expenses** | **37.1** | **50.7** | **100.0** | **76.6** | **36.2** | **112.8** | **27.1** | **23.0** | **50.1** | **53.7** | **60.3** | **73.6** | **89.1** | **97.3** |
| **Operating Income/Loss** | **(37.1)** | **(50.7)** | **(100.0)** | **(74.5)** | **(33.4)** | **(107.9)** | **(26.5)** | **(22.1)** | **(48.6)** | **(43.6)** | **30.1** | **116.3** | **222.2** | **262.6** |
| Other Non-Operating Income (expenses) | 0.0 | (1.1) | (4.4) | 1.0 | | 1.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest income (expense) | (3.5) | 0.0 | 0.0 | (1.1) | | (1.1) | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Pre-tax Income/Loss** | **(40.5)** | **(51.7)** | **(104.4)** | **(74.6)** | **(33.4)** | **(108.0)** | **(26.5)** | **(22.1)** | **(48.6)** | **(43.6)** | **30.1** | **116.3** | **222.2** | **262.6** |
| Provision for income taxes (benefit) | (0.9) | (0.8) | (0.3) | (0.4) | 0.0 | (0.4) | 0.0 | 0.0 | 0.0 | (0.9) | 0.9 | 5.8 | 15.6 | 26.3 |
| Foreign exchange | 0.0 | 0.0 | 0.1 | 0.0 | | 0.0 | | | 0.0 | | | | | |
| **Net Income (Loss)** | **(39.6)** | **(50.9)** | **(104.0)** | **(74.2)** | **(33.4)** | **(107.6)** | **(26.5)** | **(22.1)** | **(48.6)** | **(42.7)** | **29.2** | **110.5** | **206.6** | **236.3** |
| **GAAP EPS (USD)** | **($1.99)** | **($2.54)** | **($3.67)** | **($2.13)** | **($0.95)** | **($3.07)** | **($0.75)** | **($0.63)** | **($1.38)** | **($1.16)** | **$0.74** | **$2.60** | **$4.45** | **$4.63** |
| NoSH | 19.9 | 20.0 | 28.4 | 34.9 | 35.3 | 35.1 | 35.1 | 35.1 | 35.1 | 36.8 | 39.4 | 42.6 | 46.4 | 51.0 |

Source: Cowen and Company

**Orphazyme R&D Pipeline**

| Therapeutic Class/Product | Indication | P-C | I | II | III | FILING | MKT | Comments |
|---|---|---|---|---|---|---|---|---|
| **Skeletal Muscle Disorders** | | | | | | | | |
| Arimoclomol | Niemann Pick Type C | | | | | • | | CRL in the US; CHMP opinion due 1Q22 |
| **Total Drugs In Development** | | **0** | **0** | **0** | **0** | **1** | **0** | |
| **Copenhagen, Denmark** | **Contact:** Anders Vadsholt, CFO, afv@orphazyme.com | | | | | | | |

Source: Cowen and Company

COWEN

EQUITY RESEARCH                                   February 2022

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| ORPH | Orphazyme A/S |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Orphazyme A/S securities.

Cowen and Company, LLC managed or co-managed a public offering of Orphazyme A/S in the past 12 months.

Cowen and Company, LLC received compensation for investment banking services from Orphazyme A/S in the past 12 months.

Cowen and Company, LLC and/or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from Orphazyme A/S.

Orphazyme A/S is or has been in the past 12 months a client of Cowen and Company, LLC; Cowen and Company, LLC has provided or is providing investment banking services during the past 12 months.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic

**COWEN**
EQUITY RESEARCH                                   February 2022

and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Copyright, User Agreement and other general information related to this report**

© 2022 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 694 | 72.14% | 227 | 32.71% |
| Hold (b) | 260 | 27.03% | 24 | 9.23% |
| Sell (c) | 8 | 0.83% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

**COWEN**

EQUITY RESEARCH                                    February 2022



### Orphazyme A/S Rating History as of 02/23/2022
powered by: BlueMatrix

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**

EQUITY RESEARCH                                                              February 2022

## COWEN ESG SCORES

### HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

### UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS



### HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

### WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

### DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

**COWEN**
EQUITY RESEARCH

February 2022



**Orphazyme A/S (ORPH) ESG Score History as of 02/25/2022**

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.

Source: Truvalue Labs

**COWEN**
EQUITY RESEARCH                                                February 2022

## POINTS OF CONTACT

### Analyst Profiles



**Ritu Baral**

New York

646 562 1379

ritu.baral@cowen.com

Ritu Baral is a senior analyst covering the biotechnology sector. She joined Cowen in 2014, having previously worked at Canaccord.

**Anvita Gupta, Ph.D.**

New York

646 562 1325

anvita.gupta@cowen.com

Anvita Gupta is a research associate covering the biotech sector. Previously, she was a biotech associate at Guggenheim Securities.

### Reaching Cowen

#### Main U.S. Locations

**New York**

599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**

Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**

20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**

One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**

3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**

181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**

262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**

2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

#### International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 COWENRESEARCH

 COWEN

 COWEN INC.