**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Marko Busic, Individually and On Behalf of All Others Similarly Situated, | ) ) ) Case No. 21-CV-03640 ) |
| Plaintiff, | ) ) ) |
| v. | ) ) HONORABLE JOHN F. KNESS ) |
| Orphazyme A/S, et al., | ) ) ) |
| Defendants. | ) **JOINT MOTION TO VACATE** ) **DEADLINES AND STAY PROCEEDINGS** ) **PENDING DOCUMENTATION OF** ) **SETTLEMENT** ) ) ) ) ) |

Lead Plaintiff Marko Busic and additional named Plaintiff Adil Sheikh ("Plaintiffs"), and Defendants Orphazyme A/S, Christophe Bourdon, Anders Vadsholt, Kim Stratton, Thomas Blaettler, Molly Painter, Georges Gemayel, Bo Jesper Hansen, Martin Bonde, Rémi Droller, Sten Verland, Martijn Kleijwegt, Anders Hedegaard, Catherine Moukheibir, and Carrolee Barlow (collectively, "Defendants" and with Plaintiffs, "the Parties"), hereby notify the Court that they have reached an agreement to settle this Action in its entirety, and jointly move to vacate all deadlines and conferences, stay proceedings, and terminate without prejudice pending motions while they document that settlement. In support of this motion, the Parties state as follows:

1. On April 7, 2023, the Parties reached an agreement in principle to settle this Action in its entirety, and signed a term sheet reflecting that agreement. The Parties expect to fully document the settlement by April 28, 2023, and Plaintiffs expect to seek preliminary approval by May 12, 2023.

2.     Accordingly, the Parties jointly request that the Court vacate all litigation deadlines and conferences, stay proceedings and terminate without prejudice all pending motions while they document the settlement.

Dated:  April 10, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*
Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  jbsilverman@pomlaw.com
        ojafri@pomlaw.com
        boconnell@pomlaw.com

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

*Lead Counsel for Plaintiffs*

**COOLEY LLP**

*/s/ Matthew L. Kutcher*
Matthew L. Kutcher

2

444 W. Lake Street, Suite 1700
Chicago, IL 60606
Tel: (312) 881-6645
mkutcher@cooley.com

Aric H. Wu
Patrick J. Hayden
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
ahwu@cooley.com
phayden@cooley.com

***Attorneys for Defendants Orphazyme A/S, Carrolee Barlow, Thomas Blaettler, Martin Bonde, Christophe Bourdon, Rémi Droller, Georges Gemayel, Bo Jesper Hansen, Anders Hedegaard, Martijn Kleijwegt, Catherine Moukheibir, Molly Painter, Kim Stratton, Anders Vadsholt, and Sten Verland***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 10, 2023, I served counsel of record for Defendants with a copy of Joint Motion To Vacate Deadlines And Stay Proceedings Pending Documentation of Settlement, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 10, 2023 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell
