**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Marko Busic ("Busic") and additional Plaintiff Adil Sheikh ("Sheikh") (together, the "Plaintiffs"), hereby move this Court for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the proposed Settlement Class for purposes of effectuating the Settlement; (iii) preliminarily approving the Plan of Allocation; (iv) approving the proposed form and manner of Notice; and (v) scheduling a final approval Hearing.

As is more fully set forth in the accompanying Memorandum of Law, the Settlement satisfies each of the legal requirements for preliminary approval and issuance of notice under Rule 23(e) of the Federal Rules of Civil Procedure and the precedent of this Circuit, and the

proposed Settlement Class meets all of the requirements for certification under Rules 23(a) and

(b)(3) of the Federal Rules of Civil Procedure. Defendants do not oppose the relief requested in

this Motion.

 Dated:   May 12, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  jbsilverman@pomlaw.com
        ojafri@pomlaw.com
        boconnell@pomlaw.com

*Lead Counsel for Plaintiffs*

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:     212-697-7296
Email: eitank@bgandg.com

*Additional Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2023, I served a copy of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on May 12, 2023.

*/s/ Brian P. O'Connell*
Brian P. O'Connell