**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARKO BUSIC and ADIL SHEIKH,
*individually and on Behalf of All Others
Similarly Situated*,

Plaintiffs,

v.

ORPHAZYME A/S, CARROLEE BARLOW
THOMAS BLAETTLER, MARTIN BONDE,
CHRISTOPHE BOURDON, RÉMI
DROLLER, GEORGES GEMAYEL, BO
JESPER HANSEN, ANDERS HEDEGAARD,
MARTIJN KLEIJWEGT, CATHERINE
MOUKHEIBIR, MOLLY PAINTER, KIM
STRATTON, ANDERS VADSHOLT, and
STEN VERLAND,

Defendants.

Case No. 1:21-CV-03640

Judge John F. Kness

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, Brian P. O'Connell, declare: I am a member of the Bar of the States of Illinois and

California and am qualified and authorized to appear before this Court in the above-captioned

matter.

I am an associate at the law firm of Pomerantz LLP, counsel representing Lead Plaintiff

Marko Busic and Plaintiff Adil Sheikh in the above-captioned matter. I submit this declaration

based upon personal knowledge of which I am competent to testify in connection with Plaintiffs'

Unopposed Motion for Preliminary Approval of Settlement:

Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement

executed on April 28, 2023.

The Stipulation includes the following attachments:

- Exhibit 1-A: [Proposed] Preliminary Approval Order
- Exhibit 1-B: [Proposed] Order and Final Judgment
- Exhibit 1-C: Publication Notice and Proposed Settlement of Class Action
- Exhibit 1-D: Notice of Proposed Settlement of Class Action, Motion For Attorneys' Fees and Expenses, and Settlement Fairness Hearing
- Exhibit 1-E: Post-Card Notice of Proposed Settlement of Class Action
- Exhibit 1-F: Proof of Claim and Release Form

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of May, 2023 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## CERTIFICATE OF SERVICE

I hereby certify that, on May 12, 2023, I served a copy of the Declaration of Brian P. O'Connell in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on May 12, 2023.


*/s/ Brian P. O'Connell*
Brian P. O'Connell