# Exhibit 1-C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>            Plaintiffs,<br><br>        v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>            Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

**TO:   ALL PERSONS WHO PURCHASED, OR OTHERWISE ACQUIRED, THE AMERICAN DEPOSITARY SHARES ("ADS") OF ORPHAZYME A/S ("ORPHAZYME") (NASDAQ: ORPH) IN ITS SEPTEMBER 2020 INITIAL PUBLIC OFFERING ("IPO") OR BETWEEN SEPTEMBER 29, 2020 AND NOVEMBER 4, 2021, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of Illinois, that a hearing will be held on _____, 2023, at __:__ _.m. before the Honorable John F. Kness, United States District Judge, at the courthouse for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration in the amount of two million five hundred thousand dollars ($2,500,000.00) should be approved by the Court as fair, reasonable, and adequate; (2) whether the Plan of Allocation is fair and reasonable, and should be approved; (3) whether Lead Counsel's application for an award of attorneys' fees of up to one third (33 1/3%), and reimbursement of out-of-pocket

expenses of not more than one hundred thousand dollars ($100,000.00) plus interest on such fees and expenses, and compensatory awards for Plaintiffs of not more than seven thousand and five hundred dollars ($7,500.00) each, all to be paid from the Settlement Fund, should be approved; and (4) whether this Action should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement dated April 28, 2023 (the "Stipulation") filed with the Court.

You are receiving this Notice because the Court has certified a class of investors for settlement purposes only ("Settlement Class") and you may be a member of the Settlement Class ("Settlement Class Member"). The proposed Settlement Class will consist of all persons or entities who (i) purchased or otherwise acquired Orphazyme's ADS's pursuant and/or traceable to Orphazyme's Registration Statement issued in connection with its September 2020 IPO; and/or (ii) purchased or otherwise acquired Orphazyme's ADS between September 29, 2020 and November 4, 2021, both dates inclusive. Excluded from the Settlement Class are Defendants; members of their immediate families and their affiliates; any entity in which any Defendant had a controlling interest during the Settlement Class Period; any person who served as an officer or director of Orphazyme during the Settlement Class Period; and the successors, heirs, and assigns of any excluded person.

If you purchased or acquired Orphazyme ADS in the IPO or during the Settlement Class Period, your rights may be affected by this Action and the Settlement thereof, including the release and extinguishment of claims you may possess relating to your ownership interest in Orphazyme ADS. If you have not received a more-detailed, long-form Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice") and the Proof of Claim and Release Form, you may obtain copies of these documents and the Stipulation by downloading them at the Settlement website at: www.orphsecuritieslitigation.com. If you are unable to do so, you may contact the Claims Administrator to obtain copies:

*Busic v. Orphazyme A/S*
c/o A.B. Data. Ltd.
P. O. Box 173018
Milwaukee, WI 53217

The case has been litigated since July 2021. Plaintiffs allege that, in violation of the U.S. federal securities laws, Defendants made material misrepresentations and omissions of material fact in public statements to investors concerning Orphazyme's only drug candidate, arimoclomol. Defendants have denied and continue to deny these allegations and that they committed any act or omission giving rise to any liability or violation of the law. The Settlement will resolve the lawsuit and the Released Claims as to the Defendants and other Released Parties. Plaintiffs and the Settlement Class are represented by Lead Counsel who may be reached by contacting: Omar Jafri, Pomerantz LLP, 10 S. LaSalle Street, Suite 3505, Chicago, IL 60603, (312) 377-1181.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form received no later than _____, 2023, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any Judgment rendered in the Action whether or not you make a claim.

2

If you want to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion, in accordance with the procedures set forth in the long-form Notice, so that it is received no later than _____, 2023. If you decide to exclude yourself from the Settlement Class and wish to file your own individual lawsuit based on the Released Settlement Class Claims, Defendants may argue that you face a time bar under applicable statutes of limitation or repose, risks that you should discuss with an appropriate legal advisor. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any Judgment entered in the Action pursuant to the Settlement Stipulation.

If you are a Settlement Class Member and do not exclude yourself, you can object to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and compensatory award to Plaintiffs in the manner and form explained in the detailed Notice and received no later than _____, 2023.

Any questions regarding the Settlement should be directed to Lead Counsel for the Settlement Class.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: _____     BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

3