# Exhibit 1-E

Busic v. Orphazyme A/S
c/o A.B. Data. Ltd.
P. O. Box 173018
Milwaukee, WI  53217

[Postage Prepaid]

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class
Action Settlement.**

**You may be entitled to a CASH payment.
This Notice may affect your legal rights.
Please read it carefully.**

*Busic v. Orphazyme A/S, et al.*, Case No. 21-cv-
03640

Name
Address
City, State
Zip

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
PLEASE VISIT WWW.ORPHSECURITIESLITIGATION.COM FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against Orphazyme A/S ("Orphazyme") and certain executives and directors of Orphazyme (collectively, "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about Orphazyme's regulatory communications with the U.S. FDA, in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Orphazyme American Depositary Shares ("ADS") in its initial public offering, or between September 29, 2020 and November 4, 2021, inclusive, and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $2,500,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.orphsecuritieslitigation.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Orphazyme ADS. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.12 per eligible share before expenses and other Court-ordered deductions. Your award will be your *pro rata* share of the Net Settlement Fund as further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.orphsecuritieslitigation.com, or will be mailed to you upon request to the Claims Administrator (800-918-9014). **Claim Forms must be postmarked by _____**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus actual expenses up to $100,000 for litigating the case and negotiating the Settlement, which may include reimbursement of Plaintiffs' costs and expenses related to their representation of the Settlement Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (800-918-9014) or visit the website www.orphsecuritieslitigation.com and read the detailed Notice.