# Exhibit 1-F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>    Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness |

## PROOF OF CLAIM AND RELEASE FORM

### A. GENERAL INSTRUCTIONS & INFORMATION

1.    You are urged to read carefully the accompanying Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expense, and Settlement Fairness Hearing (the "Notice").

2.    To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release Form (the "Proof of Claim").  However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

**3.    Your completed and signed Proof of Claim must be received on or before _____, 2023, addressed to the Claims Administrator at:**

Orphazyme Securities Litigation
Claims Administrator
c/o A.B. Data, Ltd.
P.O. Box 173018
Milwaukee, WI 53217

4.    If you are a member of the Settlement Class and you do not timely request exclusion, you will be bound by the terms of any judgment entered in the Action.

5.    If you are **not** a member of the Settlement Class, **do not** submit a Proof of Claim.

    **6.**    **For help completing this Proof of Claim, please contact the Claims Administrator.**

## B. INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM FORM

**Important additional information regarding the Settlement and this Proof of Claim is contained in the Notice posted on the Claims Administrator's website, www.orphsecuritieslitigation.com. Please refer to the Plan of Allocation set forth in the Notice for a detailed explanation of how a Claimant's Recognized Loss will be calculated.**

1.    To be eligible to participate in the distribution of the Net Settlement Fund, a claimant ("Claimant") must have purchased, or otherwise acquired, the American Depositary Shares of Orphazyme A/S (NASDAQ: ORPH) (i) pursuant and/or traceable to Orphazyme's Registration Statement issued in connection with its September 2020 initial public offering ("IPO"); and/or (ii) between September 29, 2020 and November 4, 2021, both dates inclusive (the "Settlement Class Period").

2.    The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3.    All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of Orphazyme ADS. (Brokerage firms, banks and other nominees are requested to transmit copies of the Notice and this Proof of Claim to their present or former customers who were such beneficial owners). If the Orphazyme ADS was owned jointly, all joint owners must complete and sign the Proof of Claim.

4.    Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.,* powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5.    You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, or a custodial account, etc. Joint tenants, co-owners, or custodians UGMA should file a single claim. Claimants who file one or more claims (*e.g.,* one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6.    The date of purchase and/or sale of Orphazyme ADS is the "trade" date and not the "settlement" date.

7.    The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

8.    Exercise of option contracts will be considered to be purchases or sales of Orphazyme ADS. Option premiums will be incorporated into the purchase/sale price of the ADS accordingly.

9.    The date of covering a "short sale" is deemed to be the date of purchase of Orphazyme ADS; and the date of a "share sale" is deemed to be the date of sale of Orphazyme ADS. ADS originally sold short will have a Recognized Loss of zero.

10.  No cash payment will be made on a claim where the potential distribution is less than twenty dollars ($20.00).

11.  You must attach to your claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in Orphayzme ADS for your claim to be valid. If such documents are not available, a complete list of acceptable supporting documentation can be found on the Claims Administrator's website: www.orphsecuritieslitigation.com. Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

12. If your trading activity during the Settlement Class Period exceeds 50 transactions, you must provide all purchase and sale information required in the Schedule of Transactions in an electronic file. For a copy of instructions and the parameters concerning an electronic submission, contact the Claims Administrator by phone: 800-918-9014, via email: info@orphsecuritieslitigation.com, or via the website: www.orphsecuritieslitigation.com.

14. If you have questions or need additional Proofs of Claim, contact the Claims Administrator via the information in the preceding paragraph. You may make photocopies of this form.

*Busic v. Orphayzme, Inc.*

## PROOF OF CLAIM

*The Claims Administrator must receive this form no later than _____, 2023.*

**C. CLAIMANT IDENTIFICATION** *(Please Type or Print)*

_____
Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____
Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____
Street Address

_____     _____  _____
City                                                                              State                          Zip Code

_____     _____
Foreign Province / Country                              Social Security or Taxpayer Identification Number

Specify <u>one</u> of the following:

□ Individual(s)          □ Corporation          □ UGMA Custodian          □ IRA

□ Partnership          □ Estate          □ Trust          □ Other: _____

_____     _____ (Day) _____ _____ (Evening)
Area Code      Telephone Number                              Area Code          Telephone Number

_____     _____
Facsimile Number                                              E-Mail Address

_____
Record Owner's Name and Address *(if different from beneficial owner listed above)*

_____

**D. SCHEDULE OF TRANSACTIONS IN ORPHAYZME'S ADS**

_____        _____
Name                                                                    Social Security or Taxpayer Identification Number

1. List each and every **purchase** of Orphazyme ADS during the period September 29, 2020 **through** November 4, 2021, inclusive, and provide the following information *(must be documented):*

| Purchase Date *(list chronologically)* Month/Day/Year | Number of Securities Purchased | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Purchase Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |

2. Separately list each and every **sale** of Orphazyme ADS during the period September 29, 2020 **through** November 4, 2021, inclusive, and provide the following information *(must be documented):*

| Sale Date *(list chronologically)* Month/Day/Year | Number of Securities Sold | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Sale Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |
| ___/___/___ | | $ | $ |

3. State the total number of Orphazyme ADS owned at the close of trading on November 4, 2021 long or short *(if none, enter "0"; if other than zero, must be documented):*

**If you need additional space, attach the required information on separate, numbered sheets in the same format as above and print your name and Social Security or Taxpayer Identification number at the top of each additional sheet.**

**YOU MUST ALSO READ THE RELEASE AND SIGN THE CERTIFICATION
OR THE W-8 CERTIFICATION BELOW**

**E. SUBMISSION TO JURISDICTION OF THE COURT**

By submitting this Proof of Claim Form and Release, I/we, and every Settlement Class Member I/we represent, submit to the jurisdiction of the United States District Court for the Northern District of Illinois for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation of Settlement (the "Stipulation"). I/We further agree to be bound by the orders of the Court, agree that this Proof of Claim Form, my/our status or the status of the Settlement Class Member I/we represent as a Claimant, and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

**F. RELEASE**

1. By signing this Proof of Claim and Release Form, and in consideration of the establishment of the Settlement Consideration, as of the effective date thereof, the undersigned claimant ("Claimant") on behalf of himself/herself/itself, his/her/its successors, heirs, executors, administrators, predecessors, and assigns, hereby releases and forever discharges (a) Defendant Orphazyme A/S, (b) Defendant Christophe Bourdon, (c) Defendant Anders Vadsholt, (d) Defendant Kim Stratton, (e) Defendant Thomas Blaettler, (f) Defendant Molly Painter, (g) Defendant Georges Gemayel, (h) Defendant Bo Jesper Hansen, (i) Defendant Martin Bonde, (j) Defendant Rémi Droller, (k) Defendant Sten Verland, (l) Defendant Martijn Kleijwegt, (m) Defendant Anders Hedegaard, (n) Defendant Catherine Moukheibir, (o) Defendant Carrolee Barlow, (p) each Defendant and his, her or its respective past, present or future directors, officers, employees, parents, partners, members, principals, agents, owners, fiduciaries, shareholders, related or affiliated entities, subsidiaries, divisions, accountants, auditors, attorneys, associates, consultants, advisors, insurers, co-insurers, reinsurers, trustees, estates, beneficiaries, administrators, foundations, underwriters, banks or bankers, personal or legal representatives, divisions, joint ventures, spouses, domestic partners, family members, heirs, executors, or any other person or entity acting or purporting to act for or on behalf of any of the Defendants, and each of their respective predecessors, successors and assigns, and any trusts for which any of them are trustees, settlors, or beneficiaries, (q) all other current and former officers and directors of Orphazyme, (r) all other employees of Orphazyme, and (s) any persons or entities listed on the Settlement Exclusion List, as defined in the Stipulation (altogether the "Released Parties"), from any and all claims and causes of action of every nature and description, whether known or unknown, whether arising under federal, state, local, common, statutory, administrative or foreign law, or any other law, rule or regulation, at law or in equity, whether class or individual in nature, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, that Plaintiffs or any other member of the Settlement Class: (i) asserted in *Busic v. Orphazyme A/S, et al.*, No. 1:21-cv-03640 (N.D. Ill.) (the "Action"); or (ii) could have asserted in any court or forum that arise out of or are based on the allegations, transactions, facts, matters, occurrences, representations, or omissions in any of Plaintiffs' pleadings in the Action and that relate to the purchase or acquisition of shares of Orphazyme ADS (a) pursuant and/or traceable to Orphazyme's Registration Statement issued in connection with its September 2020 IPO; and/or (b) during the Settlement Class Period (the "Released Settlement Class Claims"). The Released Settlement Class Claims exclude any claims relating to the enforcement of the Settlement.

2. Conversely, Defendants and the other Released Parties, on behalf of themselves, their successors, heirs, executors, administrators, and assigns, hereby fully, finally, and forever release, relinquish, and discharge any and all claims or causes of action of every nature and description, whether known or unknown, whether asserted or unasserted, whether arising under federal, state, local, common, statutory, administrative or foreign law, or any other law, rule or regulation, at law or in equity, whether class or individual in nature, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants, including without limitation any claims under Fed. R. Civ. P. 11, except for claims relating to the enforcement of the Settlement (the "Released Defendant Claims").

3. For purposes of these release provisions, "Unknown Claims" means and includes (i) any and all Released Settlement Class Claims that Plaintiffs or any Settlement Class Member do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties which, if known by him, her or it, might have affected his, her or its decision(s) with respect to the Settlement; and (ii) any and all Released Defendant Claims that any Defendant or other Released Party does not know or suspect to exist in his, her, or its favor, which if known by him, her, or it might have affected his, her, or its decision(s) with respect to the Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment, shall have, expressly waived, the provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides: "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party." The Parties acknowledge, and Settlement Class Members and the other Released Parties by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Settlement Class Claims and Released Defendant Claims was separately bargained for and was a key element of the Settlement.

## G. REPRESENTATIONS

I/We acknowledge that I/we have read the Notice, and that pursuant thereto I/we file this claim to participate in the Settlement.

I/We hereby warrant and represent that neither I/we, nor any person I/we represent, is a Defendant (as defined in the Notice) with respect to any of the claims asserted in the Action, a member of the immediate family of any of the Defendants, or anyone excluded from the Settlement Class as it is defined in the Stipulation, or a person or entity who has requested exclusion from the Settlement Class.

I/We hereby warrant and represent that I am/we are authorized to execute and deliver this Proof of Claim and Release Form.

## H. CERTIFICATION

I/We certify that I am/we are not subject to backup withholding. **(If you have been notified by the IRS that you are subject to backup withholding, strike out the previous sentence.).**

**I/We certify that I/we purchased Orphazyme ADS listed in the above Schedule during the period between September 29, 2020 and November 4, 2021 both dates inclusive.**

I/We declare and affirm under penalties of perjury that the foregoing information and the documents attached hereto, including the Social Security or Taxpayer Identification Number shown on this Proof of Claim, are true, correct and complete to the best of my/our knowledge, information and belief, and that this Proof of Claim was executed this _____ day of _____, 202_ in:

_____

(City)                                    (State/Country)


_____                          _____

Signature of Claimant                              Signature of Joint Claimant, if any


_____                          _____

(Print your name here)                             (Print your name here)

_____

_____
Signature of Person signing on behalf of
Claimant

_____
(Print your name here)

_____
Capacity of person signing on behalf of
Claimant, if other than an individual,
(Executor, President, Custodian, etc.)

**SUBSTITUTE FORM W-8:** IF YOU ARE NOT A RESIDENT OR CITIZEN OF THE UNITED STATES, COMPLETE THE FOLLOWING:

Permanent residence (principal office if a corporation)

If your claim is connected with a trade or business conducted in the U.S., please provide the name and address of your U.S. business, the type of business, and the Federal Tax Identification Number of the U.S. business.

_____
Name of U.S. Business

_____
Address of U.S. Business

_____        _____
Type of Business                                  Tax Identification Number

    **W-8 Certification:** Under the penalties of perjury, I certify that the information provided above is true, correct and complete.

    Signature(s) _____   Date: _____

               _____   Date: _____

_____

**THIS SPACE INTENTIONALLY LEFT BLANK**

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT
AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

**Reminder Checklist:**

1. Remember to sign the above Release and Certification (or W-8 Certification).

2. Remember to attach only **copies** of acceptable supporting documentation, a complete list of which can be found on the Claims Administrator's website at https://www.abdata.com.

3. Do not send originals of stock certificates.

4. Keep copies of the completed claim form and documentation for your own records.

5. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent. **You will bear all risks of delay or non-delivery of your claim.**

6. If your address changes in the future, or if these documents were sent to an old or incorrect address, please send us **written** notification of your new address.

If you have questions or concerns regarding your claim, please contact the Claims Administrator at:

Orphazyme Securities Litigation
Claims Administrator
c/o A.B. Data, Ltd.
P.O. Box 173018
Milwaukee, WI 53217