**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARKO BUSIC and ADIL SHEIKH,
*individually and on Behalf of All Others
Similarly Situated*,

Plaintiffs,

v.

ORPHAZYME A/S, CARROLEE BARLOW
THOMAS BLAETTLER, MARTIN BONDE,
CHRISTOPHE BOURDON, RÉMI
DROLLER, GEORGES GEMAYEL, BO
JESPER HANSEN, ANDERS HEDEGAARD,
MARTIJN KLEIJWEGT, CATHERINE
MOUKHEIBIR, MOLLY PAINTER, KIM
STRATTON, ANDERS VADSHOLT, and
STEN VERLAND,

Defendants.

Case No. 1:21-CV-03640

Judge John F. Kness

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND FOR
ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION
EXPENSES, AND REIMBURSEMENT AWARDS TO PLAINTIFFS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Marko

Busic ("Busic") and additional Plaintiff Adil Sheikh ("Sheikh") (together, the "Plaintiffs"),

respectfully move for an Order: (1) finally approving the proposed Class Action Settlement as

set forth in the Stipulation and Agreement of Settlement dated April 28, 2023; (2) approving the

Plan of Allocation for the Net Settlement Fund; (3) certifying the proposed Class for settlement

purposes only, appointing Plaintiffs as class representatives and Plaintiffs' Lead Counsel as Class

Counsel; (4) awarding attorneys' fees to Lead Counsel in the amount of 33 1/3% of the

Settlement Amount, plus interest; (5) granting reimbursement of $73,826.78 in litigation expenses; and (6) awarding reimbursement to each Plaintiff in the amount of $7,500.

Filed herewith in support of this motion are the supporting memoranda of law in support of the Settlement and for attorneys' fees, and the Declaration of Omar Jafri in support of the Settlement and attorneys' fees, with accompanying exhibits.

The form of the proposed Order and Judgment Granting Final Approval of Class Action Settlement ("proposed Final Order") was attached as Exhibit 1-B to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 71-3), and an updated proposed Final Order will be submitted with Lead Counsel's Reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed. Defendants do not oppose the motion for final approval of the Settlement, and they take no position on Lead Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Reimbursement Awards to Plaintiffs.

Dated: January 17, 2024

Respectfully submitted,

**POMERANTZ LLP**

_/s/ Omar Jafri_

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
ojafri@pomlaw.com
boconnell@pomlaw.com

3

*Lead Counsel for Plaintiffs*

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:     212-697-7296
Email: eitank@bgandg.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2024, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on January 17, 2024

*/s/ Omar Jafri*
Omar Jafri