**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness<br><br>**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Brian P. O'Connell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney licensed to practice in the State of Illinois, as well as before the U.S. District Court for the Northern District of Illinois.  I am an attorney at Pomerantz LLP, the firm-appointed Lead Counsel in the above-captioned litigation, and I have represented Lead Plaintiff Marko Busic and additional plaintiff Adil Sheikh (collectively, the "Plaintiffs") throughout this litigation.  I submit this declaration in support of Plaintiffs' Reply Memorandum in Support of Final Approval of Class Action Settlement.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Regarding Notice Administration.

3.      Attached hereto as Exhibit 2 is a revised Proposed Order for final approval of the Settlement.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January, 2024, I electronically filed the Declaration of Brian P. O'Connell, using the Court's CM/ECF system, which will be sent electronically to all counsel of record.

/s/ *Brian P. O'Connell*