**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness |

**PLAINTIFFS' UNOPPOSED MOTION
FOR DISTRIBUTION OF SETTLEMENT FUND**

Pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement, dated February 7, 2024 ("Final Order") (ECF No. 85) and the Stipulation and Agreement of Settlement dated April 28, 2023, Lead Plaintiff Marko Busic, and additional Plaintiff Adil Sheikh ("Plaintiffs"), hereby move for an order:

(i) approving the administrative determinations of the Claims Administrator for accepting claims;

(ii) approving the administrative determinations of the Claims Administrator for rejecting claims;

- 1 -

(iii)    ordering that no claim received after August 20, 2024 may be accepted for any reason whatsoever;

(iv)    authorizing the Claims Administrator to make the distributions described in Plaintiffs' Memorandum of Law and the attached Jack Ewashko Declaration;

(v)    authorizing subsequent distribution, no earlier than nine (9) months from the date of the order approving initial distribution, of any unclaimed, residual balance in the Net Settlement Fund, to Authorized Claimants in an equitable and economic fashion. These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically reasonable, in Plaintiffs' Counsel's discretion, to distribute to Authorized Claimants;

(vi)    ordering Plaintiffs' Counsel, in consultation with the Claims Administrator, should it determine that further distribution of the funds remaining in the Net Settlement Fund to Authorized Claimants is not cost-effective, and if funds remain after payment of any unpaid administration fees or expenses, taxes and tax preparation costs, and escrow fees, to propose a plan to the Court regarding the use of such funds for contribution to non-sectarian, not-for-profit organization(s);

(vii)    ordering that the Claims Administrator shall continue to receive, review and process any correspondence or information submitted by claimants with respect to already-filed Proofs of Claim. Should there be any adjustments to any Proofs of Claim prior to distribution of the Net Settlement Fund, the Claims Administrator shall update its claims database with the new information and report the updated total to Plaintiffs' Counsel prior to distribution;

(viii)    ordering that all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in this Action, and all persons

who were involved in the administration or taxation of the Net Settlement Fund, are released from liability for any and all claims arising out of such activities;

(ix)     that the Court retain jurisdiction over any further application or matter which may arise in connection with this Action; and

(x)     granting such other and further relief as the Court deems appropriate.

In support of this motion, Plaintiffs submit herewith a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Distribution of the Net Settlement Fund and the Declaration of Jack Ewashko in Support of Plaintiffs' Motion for Class Distribution Order. Plaintiffs also rely on the Settlement Stipulation and all other pleadings, orders, and matters of record.

Plaintiffs' Counsel have conferred with counsel for Defendants in this Action, who do not oppose the relief requested in this motion.

Dated: August 29, 2024                    */s/ Brian P. O'Connell*

**POMERANTZ LLP**

Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
E-mail:  pdahlstrom@pomlaw.com
            ojafri@pomlaw.com
            boconnell@pomlaw.com

              -and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor

- 3 -

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
ahood@pomlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 29, 2024, I served a copy of Plaintiffs' Unopposed Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on August 29, 2024.

/s/ *Brian P. O'Connell*
Brian P. O'Connell