**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MARKO BUSIC and ADIL SHEIKH, *individually and on Behalf of All Others Similarly Situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ORPHAZYME A/S, CARROLEE BARLOW THOMAS BLAETTLER, MARTIN BONDE, CHRISTOPHE BOURDON, RÉMI DROLLER, GEORGES GEMAYEL, BO JESPER HANSEN, ANDERS HEDEGAARD, MARTIJN KLEIJWEGT, CATHERINE MOUKHEIBIR, MOLLY PAINTER, KIM STRATTON, ANDERS VADSHOLT, and STEN VERLAND,<br><br>  Defendants. | Case No. 1:21-CV-03640<br><br>Judge John F. Kness |

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUND**

1.  I, Brian P. O'Connell, am an attorney licensed to practice in the State of Illinois, and am admitted in this Court.  I am of counsel at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Unopposed Motion for Distribution of Settlement Fund.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Settlement Fund.

I declare that the foregoing is true and correct.

Executed on August 29, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2024, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Dated: August 29, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell